# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF GEORGIA

 3                      ATLANTA DIVISION

 4   DAVID GOODRICH and

 5   COURTNEY GOODRICH,

 6   Individually and as Next Friends of

 7   ASHER LUKE GOODRICH, a minor,

 8        Plaintiffs,

 9    vs.              CIVIL ACTION NO. 1:16-CV-03116-TWT

10   FISHER-PRICE, INC.,

11        Defendant.

12   ------------------------------x

13

14                      DEPOSITION OF

15                   PAUL GAUDREAU, JR.

16              Tuesday, November 28, 2017

17                      10:12 a.m.

18        Nelson Mullins Riley & Scarborough, LLP

19                 One Post Office Square

20               Boston, Massachusetts 02109

21

22              Laurie K. Langer, RPR

23

24

25
```

DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.
Paul Gaudreau, Jr. on 11/28/2017                                    Page 90

```
 1      Q.  Do you know -- take the word "sold" out because
 2   that's -- who knows.
 3          Do you know when it was first produced for the
 4   marketplace?
 5      A.  No, I don't know the exact date.
 6      Q.  Do you know what year?
 7      A.  No.
 8      Q.  We do know that it was tested by SGS, by the
 9   Bureau of Veritas, and others prior to production in
10   2009; correct?
11      A.  Right.  That we know.
12      Q.  And it was tested to the crib and bassinet
13   standard; --
14      A.  Yes.
15      Q.  -- correct?
16          And it was tested to F2194-07; correct?
17      A.  Yes.
18      Q.  And it was found to be compliant with that
19   standard; correct?
20      A.  At that time.
21      Q.  At that time.  And then the F2194-07, which I do
22   not believe you have ever seen; correct?
23      A.  Yes.
24      Q.  Was modified to some extent.  You don't know how
25   much, but was modified in 2010?
```

DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.
Paul Gaudreau, Jr. on 11/28/2017

1      A.   Yes.

2      Q.   And the product then, the, the product then

3    complied with the 2010 standard, do you know anything

4    about any subsequent standards from F2194-10?

5      A.   No.

6      Q.   Do you have any understanding of what was going

7    on between the CPSC on the one hand and ASTM on the

8    other with respect to development of standards for

9    incline sleep products?

10     A.   No.

11     Q.   You understand, do you not, that the Rock 'n Play

12   sleeper does in fact comply with F3118-15?

13     A.   Yes.

14     Q.   And that is the standard that we have said is

15   specific to incline sleep products?

16     A.   Yes.

17     Q.   In Exhibit 2 and 3, you have the statement,

18   "after reviewing the case documents, and the sleeper in

19   question, it appears that Fisher-Price did not follow

20   the above protocol."

21          What did Fisher-Price not follow?

22     A.   It is my opinion that they did not follow the

23   academy -- American Academy of Pediatrics guidelines.

24     Q.   Do you know if the American Academy of Pediatric

25   guidelines were in force and effect with respect to any