# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3    DAVID GOODRICH and
      COURTNEY GOODRICH,
 4    Individually and as Next Friends of
      ASHER LUKE GOODRICH, a minor,
 5
              Plaintiffs,       CIVIL ACTION FILE
 6
      v.                        NO. 1:16-CV-03116-TWT
 7
      FISHER-PRICE, INC.,
 8
              Defendant.
 9    _____/

10

11                 VIDEOTAPED DEPOSITION OF

12                     COURTNEY GOODRICH

13

14                     March 21, 2017

15                       1:48 p.m.

16

17

18          6111 Peachtree Dunwoody Road, N.E.
                   Building C, Suite 201
19              Atlanta, Georgia   30328

20

21

22

23        Gala M. Reznick, RPR, CCR-B-826

24

25
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich
March 21, 2017

Page 18

```
 1     Q    Okay.
 2     A    They're -- they're full-size cribs on
 3   wheels.
 4     Q    So you just grab a rolling crib and pull
 5   it into your classroom?
 6     A    Yes.
 7     Q    So that's the way you took care of Asher
 8   on --
 9     A    Uh-huh.
10     Q    -- on the 24th?
11          Let's go back and just talk about the Rock
12   'n Play for just a moment, because we know you used
13   that on July 25.
14          You heard David testify earlier this
15   morning about the utilization of that and -- and the
16   obtaining of that from your neighbors.
17     A    Uh-huh.
18     Q    Were you involved in that process at all?
19     A    No.  It wasn't actually something we asked
20   to borrow.  It was just -- they're very much, like,
21   giving people and always offering, you know,
22   anything that they have.  So they just kind of
23   offered it.
24     Q    All right.  And were you there when the
25   Jennings -- I believe that was the name --
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich
March 21, 2017

Page 19

```
 1     A    Uh-huh.
 2     Q    -- of your next-door neighbor.
 3          -- when the Jennings delivered the
 4   Fisher-Price Rock 'n Play to you?
 5     A    I'm not sure if I was actually watching
 6   them deliver it or not.  I did know they were.
 7     Q    All right.  And we were talking about your
 8   answers to interrogatories --
 9     A    Uh-huh.
10     Q    -- and when it had been used.  And I
11   believe the first date that it had been used was
12   June 30 of 2014.  Does that sound about right to
13   you?
14     A    Yes.
15     Q    All right.  And how were you able to
16   chronicle in your answers to interrogatories the
17   days that the Rock 'n Play were actually used prior
18   to July 25, 2014?
19     A    I believe I just kind of went back
20   through, just -- I tried to think of -- we had -- we
21   had only used it about three times.  And so I just
22   tried to think of specifically what I used it for.
23     Q    Okay.  And so then do you recall on
24   June 30, 2014, which is the first time you used
25   it --
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich                                              March 21, 2017

Page 22

1    Q    -- was he buckled or not buckled at the
2    time of the event on July 25, 2014?
3    A    Not buckled.
4    Q    All right. So let's talk about, then --
5    again, let's go back to July 25.
6    A    Uh-huh.
7    Q    And let's talk about what you did on that
8    day, and going to school, and going out to lunch
9    with your mom, and so forth.
10   A    Okay. So we got to school. And she
11   didn't -- she's from -- she lives in Greenville, so
12   she wasn't initially there when I was first getting
13   to my classroom. And it was just me.
14        And I was trying to actually just hold
15   Asher in -- in a little thing that, you know, straps
16   to my body, like a Baby Bjorn, and just kind of
17   tried to work with him on -- on me.
18        And so I had worked for a couple hours,
19   and then she got there. And when she got there, we
20   went out to lunch at a just local place called The
21   Baking Grounds. And --
22   Q    Did you have the Rock 'n Play in the
23   classroom in the morning?
24   A    Yes. Uh-huh.
25   Q    All right. But you did not use it in the

Page 23

1   morning?

2       A    Right.  I'm -- I'm actually not sure if it

3   was even -- it was in my trunk.  We may have brought

4   it in after lunch, or it may have already been set

5   up.  I'm really not sure about that.  But I had not

6   tried to use it prior.

7       Q    Right.

8       A    I just had him on me.  Just it's -- it

9   was -- if he's awake, it was always easier to not

10  have him be down.

11      Q    All right.

12      A    So we went to lunch.  And at lunch, he

13  ended up falling asleep, you know, after being

14  nursed.  And we, you know, had him in his car seat

15  just at -- at the table.

16      Q    Let's talk about the car seat for just a

17  moment.  Do you know the make and model of the car

18  seat?

19      A    I'm not sure about the model, but the

20  brand is Chicco.

21      Q    All right.  And how long have you had that

22  car seat?

23      A    It was new.

24      Q    It was new?

25      A    Yeah, for him.  Yes.

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich                                                    March 21, 2017

Page 26

1            MR. MOORE:  That's agreeable.
2   BY MR. HINES:
3       Q    So you-all come back from lunch.  And you
4   get back to your classroom at approximately what
5   time?  If you remember.
6       A    I'm sure it was between -- around 1:00,
7   maybe.  1:00ish to 2:00.
8       Q    All right.  And then at that point, what
9   is Asher doing?  Where is he located and so forth?
10      A    So we just carried his car seat from
11  the -- from the restaurant to the -- to the base,
12  which was located in my van, and then took it out of
13  the base and brought it into my classroom.
14      Q    The car seat has what one might call a
15  receiver down at the bottom where --
16      A    Yes.
17      Q    -- it clicks into that seat?
18      A    Uh-huh.
19      Q    All right.  That's how the car seat works?
20      A    Yes.
21      Q    And then you just unclick it from the
22  receiver?
23      A    Right.  It's got a handle.  It's just a
24  typical infant car seat.
25      Q    Right.  And you then carry it from the

```
 1   car, and you carried Asher in the car --
 2      A    Yes.
 3      Q    -- with you into your classroom somewhere
 4   around early afternoon, two o'clock.  We'll just
 5   throw a number out and say two o'clock.
 6      A    Okay.
 7      Q    And how long does he stay in the car seat,
 8   and then when do you put him in the Rock 'n Play?
 9      A    So as we got there and were prepared to
10   work again, we just -- he stayed in the car seat
11   maybe 15 minutes.  And then we transferred him,
12   because, you know, he was all strapped in and didn't
13   look very comfortable.
14      Q    He did not look comfortable sitting in
15   the --
16      A    Well, I mean, no one would be comfortable
17   sleeping in, like, a full, you know, harness
18   strapped in.
19      Q    Right.  Although it's somewhat inclined,
20   so his head is back, he's lying -- is his weight
21   more on his back or his butt as he's sitting in
22   there?
23      A    More on his back.
24      Q    And -- but you didn't think he was
25   comfortable.  So at that point, you moved him over
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich

March 21, 2017

Page 28

```
 1   to the Rock 'n Play; is that right?
 2       A    Right.
 3       Q    And so if you had -- again, we're just
 4   approximating here.
 5       A    Uh-huh.
 6       Q    And it's essentially unimportant.  I'm
 7   just trying to get a rough time frame.
 8       A    Uh-huh.
 9       Q    Assuming you-all get back to the classroom
10   around two o'clock, he's in the car seat for roughly
11   15 minutes?
12       A    Uh-huh.
13       Q    Then you-all, at that point, decide, "Eh,
14   I think he would be more comfortable in the
15   sleeper."  And so you move him from the car seat to
16   the sleeper at that time; is that fair?
17       A    That's yes.
18       Q    Okay.  And your mom is there with you at
19   the time; is that right?
20       A    Yes.
21       Q    All right.  And we always refer to your
22   mom here in the deposition, but that's Jan Hinson;
23   is that right?
24       A    Uh-huh.  Yes.
25       Q    Okay.  And so Ms. Hinson is there with
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich
March 21, 2017

Page 29

```
 1   you.  And you-all then go about putting Asher in the
 2   Rock 'n Play at that point?
 3        A    Yeah.
 4        Q    All right.  Now, tell me, in your words --
 5   I'm not concerned with what David said, because
 6   he -- he wasn't doing this.
 7        A    Yes.
 8        Q    Let me just -- I guess I am concerned
 9   about what David said.
10             MR. HINES:  I don't mean to just
11        disregard your testimony.  I'm sorry.
12             MR. GOODRICH:  Thank you.
13   BY MR. HINES:
14        Q    So let me go back.  Let's -- let's --
15   seriously, we'll just -- let me start the question
16   over again.
17        A    Okay.
18        Q    Tell us what you did -- how you took Asher
19   from the car seat and how you and Ms. Hinson went
20   about putting him in the Rock 'n Play sleeper.
21        A    I just unstrapped his car seat, and took
22   him out, and kind of got him comfortable in my arms,
23   and kind of made sure he was still, you know, good
24   and asleep, and then just laid him in the -- in
25   that.
```

1   And at -- at this point, we did not have
2   the blanket with us.  I mean, it was -- it was in
3   the car seat.  We just left it there.
4       Q    Okay.  The blanket was in the car seat?
5       A    Right.  And so we placed -- placed -- I
6   was the one who put him in the infant sleeper.  And
7   my mom had never seen it before.  So she -- I
8   already knew that the straps were really dumb and
9   way too big.  But she wanted -- she's very, very
10  rule-following and by the book.
11          And so, of course, she had to physically
12  strap and see for herself that it was also
13  inappropriate and way too dumb and way too large,
14  even fully tightened.
15          So once I let her see that, we unstrapped
16  the straps and just kind of put the blanket around
17  him.
18      Q    So if I understand what you're saying,
19  you -- you physically took the -- what I'll call
20  waist straps --
21      A    Uh-huh.
22      Q    -- and your mom, as you say, the
23  rule-follower --
24      A    Uh-huh.
25      Q    -- wanted to follow the rules?

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich                                                                 March 21, 2017

Page 31

```
1     A    Yes.
2     Q    And wanted to strap Asher in?
3     A    Uh-huh.
4     Q    And then clip the buckles together?
5     A    Uh-huh.
6     Q    Is that right?
7     A    Yes.
8     Q    And then Asher, at that point, is wearing
9  diapers?
10    A    In a onesie.
11    Q    And a little onesie.  And the onesie is
12 short-sleeved and short-legged, if you will?
13    A    Yes.
14    Q    Just came around the diaper; just covered
15 the diaper and up around the neck --
16    A    Right.
17    Q    -- and just down to the arms?
18    A    Uh-huh.
19    Q    And so at that point, you -- she
20 determines that the buckles were not functioning as
21 she would have expected, perhaps --
22    A    Right.
23    Q    -- and you-all unbuckled the buckles --
24    A    Right.
25    Q    -- at that -- at that point; is that fair?
```

```
1      A     Okay. Okay.
2      Q     Do you see that?
3            And these, of course -- I was asking
4      earlier today, but let's just turn to Exhibit 5 for
5      just a second. Do you see the warnings that are on
6      the first page?
7      A     Yes.
8      Q     And then did you ever have occasion to
9      look at the warnings that are on the head -- I'll
10     call it headboard --
11     A     Underneath?
12     Q     -- over there?
13     A     Yes.
14     Q     Yes. And had you looked at those warnings
15     prior to the event?
16     A     No.
17     Q     Okay.
18     A     I didn't even know that they existed,
19     because they're in an awkward place.
20     Q     Okay. So the warnings that we're now
21     talking about -- we'll just turn this around.
22           Are the warnings that are found -- and if
23     I can just ask the court reporter to just zoom in on
24     that warning for just a second.
25           All right. And those warnings are the
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich
March 21, 2017

Page 38

```
 1   same as the warnings inside Exhibit 5?
 2        A    Okay.
 3        Q    Correct?
 4        A    Is that "the soft bedding, don't use
 5   comforters"?
 6        Q    Yes.
 7        A    "Soft bedding, padding, extra pads."
 8        Q    "Failure to follow these warnings and" --
 9        A    Yes.
10        Q    -- "instructions."  And then it drops
11   down, "Always use the restraint.  Always use the pad
12   provided."  Then it goes into the "and never use,"
13   and it goes into suffocating hazards --
14        A    Yes.
15        Q    -- and so forth.
16             So the record will be clear that -- about
17   those warnings.  But you say you had never noticed
18   those before; is that right?
19        A    Right.
20        Q    All right.  Now, I've got one other
21   manipulation.  And we may need to move the camera to
22   do this.  I've got a federally-approved infant --
23        A    Okay.
24        Q    -- a dummy, who is compliant with FMVSS
25   113, and is an anthropomorphic dummy.  So let me ask
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich                                                March 21, 2017

Page 91

```
 1   plane that was imparted by your elevating the head
 2   of the bed by putting devices on the feet of the
 3   head of the bed.  So we're talking about that --
 4   that plane.
 5       A    Uh-huh.
 6       Q    And we're talking about the fact that a
 7   crib with no elevation would be at zero degrees.
 8       A    Uh-huh.
 9       Q    We're talking the Rock 'n Play would be at
10   30 degrees.  As between 30 degrees of the Rock 'n
11   Play and a zero degree plane, approximately, if you
12   can reasonably tell me this -- I don't want you to
13   guess.  But if you can reasonably tell me this, can
14   you tell me approximately the degree of the plane of
15   your bed at home?
16       A    I would say approximately 5.
17       Q    5 degrees?
18       A    Uh-huh.
19       Q    Okay.  Do you know what the planes of
20   cribs are in NICUs for infants that are on
21   ventilation?
22       A    No.
23       Q    Has anybody ever told you that?
24       A    No.
25       Q    How long did you leave the head of the bed
```

Elizabeth Gallo
COURT REPORTING, LLC
www.GeorgiaReporting.com/Schedule
404.389.1155

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich

March 21, 2017

Page 92

1   elevated for Asher?
2       A    I mean, as long as he stayed in that bed,
3   which was almost until he was one.
4       Q    Until -- until he was weaned?
5       A    One.  Until --
6       Q    Oh, until he was one.  Sorry.
7       A    Almost until one.
8       Q    Almost till one.  All right.  And during
9   that period of time when the bed was elevated, did
10  he ever have any events at all in that bed?
11      A    No.
12      Q    And we know that -- and we can go through
13  these records.  And I'm just going to touch on them,
14  because we have all of the apnea-monitoring records
15  here.
16      A    Uh-huh.
17      Q    But during the period of time that he was
18  being monitored with the apnea monitor, there was
19  never any abnormality in the monitoring during the
20  period of time the monitor was being used.  Is that
21  fair?
22      A    That's fair.  The only time it ever went
23  off was when the battery was low.  And it --
24      Q    But at least when you left Egleston, you
25  understand -- or you understood at that time that

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich                                        March 21, 2017

Page 148

```
 1      Q    Courtney, let me pick back up in time
 2   and --
 3      A    Uh-huh.
 4      Q    I apologize for bouncing back, but let me
 5   flag where I'm going.  I want to go back in point of
 6   time from the time you-all borrowed the Jennings'
 7   Rock 'n Play --
 8      A    Uh-huh.
 9      Q    -- that we have here to the moment of the
10   event.
11           Did you -- between the period of time you
12   first picked up -- or the Rock 'n Play was delivered
13   to you -- from that moment of time up until the
14   event on July 25, did you ever look up the
15   instructions or information, material from
16   Fisher-Price on the unit?
17      A    I never saw any instructions at all.  The
18   only thing I did know and find out is was it age
19   appropriate.  I was -- I was just wanting to see if
20   it was for older kids or for that age.
21      Q    All right.  And where did you go to look
22   for that information?
23      A    On the Internet.
24      Q    Okay.  And did you, while on the Internet,
25   run across or look for any instructions for the Rock
```

David Goodrich, et al. vs Fisher-Price, Inc.
Courtney Goodrich

March 21, 2017

Page 149

```
 1   'n Play?
 2       A    No.
 3       Q    All right.  Have you subsequent to that
 4   time gone on the Internet and searched for
 5   instructions for the Rock 'n Play?
 6       A    Yes.
 7       Q    And have you found that on the Internet
 8   there are instructions for the Rock 'n Play?
 9       A    I have.  I've also found some also, you
10   know, very disturbing articles and other information
11   on the Rock 'n Play.
12       Q    That are written by one or two people;
13   right?
14       A    That are written by one or two people.
15   And, in addition, just more articles, too, on the --
16   the head.  Like, most -- most of the complaints were
17   about the -- the head shaping of infants in the Rock
18   'n Play.
19       Q    The plagiocephaly?
20       A    Yes, the helmet head.
21       Q    Right.  And you get that whether you're in
22   a Rock 'n Play or whether you're putting your child
23   down in a fully supine position at zero-degree tilt;
24   correct?
25       A    I'm not sure.  It just seemed -- it -- it
```