# EXHIBIT G

## ⚠ WARNING

To prevent serious injury or death, always use the restraint system.

## ⚠ ADVERTENCIA

Para evitar lesiones graves o la muerte, siempre usar el sistema de sujeción.

## ⚠ AVERTISSEMENT

Pour éviter les blessures graves ou la mort, toujours utiliser le système de retenue.

00975-2213
Factory Applied Satin Crotch Restraint Warning Label
3L, English, Spanish LAAM & French Canadian
1 Color, TPX 17-4421  2/27/09 AWM

---

## ⚠ WARNING

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate: - In gaps between an extra pad and the side of the product. - on soft bedding.
- **FALL HAZARD** – To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lb / 11.3 kg, whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys. NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.

## ⚠ ADVERTENCIA

**El incumplimiento de estas advertencias e instrucciones puede resultar en lesiones graves o la muerte.**

- SIEMPRE usar el sistema de sujeción.
- SIEMPRE usar la almohadilla proporcionada, que incluye el sistema de sujeción. NO añadir un colchón, almohada, edredón o almohadilla.
- **PELIGRO DE ASFIXIA** – Los niños pequeños se pueden asfixiar: - En los espacios entre un colchón adicional y el lado del producto. - En ropa de cama suave.
- **PELIGRO DE CAÍDAS** – Para evitar caídas, NO usar este producto cuando el bebé empiece a incorporarse por sí solo con las manos y rodillas, se pare impulsándose de los manos, se siente por sí sólo o llegue a pesar 11.3 kg, lo que ocurra primero.
- Los cordones pueden causar estrangulación. NO poner artículos con cordones, tales como capuchas o chupones, alrededor del cuello del niño. NO suspender cordones sobre el producto ni amarrar cordones a los juguetes. NO poner el producto cerca de una ventana donde los cordones de las persianas o cortinas pueden estrangular al niño.
- Para reducir el riesgo de síndrome de muerte súbita del lactante (SMSL), los pediatras recomiendan acostar a dormir a los bebés sanos boca arriba, salvo que se indique lo contrario por un médico.

## ⚠ AVERTISSEMENT

**Suivre ces avertissements et le mode d'emploi afin d'éviter des blessures graves ou mortelles.**

- TOUJOURS utiliser le système de retenue.
- TOUJOURS utiliser le coussin fourni qui comprend le système de retenue. NE JAMAIS ajouter un matelas, un oreiller, une douillette ou tout objet rembourré.
- **RISQUE D'ÉTOUFFEMENT** – Les bébés peuvent s'étouffer : - dans l'espace entre un coussin supplémentaire et le côté du produit. - sur de la literie molle.
- **RISQUE DE CHUTES** – Pour éviter les chutes, NE PAS utiliser ce produit lorsque bébé commence à se redresser sur les mains et sur les genoux, s'il peut s'asseoir tout seul ou s'il pèse plus de 11,3 kg (25 lb).
- Les ficelles constituent un risque d'étranglement. NE JAMAIS placer des objets avec une ficelle autour du cou de l'enfant, telles les ficelles d'une capuche ou d'une sucette. NE JAMAIS suspendre des ficelles au-dessus du produit ou attacher des ficelles aux jouets. NE JAMAIS placer le produit à proximité d'une fenêtre car l'enfant pourrait s'étrangler avec les cordes des rideaux ou des stores.
- Pour réduire le risque du syndrome de la mort subite du nourrisson (SMSN), les pédiatres recommandent de coucher les bébés en bonne santé sur le dos, à moins d'un avis contraire du médecin.

00975-2212
Factory Applied, TYVEK Product Warning Label
3L, English, Spanish LAAM & French Canadian
1 Color, TPX 17-4421  7/21/09 BEC

---

| PRODUCT: | Infant Sleepers | | | |
|---|---|---|---|---|
| DESCRIPTION: | Factory Applied Warning Labels for Domestic & 3LA versions | | | |
| COLORS: | PMS TPX 17-4421 | | | |
| ID #: | 00975-2212 & 2213 | SIZE : | Full Scale, 1:1 | |
| MATERIAL: | Satin & Tyvek | | | |
| ADHESIVE: | NA | | | |
| CARRIER: | NA | | | |
| SOURCE: | Asia MAPS | DATE/INITIAL: | 8/30/10 AWM | |
| | REVISION | | DATE/INITIAL | |
| | | | | |
| | | | | |
| | | | | |



TPX 17-4421

Die Strike

1.1.1.1 The product must carry warnings for the intended market per QSOP 3597, Labelling Bassinets / Cradles / Upright Infant Seats.
Use statements for "Upright infant sleeping seat"