# EXHIBIT H



FPI_000029

## Consumer Information   Información al consumidor

# ⚠ WARNING   ADVERTENCIA

**Failure to follow these warnings and the instructions
could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate:
  - in gaps between an extra pad and the side of the product.
  - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs (11 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- Never leave child unattended.

**El incumplimiento de estas advertencias e instrucciones
puede resultar en lesiones graves o la muerte.**

- SIEMPRE usar el sistema de sujeción.
- SIEMPRE usar la almohadilla proporcionada que incluye el sistema de sujeción. NO añadir un colchón, almohada, edredón o almohadilla.
- **PELIGRO DE ASFIXIA** – Los niños pequeños se pueden asfixiar:
  - En los espacios entre un colchón adicional y el lado del producto.
  - En ropa de cama suave.
- **PELIGRO DE CAÍDAS** – Para evitar caídas, NO usar este producto cuando el bebé empiece a incorporarse por sí solo con las manos y rodillas, se pare impulsándose con las manos, se siente por sí solo o llegue a pesar 11 kg, lo que ocurra primero.
- ¡Los cordones pueden causar estrangulación! NO poner artículos con cordones, tales como capuchas o chupones, alrededor del cuello del niño. NO suspender cordones sobre el producto ni amarrar cordones a los juguetes.
- NO poner el producto cerca de una ventana donde los cordones de las persianas o cortinas pueden estrangular al niño.
- Para reducir el riesgo de síndrome de muerte súbita del lactante (SMSL), los pediatras recomiendan acostar a dormir a los bebés sanos boca arriba, salvo que se indique lo contrario por un médico.
- No dejar al niño fuera de su alcance.

FPI_000030

## Consumer Information
## Información al consumidor

**IMPORTANT!** Please keep these instructions for future reference.
- Please read these instructions before assembly and use of this product.
- Adult assembly is required.
- No tools required for assembly.
- Product features and decorations may vary from photographs.

**¡IMPORTANTE!** Guardar estas instrucciones para futura referencia.
- Leer estas instrucciones antes de ensamblar y usar este producto.
- Requiere montaje por un adulto.
- No es necesario usar herramientas para el montaje.
- Las características y decoración del producto pueden variar de los mostrados.

## Assembled Parts
## Piezas ensambladas



Pad
Almohadilla

2 Hubs
2 conexiones



Seat
Asiento



2 Base Tubes
2 tubos de base

3

## Assembly    Montaje

**IMPORTANT!** Before assembly and each use, inspect this product for damaged hardware, loose joints, missing parts or sharp edges. DO NOT use if any parts are missing or broken. Contact Fisher-Price® for replacement parts and instructions if needed. Never substitute parts.

*Hint: You may need the help of another adult to steady the product during assembly steps 1-4.*

**¡IMPORTANTE!** Antes del montaje y de cada uso, revisar que el producto no tenga piezas dañadas, conexiones sueltas, piezas faltantes o bordes filosos. NO usar el producto si falta o está rota alguna pieza. Póngase en contacto con la oficina Mattel más próxima a su localidad para obtener piezas de repuesto e instrucciones, en caso de ser necesarias. Visite http://service.mattel.com/intl/es.asp para un listado completo. No usar piezas de terceros.

*Atención: Pida la ayuda de otra persona para mantener el producto estable durante los pasos de montaje 1 a 4.*



1

- While pressing a button on an end of one of the base tubes, fit it into a tube on one of the hubs, as shown.

*Hint: Each hub is designed to fit on the base tubes one way. If one of the hub tubes does not seem to fit, try the other tube.*

- Make sure the button on the base tube **"snaps"** into place. Pull up on the hub to be sure it is secure.

- Mientras presiona el botón del extremo de uno de los tubos de base, insertarlo en un tubo en una de las conexiones, tal como se muestra.

*Atención: Cada conexión está diseñada para ajustarse en los tubos de base de una sola manera. Si uno de los tubos con conexión no se ajusta, intentar montarlo en el otro tubo.*

- Asegurarse de que el botón del tubo de base se **ajuste** en su lugar. Jalar hacia arriba la conexión para asegurarse de que está segura.



2

- While pressing the button on the other end of the base tube, fit it into a tube on the remaining hub, as shown.
- Make sure the button on the base tube **"snaps"** into place. Pull up on the hub to be sure it is secure.

- Mientras presiona el botón del otro extremo del tubo de base, insertarlo en un tubo en la conexión restante, tal como se muestra.
- Asegurarse de que el botón del tubo de la base se **ajuste** en su lugar. Jalar hacia arriba la conexión para asegurarse de que está segura.



3

- While pressing the buttons on the remaining base tube ends, fit them into the hub tubes.

*Hint: Each hub is designed to fit onto the base one way. If either base tube does not seem to fit, turn the base around and try again!*

- Mientras presiona los botones de los extremos de tubo de base restantes, insertarlos en los tubos con conexión restantes.

*Atención: Cada conexión está diseñada para ajustarse en la base de una sola manera. Si no se ajustan, voltear la base e intentar de nuevo.*

4

FPI_000032

## Assembly     Montaje

 

④

- While pressing the buttons on the upper hub tubes, insert them into the tubes on the seat.

*Hint:* *The seat is easier to assemble if the base remains in the folded position.*

- Make sure each button on the hub tubes **"snaps"** into place. Pull up on the seat to be sure it is secure to all four base hub tubes.

- Mientras presiona los botones de los tubos con conexión, insertarlos en los tubos del asiento.

*Atención:* *Es más fácil montar el asiento si la base permanece en posición plegada.*

- Asegurarse de que cada botón de los tubos con conexión se **ajuste** en su lugar. Jalar hacia arriba el asiento para asegurarse de que está seguro en los cuatro tubos con conexión de la base.

⑤

- Press the button on each hub and pull apart the seat tubes.
- Make sure you hear a **"click"** on each end.

- Presionar el botón de cada conexión y separar los tubos del asiento.
- Asegurarse de oír un **clic** en cada extremo.

5

## Assembly    Montaje





- Fold the top of the pad down and insert the waist belts through the slots in the pad. Make sure the waist belts are **not twisted**.

- Doblar hacia abajo la parte de arriba de la almohadilla e insertar los cinturones en las ranuras de la almohadilla. Asegurarse de que los cinturones **no estén torcidos**.

- Position the pad so that the button holes are toward the warning label on the seat.
- Place the pad on the seat.

- Colocar la almohadilla de modo que los orificios de botón apunten hacia la etiqueta de advertencia en el asiento.
- Poner la almohadilla sobre el asiento.

## Assembly    Montaje



⑧

- Fold the top of the pad up to fit it back into the seat.
- Fit the button holes on the pad around the brackets on the seat.

- Doblar hacia arriba la parte de arriba de la almohadilla para volver a ajustarla en el asiento.
- Ajustar los orificios de botón de la almohadilla alrededor de las abrazaderas del asiento.



⑨

- Pull the bottom of the pad around the seat.
- Buckle the straps on the pad to the straps on the seat. Make sure you hear a **"click"** on both sides.

- Jalar la parte inferior de la almohadilla alrededor del asiento.
- Abrochar los cinturones de la almohadilla en los cinturones del asiento. Asegurarse de oír un **clic** en ambos lados.



⑩

- Press the pad edges onto the fasteners on the seat.
- Presionar los bordes de la almohadilla en los sujetadores del asiento.

7

FPI_000035

## Securing Your Child    Asegurar al niño



# WARNING    ADVERTENCIA

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate:
  - in gaps between an extra pad and the side of the product.
  - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs (11 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- Never leave child unattended.

**El incumplimiento de estas advertencias e instrucciones puede resultar en lesiones graves o la muerte.**

- SIEMPRE usar el sistema de sujeción.
- SIEMPRE usar la almohadilla proporcionada que incluye el sistema de sujeción. NO añadir un colchón, almohada, edredón o almohadilla.
- **PELIGRO DE ASFIXIA** – Los niños pequeños se pueden asfixiar:
  - En los espacios entre un colchón adicional y el lado del producto.
  - En ropa de cama suave.
- **PELIGRO DE CAÍDAS** – Para evitar caídas, NO usar este producto cuando el bebé empiece a incorporarse por sí solo con las manos y rodillas, se pare impulsándose con las manos, se siente por sí solo o llegue a pesar 11 kg, lo que ocurra primero.
- ¡Los cordones pueden causar estrangulación! NO poner artículos con cordones, tales como capuchas o chupones, alrededor del cuello del niño. NO suspender cordones sobre el producto ni amarrar cordones a los juguetes.
- NO poner el producto cerca de una ventana donde los cordones de las persianas o cortinas pueden estrangular al niño.
- Para reducir el riesgo de síndrome de muerte súbita del lactante (SMSL), los pediatras recomiendan acostar a dormir a los bebés sanos boca arriba, salvo que se indique lo contrario por un médico.
- No dejar al niño fuera de su alcance.

FPI_000036

## Securing Your Child    Asegurar al niño



**To tighten the waist belts:**
- Feed the anchored end of the waist belt up through the buckle to form a loop Ⓐ. Pull the free end of the waist belt Ⓑ.

**To loosen the waist belts:**
- Feed the free end of the waist belt up through the buckle to form a loop Ⓐ. Enlarge the loop by pulling on the end of the loop toward the buckle. Pull the anchored end of the waist belt to shorten the free end of the waist belt Ⓑ.

**Para apretar los cinturones:**
- Introducir el extremo fijo del cinturón en la hebilla para formar un gancho Ⓐ. Jalar el extremo libre del cinturón Ⓑ.

**Para aflojar los cinturones:**
- Introducir el extremo libre del cinturón en la hebilla para formar un gancho Ⓐ. Agrandar el círculo jalando el extremo de éste hacia la hebilla. Jalar el extremo fijo del cinturón para acortar el extremo libre del cinturón Ⓑ.



- Place your child in the seat.
- Position the crotch pad between your child's legs.
- Fasten both waist belts to the crotch pad. Make sure you hear a **"click"** on both sides.
- Tighten each waist belt so that the restraint system is snug against your child. Please refer to the next section for instructions to tighten the waist belts.
- Check to be sure the restraint system is securely attached by pulling it away from your child. The restraint system should remain attached.

- Sentar al niño en el asiento.
- Colocar la almohadilla de la entrepierna entre las piernas del niño.
- Ajustar ambos cinturones en la almohadilla de la entrepierna. Asegurarse de oír un **clic** en ambos lados.
- Apretar cada cinturón de modo que el sistema de sujeción quede bien ajustado al niño/a. Consultar la siguiente sección para mayores detalles sobre cómo apretar los cinturones.
- Asegurarse de que el sistema de sujeción esté bien asegurado, jalándolo en dirección opuesta al niño. El sistema de sujeción debe permanecer conectado.

FPI_000037

## Storage and Care   Almacenamiento y Mantenimiento



- The pad and toy are machine washable. Wash separately in cold water on the gentle cycle. Do not use bleach. Tumble dry separately on low heat and remove promptly.
- The frame may be wiped clean using a mild cleaning solution and a damp cloth. Do not use bleach. Do not use harsh or abrasive cleaners. Rinse clean with water to remove residue.

- La almohadilla y juguete se pueden lavar a máquina. Lavarlos por separado en agua fría, en ciclo para ropa delicada. No usar blanqueador. Meter la almohadilla a la secadora por separado a temperatura baja y sacarla inmediatamente después de finalizado el ciclo.
- Limpiar el armazón con un paño humedecido en una solución limpiadora neutra. No usar blanqueador. No usar limpiadores fuertes o abrasivos. Enjuagar con agua para eliminar el residuo.

- Press the button on each hub and push the seat tubes together.
- Lean against a wall for storage.

- Presionar el botón de cada conexión y unir los tubos del asiento empujándolos.
- Apoyar la hamaca contra una pared para guardarla.

FPI_000038

## Storage and Care    Almacenamiento y Mantenimiento



**Unfasten**
Deajustar

**Unbuckle**
Desabrochar

**Para quitar la almohadilla:**
- Desabrochar el sistema de sujeción.
- Desajustar los orificios de botón de la almohadilla de las abrazaderas del asiento.
- Desabrochar los cinturones de la almohadilla del asiento.
- Separar la almohadilla de los sujetadores.
- Jalar hacia abajo el sistema de sujeción por las ranuras de la almohadilla. Quitar la almohadilla del asiento.
- Para regresar la almohadilla a su lugar, seguir las instrucciones de montaje.

**To remove the pad:**
- Unbuckle the restraint system.
- Unfasten the pad button holes from the seat brackets.
- Unbuckle the straps on the pad and the seat.
- Pull the pad off the fasteners.
- Pull the restraint system down through the slots in the pad. Remove the pad from the seat.
- To replace the pad, follow the assembly instructions.

11





**CONSUMER ASSISTANCE**
**AYUDA AL CONSUMIDOR**
**SERVICE À LA CLIENTÈLE**
1-800-432-5437 (US & Canada)

**service.fisher-price.com**

Fisher-Price, Inc., 636 Girard Avenue, East Aurora, NY 14052.

Hearing-impaired consumers/Clientes con problemas auditivos/
Pour les malentendants : 1-800-382-7470.

*En México: 59-05-51-00 Ext. 5205 ó 01-800-463-59-89*

**MÉXICO**
Importado y distribuido por Mattel de México, S.A. de C.V., Miguel de Cervantes Saavedra No. 193, Pisos 10 y 11, Col. Granada, Delegación Miguel Hidalgo, C.P. 11520, México, D.F. R.F.C. MME-920701-NB3. Tels.: 59-05-51-00 Ext. 5206 ó 01-800-463-59-89.

**CHILE**
Mattel Chile, S.A., Avenida Américo Vespucio 501-B, Quilicura, Santiago, Chile.

**VENEZUELA**
Mattel de Venezuela, C.A., RIF J301596439, Ave. Mara, C.C. Macaracuay Plaza, Torre B, Piso 8, Colinas de la California, Caracas 1071.

**ARGENTINA**
Mattel Argentina, S.A., Curupaytí 1186, (1607) – Villa Adelina, Buenos Aires.

**COLOMBIA**
Mattel Colombia, S.A., calle 123#7-07 P.5, Bogotá.

**PERÚ**
Mattel Perú, S.A., Av. República de Panamá N° 3531, Oficina 1003, San Isidro, Lima, Perú. RUC: 20425853865. Reg. Importador: 01720-10-JUE-DIGESA.

**BRASIL**
Importado por : Mattel do Brasil Ltda.- CNPJ : 54.558.002/0008-04 - Av. Tenente Marques, 1246 - Sala 02 - 2º. Andar - 07770-000 - Polvilho - Cajamar - SP – Brasil. Serviço de Atendimento ao Consumidor (SAC): 0800-550780 - sac@mattel.com.