# EXHIBIT I

Jan Hinson
October 26, 2017

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION

 3   DAVID GOODRICH AND
     COURTNEY GOODRICH,
 4   Individually, and as Next Friends of
     ASHER LUKE GOODRICH, a Minor,
 5
              Plaintiffs,         CIVIL ACTION FILE
 6
        vs.                       NO.  1:16-CV-03116-TWT
 7
     FISHER-PRICE, INC.,
 8
              Defendant.
 9
             VIDEOTAPED DEPOSITION OF
10                  JAN HINSON

11            October 26, 2017
                 11:30 a.m.
12
         6111 Peachtree Dunwoody Road, NE
13                 Suite 201
             Atlanta, Georgia 30328
14

15
             Pam Hope, RPR-B-1988
16
```

1  if you recall?
2      A   First grade.
3      Q   Okay.  So let's go back.
4          Y'all now come back.  You go into what we
5  will call Exhibit 1.
6      A   Yes, uh-huh.
7      Q   And you carry Asher in in his car seat?
8      A   Yes.
9      Q   And then who brings the Rock 'n Play?  Oh,
10 the Rock 'n Play was already there.
11     A   Yeah, sitting there.  It was sitting there
12 when I got there.
13     Q   When you got there.
14         So y'all come back.  The Rock 'n Play is
15 there.  You bring Asher into the room in his car seat?
16     A   Uh-huh.
17     Q   Is he asleep at that point?
18     A   Yes.
19     Q   All right.  And then when you move him over
20 to the Rock 'n Play and place him in the Rock 'n Play,
21 is he asleep then?
22     A   Yes.
23     Q   To the best of your memory from the moment
24 you place him in the Rock 'n Play until what I will
25 call the event when you see him blue --

```
 1      A     Uh-huh.
 2      Q     -- to the best of your knowledge was he
 3   asleep during that period of time?
 4      A     To the best of my knowledge; yes.
 5      Q     Okay.  And I'm assuming something so please
 6   correct me if I'm wrong, but you and Courtney are
 7   working in the classroom after you have put Asher
 8   asleep in the Rock 'n Play.
 9            Do y'all, from time to time, glance back over
10   at Asher to see how he's doing?
11      A     Yeah.
12      Q     All right.
13      A     Yeah.  We were in and around him.  We
14   actually were over in this area (indicating) trying to
15   cut these triangles, and then we took them from over
16   in this area over to this corner to hang them.
17            MR. MOORE:  Can you show us?
18            THE WITNESS:  Oh, I'm sorry.
19   BY MR. HINES:
20      Q     When you say this area --
21      A     We were working somewhere down in here, like,
22   on a cluster of desks.  So we had -- we were sitting
23   in the little baby chairs, you know, the little first
24   grade.  And we were cutting triangles and stringing
25   little strings on to triangles.
```

Jan Hinson
October 26, 2017                                        65

1   A   Uh-huh.
2   Q   You could see both eyes and his eyes were
3   blue.  And a little bit --
4   A   His lips were blue and his arm was gray.  So
5   see, his little arms were down here and his little
6   head was stuck.  See, I don't know.  I don't know
7   whether he got it over or whether it was there because
8   I just know it was way over.
9   Q   Right.  And as you've said in your other
10  deposition, you had no clue that there was even --
11  A   I didn't know this big hard weird plastic
12  thing was under there.
13  Q   Right.  And I think you also said in your
14  other deposition -- and I may have used the term,
15  hysterical -- but you were frantic at that moment?
16  A   Oh, to say the least.
17  Q   I was scared to use the word.
18      MR. MOORE:  I did not say anything.
19      THE WITNESS:  I was in -- I just didn't even
20  know what to do.  I just...
21  BY MR. HINES:
22  Q   Right.  And in your frantic/hysterical state,
23  you're not taking notes and history, particularly,
24  about precisely where he was?
25  A   No.  All I saw was that his head was

Jan Hinson
October 26, 2017                                                66

```
 1   bizarrely way over like this (gesturing), and his --
 2   and his face was down, and he was blue, dark blue,
 3   blue lips, blue.
 4           And his little arm was out and it was ashen
 5   gray, and his other little arm was ashen gray, and he
 6   looked just like this (gesturing).
 7           And I thought, oh, my, gosh!  And so I just
 8   scooped him up.  And then I said:  Asher!  Baby, baby!
 9   I'm screaming.  And he's just -- he's laying in my
10   hands.
11           If he had been able to get his arms up, he
12   would have just slid right out of my arms.  I mean, he
13   was lifeless.  There was no life in him.
14           And I (gesturing) blew in his face, you
15   know, trying to get him to -- to react, and nothing.
16           And I was -- Courtney had run out the door
17   and I was going, oh, where's Courtney?  Oh.  And I'm
18   still holding him and he is just hanging.  He's
19   hanging like this (gesturing), arms completely down,
20   which babies do not do.  Legs completely down, which
21   babies do not do unless they are dead, and he was like
22   this (gesturing).
23           And so I said, Asher!  Asher!  Asher!  And
24   nothing.  I, you know, jiggled him.  Asher!
25   (gesturing) and I'm blowing and nothing.
```

Jan Hinson
October 26, 2017                                                67

1     I tried this, like, several times.  Like, I
2  don't know where my CPR training was buried in there,
3  but it wasn't coming to me.
4     Q   I think you said in your deposition that you
5  didn't even remember your respiratory therapy.
6     A   I didn't remember that part.
7     Q   Okay.
8     A   So I was just running.  I had him out in
9  front of me and I thought, where's Courtney?  Where's
10 Courtney?  And then I just -- I said, oh, she went out
11 the door.
12        And so then I said, he's dead.  Oh, he's
13 dead, he's dead, he's dead, he's dead!  And then I was
14 just -- I was screaming, he's dead!
15        And then I just went, no!  God!  No!  And
16 then I went like that (gesturing) to him.  And I just
17 pushed him in my chest and I went, nooooo!
18        And then he went (ugh), (ughh), (ughhh)
19 (ughhhhh), and then I thought, oh, oh, he's breathing,
20 he's breathing.
21        And so I went over to the chair and I sat
22 down and I was like, (gesturing), I was rubbing him
23 and going, come on, come on!  Breath, baby, breath!
24        And then Courtney comes walking back in and
25 she goes:  Did he wake with, Mom?  And I was

```
 1   strap and then -- so it couldn't have been under that
 2   because we were actually pulling this thing up and
 3   going, what in the world?  This is awful.  And so then
 4   the blanket went back over him just like the car seat,
 5   is what I think.
 6        Q    Just sort of laid down on top of him?
 7        A    Just tucked, see, like a burrito.  Like --
 8   you know, like this (gesturing).  You know, like you
 9   tuck it around his legs because he didn't have on any
10   little britches, you know, so his little legs --
11        Q    He just had a diaper on?
12        A    Well, he had on something like this little
13   thing, like that outfit (indicating).  He had a lot of
14   these.  They are onesies, they call them, and he wore
15   those every day.
16        Q    Right.  I interrupted you earlier when we
17   were describing your -- you had told yourself:  I
18   don't hear Asher.  Courtney and I have been laughing,
19   why didn't he wake up?
20        A    Yes.
21        Q    And so you then, as we're looking at
22   Exhibit 1, you then walk down beside those desks and
23   then glance over at Asher at that point?
24        A    No.  I was walking -- I was actually going
25   all the way over to him because I was going, you know,
```

```
 1   to go over -- not just glance over.  I was actually
 2   going to see why he didn't wake up.
 3       Q   Right.  That's when you see him with the
 4   ashen arms and the blue face?
 5       A   Yeah.  First I saw the little arm.
 6       Q   Right.
 7       A   Because the little arms were out weirdly,
 8   this little arm, the left arm (indicating), and that's
 9   not the way he usually -- so it was out strangely and
10   you could see the whole, you know, in the little
11   onesie, you could see the hole of the little arm, the
12   gray arm.
13       Q   We, as lawyers, know this but time always
14   seems to stand still when an event occurs and
15   witnesses have an incredibly difficult time
16   approximating time --
17       A   Yeah.
18       Q   -- so I'm going to ask you the impossible
19   question.
20           Between the time you see him -- and you're
21   now frantic, hysterical, so forth, racing over to take
22   care of Asher -- and the time that Courtney then comes
23   back in and she, essentially, as you describe, says:
24   Mom, what's wrong, what was that period of time?
25       A   When I approached him and he's in the little
```

Jan Hinson
October 26, 2017                                                80

```
 1   bed -- I'll just get this monster weird thing
 2   (indicating).  Okay.
 3        Q    He's actually a couple of pounds less than
 4   Asher was, but that's okay.
 5        A    I have a really hard time believing that.
 6        Q    Asher was ten.  He's seven-and-a-half.
 7        A    Well, I guess maybe it's just dead weight or
 8   something.
 9             But I first shook him, like this
10   (indicating), you know, jiggled his chest because his
11   little arm was sticking out and the blanket is blue.
12             So the blanket, you know, was over his legs
13   and I was thinking at first, maybe -- maybe it's
14   reflecting weirdly in this light, you know?  Maybe
15   it's reflecting.
16             And then as I looked at his face, I thought,
17   no, this is like -- he's not breathing.  And so I -- I
18   jiggled him, you know, on his chest like (gesturing),
19   wake up, you know, like, are you okay?  And nothing.
20             Then I scooped him up.  So however long that
21   would take.  Like, walking over there, jiggling him,
22   nothing, scooping him up, saying, you know, baby!
23   Baby!  I'm screaming in his face and I'm blowing in
24   his face and I tried this three or four times.
25             This wasn't -- maybe it would have dawned on
```

1  me to start CPR, but it was several times of this same
2  kind of a thing and looking around for Courtney.
3           So I really don't know how to estimate that.
4     Q    How about let me tighten that time up a
5  little bit.  From the moment that you see him and, as
6  you say, touch his chest and then lift him up out of
7  the Rock 'n Play and say, baby, baby, are you okay,
8  and then I have seen all sorts of descriptions about
9  you, perhaps, swatting the diaper or something like
10 that and then he, as you describe coughs a little bit
11 and starts breathing.
12    A    No, that was to my chest.  I put him to my --
13 to my chest to run and get Courtney.  And I was
14 saying, he's dead!  He's dead!  And I put him to my
15 chest and then I screamed, no!
16          And just bringing my hands in.  I wasn't
17 trying to really hit him.  I wasn't trying to revive
18 him at that point.  I was pretty certain he was gone.
19 I mean, it was very obvious he was gone.
20          And I was -- I said, he's dead.  He's dead.
21 And then I -- I pulled him to my chest to run out the
22 door.  And then I screamed, nooooo!  And then I
23 whacked him on the diaper.  Not to revive him, just
24 because I was pulling my hands in to myself and I hit
25 his diaper, and that's when I felt him start to ugh,

Jan Hinson
October 26, 2017                                              82

```
 1   ughh, ughhh, and he was making this crazy, weird noise
 2   in staccato-like kind of breathing, gasping, and so I
 3   don't know how many seconds that would take, but...
 4        Q    Right.
 5        A    A minute?  Maybe a minute-and-a-half?  I
 6   don't know.  Long enough for Courtney to be already
 7   coming back in from the bathroom by the time I just
 8   got myself back into the chair.
 9        Q    Courtney describes when he -- when she first
10   sees him that the color had returned to his arms at
11   that point.  They were not ashen.  She said she did
12   not --
13        A    No.  They were the first things that got
14   pinker.  You know, they seemed to be less gray, for
15   lack of a better term.  It was a light weird gray.
16        Q    Right.  So the color returns to the arms.
17   How long does it take before the color returns around
18   his face?
19        A    He actually was a little tinged for awhile.
20   He looked awful in the hospital even, you know, when
21   they -- when I got there.
22        Q    All the doctors' records say that he was
23   well-appearing and normal on exam, even the 5:20
24   reference.
25        A    Well, he was normally very red.  You can see
```