1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF GEORGIA

3                     ATLANTA DIVISION

4    DAVID GOODRICH and

5    COURTNEY GOODRICH,

6    Individually and as Next Friends of

7    ASHER LUKE GOODRICH, a minor,

8         Plaintiffs,

9      vs.            CIVIL ACTION NO. 1:16-CV-03116-TWT

10   FISHER-PRICE, INC.,

11        Defendant.

12   ------------------------------x

13

14                    DEPOSITION OF

15                  PAUL GAUDREAU, JR.

16             Tuesday, November 28, 2017

17                     10:12 a.m.

18      Nelson Mullins Riley & Scarborough, LLP

19                One Post Office Square

20             Boston, Massachusetts 02109

21

22             Laurie K. Langer, RPR

23

24

25

```
 1                   APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF(s):

 4      BY:  Kevin T. Moore, Esq.

 5              KEVIN T. MOORE, P.C.

 6              6111 Peachtree Dunwoody Road, N.E.

 7              Building C, Suite 201

 8              Atlanta, Georgia 30328-4522

 9              (770) 396-3622

10              ktm@ktmtriallaw.com

11

12   ON BEHALF OF THE DEFENDANT(s):

13      BY:  Richard K. Hines, V, Esq.

14              NELSON MULLINS

15              Atlantic Station

16              201 17th Street, N.W.

17              Suite 1700

18              Atlanta, Georgia 30363

19              (404) 322-6154

20              richard.hines@nelsonmullins.com

21

22

23

24

25
```

```
 1                INDEX OF EXAMINATION

 2    WITNESS:  Paul Gaudreau, Jr.

 3    EXAMINATION                          PAGE NO.

 4    By  Mr. Hines                        8, 193

 5    By  Mr. Moore                           180

 6

 7                INDEX TO EXHIBITS

 8

 9    NO.        DESCRIPTION               PAGE NO.

10    Exhibit 1    Notice of Deposition        5

11    Exhibit 1.1  Résumé                      5

12    Exhibit 2    Letter from Paul Gaudrea to

13                 Kevin                       5

14    Exhibit 3    Expert Report               5

15    Exhibit 4.0  Photograph                  5

16    Exhibit 4.1  Photograph                115

17    Exhibit 4.2  Photograph                115

18    Exhibit 4.3  Photograph                115

19    Exhibit 4.4  Photograph                115

20    Exhibit 4.5  Photograph                115

21    Exhibit 4.6  Photograph                115

22    Exhibit 4.7  Photograph                115

23    Exhibit 4.8  Photograph                115

24    Exhibit 4.9  Photograph                144

25
```

```
 1   NO.          DESCRIPTION                    PAGE NO.

 2   Exhibit 5    Article:  SIDS and Other

 3                Sleep-Related Infant Deaths:

 4                Expansion of Recommendations for a

 5                Safe Infant Sleeping Environment   28

 6   Exhibit 6    Photograph                        113

 7   Exhibit 7    Warning                           142

 8

 9

10

11

12   (Original exhibits attached to original transcript)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                   P R O C E E D I N G S

2

3              (Deposition Exhibit No. 1 to 4.0 and 1.1

4    marked for identification.)

5

6              MR. HINES:  Before we start the deposition

7    of Paul Gaudreau, let me put the following on the

8    record.

9              As we began the deposition Miss Jan Hinson

10   appeared having filed yesterday afternoon a notice of

11   appearance.  There may be a technical issue with that

12   notice having been filed, but on behalf of Fisher-Price

13   we wanted to object to the appearance of Miss Hinson on

14   the basis that under Northern District local Rule 83.1,

15   the Georgia Code of Professional Responsibility is made

16   a part of the practice in the Northern District, and

17   Fisher-Price believes that an appearance as an attorney

18   of record in the case by Miss Hinson violates Georgia

19   code 3.7, in that a lawyer shall not act as an advocate

20   at the trial of a case, particularly when the lawyer is

21   a necessary witness in the case.

22              And that we want to object to her presence,

23   not only at trial but at other proceedings as being

24   improper and in violation of the rule because of the

25   prejudice that could enure to Fisher-Price as a result.

1          MR. MOORE:  Kevin Moore on behalf of the

2   Plaintiffs.  Jan Hinson entered an appearance yesterday

3   and there may or may not be an administrative issue with

4   that.  However, it is our position that even pursuant to

5   Rule 3.7 Jan Hinson is entitled under the Code of

6   Professional Responsibility to be a lawyer in the case

7   as long as she is not an advocate and argue the case.

8          Jan Hinson is the grandmother of the minor

9   child who's the Plaintiff in this action, along with her

10  daughter and son-in-law.  And she is a witness in the

11  case.

12          But it is our legal opinion and the opinion

13  of the State Bar of Georgia through Adrienne Nash, that

14  Jan Hinson has the right to enter an appearance, Jan

15  Hinson has the right to work on this case, Jan Hinson

16  has the right to be present at all hearings and

17  depositions as long as she does not advocate on behalf

18  of the minor child.  And it is our position that her

19  presence is not an advocation of, of the case.  As long

20  as I am in the case I am the advocate in the case.

21          And we would disagree respectfully with the

22  position of defense counsel and that these issues,

23  according to the State Bar of Georgia, are left to the

24  trial judge to determine, but that she has a right to be

25  at all hearings and depositions as an attorney having

1   entered an appearance, as long as she does not advocate

2   the case.

3           MR. HINES:  Just very quickly in response.

4   I would say Mr. Moore has ably prosecuted this case

5   since it was filed in the summer of 2016.  Miss Hinson

6   has been operating somewhat in the background of the

7   case, there has never been an effort to appear in the

8   case.  And now that we are within two or so months of

9   the close of discovery that an appearance now simply

10  complicates the issues and tangentially is certainly

11  barred through Rule 3.7, but we certainly submit that to

12  the judge for reconsideration.

13

14                  PAUL GAUDREAU, JR.,

15  having been satisfactorily identified by the production

16  of his driver's license, and duly sworn by the Notary

17  Public, was examined and testified as follows:

18

19          MR. HINES:  This will be the deposition of

20  Mr. Paul Gaudreau taken by the Defendant Fisher-Price in

21  accordance with Rule 36 of the Federal Rules of Civil

22  Procedure.  Taken pursuant to notice which we will

23  attach as Exhibit 1 to the deposition.

24          And all objections, except as to the form of

25  question, and the responsiveness of the witness will be

1  reserved until such time as this deposition might be

2  used in any forum for whatever purpose.

3          MR. MOORE:  That is acceptable.  One other

4  item, if I may, he wants to read and sign the

5  deposition.

6          You have a right to read and sign, do you

7  want to read it?

8          THE WITNESS:  Yes.

9          MR. MOORE:  Okay.  May I suggest that since

10 he is so far away and in another state that he can sign

11 before any notary?

12         MR. HINES:  Absolutely.

13

14                    EXAMINATION

15

16 BY MR. HINES:

17    Q.  Mr. Gaudreau, I'm Richard Hines, we met just a

18 moment ago.  I will be asking you several questions

19 today.  If at anytime you do not understand any of my

20 questions please tell me and I'll be happy to rephrase.

21         Also, if at anytime I interrupt any of your

22 answers please tell me that you have not answered fully

23 the question because you have that very right.

24         Also, if at anytime you want to take a break

25 please let us know and we will certainly take a break.

1          Do you both understand and agree to that?

2     A.  Yes.

3     Q.  Tell us, please, sir, your full name and where

4  you presently reside and by whom you are currently

5  employed.

6     A.  My name is Paul Gaudreau.  I live at 350 Ralph

7  Talbot Street in Weymouth, Massachusetts, and I

8  currently work for UPPAbaby.

9     Q.  And how long do you intend to continue to work

10 for UPPAbaby?

11    A.  Indefinitely.

12    Q.  Indefinitely.  All right.  I understand that you

13 are being then transferred to the Netherlands; is that

14 correct?

15    A.  Yes.

16    Q.  And when are you being transferred to the

17 Netherlands?

18    A.  It's a process.  It will take maybe the next

19 six months.

20    Q.  All right.  Before I get into some of your

21 background, the Notice of Deposition asked you to bring

22 with you essentially your file?

23    A.  Uh-huh.

24    Q.  Have you done that?

25    A.  Yes.

1    Q.  All right.  In your most recent report you

2    enumerate a number of documents by Bates label?

3    A.  Yes.

4    Q.  Are those in that folder?

5    A.  Yes.

6    Q.  All right.  Let me do this, let's go off the

7    record, I want to look at what's in there for the time

8    being and that may save us some time.

9            (Short break taken.)

10   Q.  Is there anything in this notebook that is not

11   now listed on your expert listing as we've just amended

12   it?

13   A.  I don't believe so.

14   Q.  All right.  Mr. Gaudreau, while we've been off

15   the record I have gone through your white notebook, and

16   correct me if I am wrong, but now that we have amended

17   Exhibit 3, which is your expert report as amended to

18   include documents Bates labeled 89-105, which is ASTM

19   F3118-15.

20       Two other -- three other Bates labeled documents

21   that we were going to identify before your deposition is

22   over, which I do not know, which is Bates number 1279

23   and 1267, as well as 1226.

24       And also with respect to documents Bates labeled

25   2034-2047 you also reference that there are attachments

1  referenced that you are also relying on and have

2  produced.

3       Does that accurately represent to the best of

4  your knowledge what is in your white notebook?

5       A.  Yes.

6       Q.  In going through the notebook, in addition to

7  that listing, and just so that we've got it all

8  inclusive, I see that you've got a copy of 16 CFR

9  1500-49 dealing with sharp metal or glass edges in toys

10 and other surfaces; is that correct?

11      A.  Yeah.

12      Q.  You also have a picture of baby Asher in the

13 Fisher-Price Rock 'n Play taken, I believe the record

14 will show, at or about the time of the event that's the

15 subject of this --

16      A.  Yeah.

17      Q.  -- lawsuit.

18      You've got several pages dealing with federal

19 rules for expert disclosure and then you've got a notice

20 of your deposition.

21      A.  Yes.

22      Q.  With those amendments does that now list

23 everything that is in the white notebook that I now have

24 sitting in my lap?

25      A.  It should, yes.

1    Q.  Other than these documents, are there any other

2  documents that you are relying on in support of the

3  expert opinions that you've given in this case?

4    A.  No.

5    Q.  I'm sorry.  No?

6    A.  No.

7    Q.  Let me hand the white notebook and its contents

8  back to you.

9        My understanding is that you graduated from

10 Western New England College with a BS in mechanical

11 engineering in 2003; is that right?

12   A.  Yes.

13   Q.  All right.  I also noticed from your CV that you

14 were employed by Gaudreau Engineering from June 1999

15 until April of 2007 --

16   A.  Uh-huh.

17   Q.  -- in West Warwick, Rhode Island; correct?

18   A.  Yes.

19   Q.  Were you going to Western New England at the same

20 time you had your business Gaudreau Engineering?

21   A.  It was actually my father's business.

22   Q.  It's your father's business?

23   A.  Yes.

24   Q.  And what type of business is that?

25   A.  Manufacturing efficiencies.

1    Q.  When you say "manufacturing efficiencies" tell me
2  what that is.
3    A.  It's a consulting firm that consults with
4  manufacturing, different types of manufacturing
5  companies.  We would go to the company and we may
6  automate a process in which they did manually or figure
7  out ways to improve efficiencies within their processes.
8    Q.  And when you were working for your dad's firm
9  were you also attending Western New England in
10  Springfield?
11    A.  Yes.
12    Q.  All right.  So you were physically at Springfield
13  but doing work with your dad at the same time?
14    A.  Yeah.  I commuted to school.
15    Q.  I'm sorry?
16    A.  I commuted.  I did not live on campus.
17    Q.  All right.  And did you take any online courses
18  or any correspondence courses at Western New England?
19    A.  No.
20    Q.  All right.  So all of your credits were earned on
21  campus?
22    A.  Yes.
23    Q.  All right.  When you -- you worked for your dad
24  for four years after graduation?
25    A.  Yes.

1    Q.  And then what prompted you to go to work for

2  Dorel?

3    A.  My father's business, we were not able to keep

4  each other employed.  It was just two of us and right

5  about that time was right about when the market started

6  to downturn.  And we couldn't find enough work to keep

7  each other busy.

8    Q.  And when you were at Dorel, what did you do at

9  Dorel?

10    A.  I worked on car seat development.

11    Q.  And when you say "worked on car seat development"

12  what do you mean by that?

13    A.  I was the lead engineer on convertible car seats.

14  So I was responsible for the engineering design and the

15  design for safety.

16    Q.  All right.  And I take it during that period of

17  time you became intimately involved with FMVSS 213?

18    A.  Yes, sir.

19    Q.  Why did you leave Dorel?

20    A.  I was unsatisfied with the working environment.

21    Q.  You were living in Indiana at the time?

22    A.  Yes.

23    Q.  All right.  And then you moved to IMMI; what does

24  IMMI stand for?

25    A.  Indiana Mills and Manufacturing Incorporated.

1      Q.  And what do they manufacture?

2      A.  The seatbelts and harness systems.  They

3  also -- for several industries, including child car

4  seats.

5      Q.  You worked with them from June 2012 through

6  September of 2013; is that correct?

7      A.  Yes.

8      Q.  And why did you leave IMMI?

9      A.  I was unsatisfied with the working environment.

10     Q.  All right.  And you went to work with Kolcraft

11 and Contours; is that right?

12     A.  Yes.

13     Q.  What did you do at Kolcraft and Contours?

14     A.  Developed a car seat system.  An infant car seat

15 system to be exact.

16     Q.  And when you describe infant car seat are you

17 talking about rear facing car seats?

18     A.  Rear facing car seat for preemie children all the

19 way up to two years old.

20     Q.  And did you work on car beds?

21     A.  No.

22     Q.  No?

23     A.  No.

24     Q.  All right.  And why did you leave Kolcraft and

25 Contours?

1    A.  I had an offer from UPPAbaby to move back to

2  Massachusetts where I'm originally from.

3    Q.  All right.  And with UPPAbaby, what are you doing

4  with UPPAbaby?

5    A.  My title right now is technical director of car

6  seats.  So I lead the development currently of five new

7  programs.

8    Q.  All right.  And when you are with UPPAbaby are

9  you working on infant car seats, or?

10    A.  Yes.

11    Q.  Yes.  Is that all you're working on or do you

12  work on --

13    A.  Also convertible car seats.

14    Q.  -- adults?

15        And so that we can understand the difference

16  between infant car seats and convertible car seats, what

17  do you mean by that?

18    A.  Infant car seat is specifically preemie children

19  to approximately two years old.  Rear facing only.  They

20  have a handheld carrier in which you can carry the

21  infant which clips into a base that is installed in the

22  vehicle.

23        A convertible car seat also does preemie children

24  up until approximately three years old in a rear facing

25  configuration, and then is allowed to convert to a

1  forward facing configuration for children approximately

2  two years old up to approximately six years old.

3      Q.  And when you -- when you transfer to the

4  Netherlands what are you going to be doing for UPPAbaby

5  in the Netherlands?

6      A.  Continue in the same role.

7      Q.  But you will be working on products that will

8  conform to European Union standards?

9      A.  As well as U.S.  I also work on European products

10  currently.

11      Q.  With respect to infant car seats, are you aware

12  of the angle of the seat back utilized in the design of

13  infant car seats?

14      A.  Yes.

15      Q.  And what is that angle?

16      A.  In order to achieve proper crash performance that

17  angle is at 45 degrees.

18      Q.  All right.  And do you know why the angle is

19  established at 45 degrees and not some greater angle?

20      A.  The American Academy of Pediatrics has

21  recommended that children less than one year old not sit

22  anywhere greater than 45 degrees while in a car seat.

23      Q.  And why is that?

24      A.  To maintain airway.

25      Q.  Right.  And they believe that below an angle

1   that, from the horizontal, inscribes an angle of less

2   than 45 degrees does not trigger the risk of

3   compressional asphyxia or airway obstruction?

4       A.  For short periods of time in a car seat.

5       Q.  Let me object to the responsiveness of your

6   answer.

7           Is that because they do not believe that an angle

8   inscribed from the horizontal at less than 45 degrees

9   does not run the risk of compromising the airway?

10      A.  As I understand the recommendation they allow up

11  to 45 degrees for short periods of time and that should

12  not, not cause positional asphyxia as long as the child

13  is monitored.

14      Q.  Right.  Because the AAP believes that at an angle

15  of less than 45 degrees from the horizontal, the head

16  will not drop forward; is that correct?

17      A.  Again, as I believe the recommendation is,

18  describes, this is for a situation of short periods of

19  time, not intended for unobserved children.

20      Q.  I'm not asking about length of time, I'm just

21  asking the reason why the angle of 45 degrees is

22  selected.

23          The angle of 45 degrees was selected because the

24  AAP felt that that angle was safe in that heads of the

25  infants would not drop forward and compromise the

1  airways at that angle or a lesser angle; isn't that

2  correct?

3           MR. MOORE:  Let me object to the form.

4           But you can go ahead and answer, if you know

5  the answer.

6     A.  Okay.  I don't believe the answer is as

7  straightforward as a yes or a no in this question.  I

8  believe it would be articles that I've read from the

9  AAP.  This is -- it's not as straightforward as a yes or

10  a no.

11      45 degrees was selected for car seats because we

12  need to also maintain crash forces in the car seat, and

13  we need the child to be sitting a little bit more

14  upright.  So the recommendation as it pertains to car

15  seats is 45 degrees.

16    Q.  All right.  Because the risk is that you, if you

17  reduce the angle less than 45 degrees an infant could be

18  thrown through the shoulders and out of the restraining

19  straps?

20    A.  It increases the amount of forces on the neck and

21  the head.

22    Q.  Right.  But -- have you read the AAP publication

23  Safe Transportation of Preterm and Low Birth Weight

24  Infants at Hospital Discharge, by Marilyn Bull, et al,

25  dated -- strike that.  Dated in 2009.

1      A.  I've read a lot of publications.  I don't recall

2   that one offhand.

3      Q.  Would you agree or disagree with the following

4   statement, "if the rear facing car safety seat should be

5   reclined approximately 45 degrees or as directed by the

6   instructions provided with the car safety seat, if the

7   vehicle seat slopes and the seat is too upright the

8   infant's head may fall forward."

9      A.  Yes.

10      Q.  So that implies that it may fall forward if the

11   incline is greater than 45 degrees, but will not fall

12   forward if less than 45 degrees; isn't that a fair

13   statement?

14      A.  I don't know if I understood it the same way.

15      Q.  Over the last nine years that you've been

16   involved in juvenile products have you ever designed

17   infant inclined sleep products?

18      A.  No.

19      Q.  Have you designed any infant sleep products?

20      A.  No.

21      Q.  Have you ever designed any warnings for incline

22   sleep products?

23      A.  No.

24      Q.  Have you ever designed any warnings for infant

25   sleep products?

1      A.   No.

2      Q.   Have you ever been a member of an ASTM committee

3    or subcommittee?

4      A.   No.

5      Q.   You are not a human factors expert, you are a

6    mechanical engineer; correct?

7      A.   Yes.

8      Q.   You do not consider yourself to be an expert in

9    warnings?

10      A.   No.

11           MR. MOORE:  Let me just object to that

12    question.

13      Q.   You hold patents in juvenile car seats; correct?

14      A.   Yes.

15      Q.   Have you ever designed an infant car bed?

16      A.   No.

17      Q.   You have been involved in the design of rear

18    facing infant car seats?

19      A.   Yes.

20      Q.   And as we've discussed the mandated level of

21    incline in a rear facing infant car seat is 45 degrees;

22    correct?

23      A.   Recommended --

24      Q.   Right.

25      A.   -- level.

1    Q.  Recommended level?

2    A.  Yes.

3    Q.  Have you ever been qualified before as an expert

4    in a court of law?

5    A.  No.

6    Q.  Other than this case have you ever been employed

7    as an expert in a case?

8    A.  No.

9    Q.  Have you ever given a deposition before?

10   A.  No.

11   Q.  How were you contacted to get involved in this

12   case?

13   A.  I believe it was an organization called Expert

14   Institute Organization.  And Mr. Moore was looking for

15   an expert and they matched us.

16   Q.  And who contacted you through the Expert

17   Institute?

18   A.  The -- oh, I'm sorry.  I don't remember the name

19   of who contacted me from the Expert Institute.

20   Q.  And a terrible question.  With respect to contact

21   by any party or attorney in this litigation, who were

22   you contacted by in this litigation to become engaged in

23   this litigation?

24   A.  At first it was the Expert Institute who

25   contacted me, asked me if I was interested, and then

1  they set up a three-way call between myself, the Expert

2  Institute, and Mr. Moore.

3      Q.  I'm sorry?

4      A.  And Mr. Moore.

5      Q.  And Mr. Moore.  Was there anybody else on that

6  phone call?

7      A.  I believe Jan Hinson was on the phone call.

8      Q.  So you were on a three-way call involving

9  Mr. Moore, Miss Hinson, someone from the Expert

10 Institute whose name you do not presently recall, and

11 yourself; is that fair?

12     A.  Yes.

13     Q.  All right.  And what was the scope of the

14 engagement at the time of your engagement by the

15 participants in that phone call?

16     A.  They gave me a little bit of background on the

17 case, asked me if, one, I understood the situation and

18 if I could discuss the situation pertaining to the back

19 angle of the child.  And the positional asphyxia.  I

20 agreed that I could discuss that intelligently and that

21 was about the first call.

22     Q.  And do you know when that contact took place?

23     A.  I think it was late summer.

24     Q.  All right.  And then you first rendered a report

25 in this case dated September 29, 2017; is that correct?

1      A.  Yes.

2      Q.  All right.  And do you know how much time you

3  spent on this case between the time of your initial

4  engagement and the time you rendered your first report

5  in September of, late September of 2017?

6      A.  Approximately four hours.

7      Q.  Approximately four hours?

8      A.  Yeah.

9      Q.  And with respect to the material that you relied

10  on in forming your initial report dated September 29,

11  2014; what material did you rely on in forming that

12  report?

13      A.  Primarily the articles from the American Academy

14  of Pediatrics.

15      Q.  Primarily the article from?

16      A.  Articles.

17      Q.  Okay.  And what are those articles that you were

18  relying on?

19      A.  They're here in this folder.

20      Q.  Okay.  Can you just go through there and tell me

21  which of the American Academy of Pediatric articles you

22  relied on in forming your initial report?

23      A.  Sure.  Can I go through the book?

24      Q.  Sure.  And off the record.

25              (Short break taken.)

1    Q.  Would it be fair to say in the mid '90s medicine

2   started taking a look at airways in preemies and

3   newborns and determined that car seats imposed, as then

4   constructed, that the car seats in the 1990s imposed a

5   risk of airway compromise in preemies and newborns?

6           MR. MOORE:  Is that a question?

7    A.  You're asking me a question?

8    Q.  Yeah.  Would that be fair to say?

9    A.  Would that be fair to say that happened in the

10   '90s?

11   Q.  Right.  Based on your reading of the medical

12   literature.

13   A.  I believe -- I would believe so.

14   Q.  All right.  And what did industry do in response

15   to that concern?

16   A.  I think it depended on the manufacturer.

17   Q.  What is your understanding of what the industry

18   did?

19   A.  Well, I wasn't in the industry in the '90s.

20   Q.  From -- you've been in the industry, though, for

21   the last nine years?

22   A.  Nine years, yes.

23   Q.  And what is your understanding of the changes

24   that took place up until the time that -- I'm just

25   asking for your understanding.

1      A.  Right.

2      Q.  What is your understanding of what took place

3   during that period of time?

4      A.  I think a lot of companies became aware that the

5   positional asphyxia was an issue in car seats.  But in

6   order to maintain crash loads we needed to be at

7   45 degrees.  So the adding of infant inserts and other

8   types of padding and mechanisms inside the seat to allow

9   the child's head to rest back and keep the airway open.

10     Q.  Right.  And the Fisher-Price Rock 'n Play is not

11  a car seat, is it?

12     A.  No, it is not.

13     Q.  All right.  The angle imparted by the Rock 'n

14  Play is 30 degrees, not 45 degrees or greater; correct?

15     A.  Yes.

16     Q.  None of the articles that you have cited to me in

17  any way addresses incline sleep products; do they?

18     A.  No, they do not.

19     Q.  None of these articles study infants at an

20  inclined angle of 30 degrees; do they?

21     A.  I don't believe so.

22     Q.  All right.  Do you have an understanding of what

23  the range of normal oxygen saturation in a preemie is?

24     A.  I believe it's to be in the low 90s.

25     Q.  Do you have an understanding of what a range of

1    normal for -- strike that.

2        Are you familiar with the oxygen saturation

3    hemoglobin curve?

4    A.  No, sir.

5    Q.  Before your September 29, 19 -- excuse me.

6    Before your September -- we had a different decade here.

7    I'll strike that.

8        Before your September 29, 2017 expert report, did

9    you read the AAP's SIDS sleeping guidelines that I don't

10   believe you referenced just a moment ago?

11   A.  Yes.  I did read that, yeah.

12   Q.  What is your understanding of what the 2011 sleep

13   guidelines provide with respect to incline sleeping?

14   A.  I believe it recommends a maximum angle of

15   5 degrees from horizontal.

16   Q.  And tell me the basis for that statement.

17   A.  I don't understand.  What do you mean the basis?

18   Q.  You say that with respect to incline sleep

19   products that they recommended incline sleep products up

20   to 5 degrees; where do you get the 5 degrees?

21   A.  I believe it doesn't actually say, "incline sleep

22   products," but it says, "proper sleeping for children."

23   A maximum of 5 degrees.

24   Q.  Does it ever say 5 degrees?

25   A.  I believe so.  Can we reference the document?

1    Q.  Can you show me where?

2    A.  Yeah.  What document -- do you know the number so

3  I can find it quickly?

4    Q.  I don't think it's in there.  Off the record.

5            (Discussion off the record.)

6            (Deposition Exhibit No. 5 marked for

7  identification.)

8    Q.  I hand you Exhibit 5 and if you would review

9  Exhibit 5, and we'll go back on the record, and tell me

10  if in there it ever provides for inclined sleeping at

11  5 degrees.

12    A.  (Witness reviewing.)  I honestly don't see it

13  referenced.  I can keep reading the entire thing, but I

14  don't think it is going to reference sleep products, but

15  it does clearly say sitting devices like car safety

16  seats, infant carriers, and infant slings are not

17  recommended for routine sleep in hospital or at home.

18    Q.  We stated earlier, and you have agreed with me,

19  that the Rock 'n Play is not a car seat; correct?

20    A.  No, it's not.  But this mentions several other

21  products.

22    Q.  It is none of those products either; is it?

23    A.  I think it could be construed as an infant sling.

24    Q.  Who would construe it as an infant sling?

25    A.  What would your definition of infant sling be?

1     Q.  Well, what would your definition be?

2     A.  It would be a hammock-like device.

3     Q.  This is not a hammock, is it?

4     A.  In essence, I believe it to be a hammock.

5     Q.  Why do you say it's a hammock?

6     A.  It has metal tubing around with a fabric inlay

7  that the child sits inside that fabric inlay.

8     Q.  But isn't there a plastic body form insert that

9  removes it from the definition of a hammock?

10    A.  I don't believe so.  But potentially.  But this

11 also says "seating devices."  I believe it to be a

12 seating device at the very least.

13    Q.  Isn't it what you have now referenced for the

14 first time in your report an incline sleep product

15 governed by ASTM 3118-15 and 3118-17?

16    A.  That regulation exists and it is classified as an

17 incline sleep product.

18    Q.  Right.

19    A.  But I believe it also to be considered a sitting

20 device.

21    Q.  Who else other than you would believe that?

22            MR. MOORE:  Object to the form.

23            THE WITNESS:  Do I answer that question?

24            MR. MOORE:  No, you can answer it if you

25 know.  He's asking you to speculate, so.  If you can

1  answer it, fine.  If you can't tell him you can't.

2      A.  Yeah.  If I answer that it would be speculating.

3      Q.  Other than yourself are you aware of anyone who

4  has ever characterized an incline sleep product similar

5  to the Fisher-Price Rock 'n Play as a hammock?

6      A.  That would be speculating if I named somebody.

7      Q.  Because you don't know; isn't that correct?

8      A.  No.  I don't believe so.  Without talking to them

9  first or asking them.

10     Q.  Well, that's my point.

11     A.  But I would believe them --

12     Q.  Right.  As you sit here today --

13     A.  Uh-huh.

14     Q.  -- you have not heard anyone other than your own

15  opinion describe the Fisher-Price Rock 'n Play as a

16  sling or as a hammock; is that correct?

17     A.  I guess I would -- yes.  Yes.

18     Q.  To the contrary, you have seen that it conforms

19  to an ASTM standard for incline sleep products and it is

20  not denominated either a sling or a hammock in that ASTM

21  standard; isn't that correct?

22     A.  Yes, that's correct.

23     Q.  So if we talk about this, because at the time of

24  its creation it fell within the crib, bassinet standard

25  of the ASTM; isn't that correct?

1    A.  I don't know.  I didn't work for Fisher-Price

2  when this item was created.

3    Q.  I'm sorry?

4    A.  I didn't work for Fisher-Price when this was

5  created, so I don't know --

6    Q.  I understand.

7    A.  -- what it fell under when they created it.

8    Q.  I understand that.  But you have been engaged as

9  an expert witness in this case.

10    A.  Uh-huh.

11    Q.  You have the Internet and every resource in the

12  world available to you --

13    A.  Uh-huh.

14    Q.  -- to determine ASTM standards that were in place

15  at the time of the development of the Fisher-Price Rock

16  'n Play; do you not?

17    A.  Yes.

18    Q.  All right.  And did you look to see what ASTM

19  standard was in force and effect at the time of the

20  development of this product?

21    A.  Yes.  The bassinet standard was in effect.

22    Q.  The crib and bassinet standard was in force and

23  effect; correct?

24    A.  Yes.

25    Q.  Because you had seen the set of testing that has

1    been done on the Fisher-Price Rock 'n Play?

2        A.  Yes.

3        Q.  That shows that the ASTM Rock 'n Play conformed

4    to the ASTM standard F2194-07, which was the ASTM

5    standard in force and effect at the time of the

6    development and production of the R6070 Fisher-Price

7    Rock 'n Play; isn't that correct?

8        A.  Yes.

9        Q.  So that the product conformed to a crib and

10   bassinet standard, it did not attempt or it was never

11   tested to conform to a car seat or a sling or a hammock

12   standard; isn't that correct?

13       A.  Yes.

14       Q.  All right.  So let's define this product then as

15   something that fell within and is more properly

16   determined to be an infant sleep product conforming to

17   crib and bassinet standards at the time it was

18   developed.

19       A.  Uh-huh.

20       Q.  All right.  That being the case, you will agree

21   with me, will you not, that the Fisher-Price Rock 'n

22   Play conformed to and passed the third-party testing

23   performed on it in order to determine whether or not it

24   conformed to ASTM standard F2194-07?

25               MR. MOORE:  I object to the form.

1    A.  Can I review the standard again?

2    Q.  Say again?

3    A.  Can we review the standard again?

4    Q.  Sure.

5    A.  (Witness reviewing.)  This is the one we're

6  talking about; right?  F2194-10?

7    Q.  No.  No.  That was after the development of the

8  standard.  I'm talking about F2194-07.

9    A.  That one I don't believe I have.  I don't believe

10  I have that standard.

11    Q.  You do not have that standard.

12        If you look at the third-party testing that you

13  have produced, that you have relied on in this case,

14  which is a Mattel Asia Pacific Sourcing Production

15  Summary produced at Bates labeled pages 115-180.  You've

16  got that before you, do you not?

17    A.  Yeah, I should have that.  (Witness reviewing.)

18  180?

19    Q.  Starting at 115 through 180.

20    A.  Yes.

21    Q.  All right.  And what does that standard

22  show -- excuse me.

23        What is the standard to which that product is

24  being subjected?

25    A.  It does say it meets the standard.

1    Q.  Pardon me?

2    A.  It says it meets the standard.

3    Q.  Right.  And what standard does it say it meets?

4    A.  ASTM F2194-07.

5    Q.  Dash 07.  Right.  And you did not in preparing

6  your expert report and your opinion in this case, you

7  did not look for ASTM standard F2194-07, did you?

8    A.  No.  I looked at the most recent.

9    Q.  Pardon me?

10   A.  I looked at the most recent.

11   Q.  All right.  But that testing -- and Bureau of

12  Veritas is a respected third party independent testing

13  laboratory; correct?

14   A.  I'm not familiar with this bureau.

15   Q.  You're not familiar with Bureau of Veritas --

16   A.  No.

17   Q.  -- as a third-party testing?

18       Do you have products subjected to third-party

19  testing?

20   A.  Yes.

21   Q.  And what are the products at UPPAbaby?

22   A.  We use SGS.

23   Q.  I'm sorry?

24   A.  SGS.

25   Q.  SGS.  And that's also a group used by

1  Fisher-Price and that's a respected group as well; is it

2  not?

3     A.  Yes.  There's an SGS report here.

4     Q.  Pardon me?

5     A.  There are SGS reports in here as well.

6     Q.  Right.  And that's the very testing agency that

7  you use; correct?

8     A.  It is, yes.

9     Q.  So that's respected.  And it was found to conform

10  to that standard; correct?

11     A.  Yes.  Based on this.  So this has been

12  identified -- (Witness reviewing.)  This actually says

13  it was submitted as a gentle rocking hammock.

14     Q.  All right.  And then -- but it passes the crib

15  and bassinet standard; correct?

16     A.  This was tested for toxicity.

17     Q.  Go all the way through, if you look at the Bureau

18  of Veritas report and all the others it is tested to

19  conform to the various requirements of F2194; correct?

20     A.  Yes.  If I look at the Bureau of Veritas it does

21  apply to that standard.

22     Q.  Right.

23     A.  Yes.  But if we look at the SGS report, I'm

24  pointing out that the client, meaning Fisher-Price,

25  called the product a hammock.

1    Q.  That was before that was marketed; correct?

2    A.  August 2009.

3    Q.  Right.  The product, however, described in, in

4  one note on one page is still passed by SGS and other

5  third-party testers as a product that complies with the

6  crib, bassinet standards; --

7              MR. MOORE:  Object to the form.

8    Q.  -- correct?

9    A.  This SGS report in which it's called a hammock is

10 only a toxicology report.

11   Q.  All right.

12   A.  This does not talk about the bassinet standard.

13   Q.  Say again.

14   A.  This does not reference the bassinet standard, it

15 only talks about the toxicology chemical testing.

16   Q.  Because they were concerned about oxygen

17 saturation, were they not?  And also --

18   A.  No.

19   Q.  -- the lead paint --

20   A.  This is just --

21   Q.  -- and product emissions?

22   A.  This is material.

23              MR. MOORE:  Object to the form.

24   Q.  Right.  Material emissions?

25   A.  Material toxicology.

1    Q.  Right.

2    A.  Not oxygen saturation.

3    Q.  I'm sorry.  I misspoke.  Well, I want to express

4  a concern that Fisher-Price may have had, but what they

5  were looking to was to ensure that the products that

6  were the mesh-type products that were a part of the Rock

7  'n Play complied with the toxicology requirements

8  governing those types of products for infants; correct?

9  Those types of materials.

10    A.  This is a chemical test of all materials in the

11  entire product, yes.

12    Q.  Right.  You don't have mesh in a crib, do you?

13    A.  Yes.

14    Q.  Huh?

15    A.  Yes.  There are some cribs with mesh.

16    Q.  There are some cribs that would have it?

17    A.  Yes.

18    Q.  But there are no mesh tests in F2194; correct?

19    A.  There are material tests.  Regardless of what the

20  material is, there's a material test.

21    Q.  Those -- right.  I won't -- all right.

22        Now, let me go back to the 2011 ASTM -- excuse

23  me.  2011 AAP statement.

24    A.  Uh-huh.

25    Q.  You will agree with me, will you not, that

1    nothing in the AAP 2011 standard provides for a 5-degree

2    sleeping angle?

3        A.  We're talking about this one right here

4    (indicating.)

5        Q.  Yes.

6        A.  Could you repeat the question.

7        Q.  Yes.  There's nothing in the American Academy of

8    Pediatrics statement of 2011 that provides for a

9    5-degree sleeping angle?

10       A.  It says that the child should be flat on their

11   back.  It doesn't say any angle at all.

12       Q.  Right.  And is there a statement anywhere in the

13   world's literature that you have ever read that says

14   that inclined sleeping in and of itself enhances the

15   risk of SIDS?

16       A.  Of SIDS specifically?  No.

17       Q.  Of SIDS.

18       A.  Yeah.

19       Q.  That's question number one.

20           Have you ever seen an article anywhere in the

21   world's medical literature that suggests or states that

22   elevated sleeping at a degree of 30 degrees or less

23   increases the risk of an apparent life threatening

24   event?

25       A.  Not as specifically as that, no.

1    Q.  Have you ever seen a statement in the world's

2  medical literature that says inclined sleeping at

3  30 degrees or less increases the risk for a brief

4  resolved unexplained event?

5          MR. MOORE:  Let me just object to the

6  terminology "in the world's medical literature."

7          To the extent you have any idea what that is

8  you can answer his question.

9    A.  Yeah, that's quite broad.  I don't.... I'm sorry,

10  can you ask the question again.  I'm not sure I

11  understand it.

12          (Prior testimony read back.)

13                    "Have you ever seen a statement

14                    in the world's medical

15                    literature that says inclined

16                    sleeping at 30 degrees or less

17                    increases the risk for a brief

18                    resolved unexplained event?"

19    A.  I guess I'm not understanding what a brief

20  resolved unrelated event is.

21    Q.  Have you ever heard of that before?

22    A.  Are you talking about a loss of breathing,

23  like -- yeah.  I guess that's what you're referring to;

24  right?

25    Q.  Have you ever seen the term before I've asked you

1  the question today, BRUE, B-R-U-E, also known as a brief

2  resolved unexplained event?

3      A.  Sorry.  Yes.  I understand what that is.  No, I

4  haven't heard of -- I haven't read any medical

5  literature that I know of that would say 30 degrees or

6  less would cause that.

7      Q.  All right.  Have you ever seen a statement in the

8  world's medical literature that says that inclined

9  sleeping at 30 degrees or less increases the risk of

10  airway compromise?

11      A.  I believe that some of those documents there in

12  the pediatric journals have said that infants should not

13  sleep at inclined angles.  It doesn't specifically say

14  30 degrees, but I don't believe it specifically calls

15  out any angle.  And it has shown to decrease oxygen

16  saturation.

17      Q.  None of those articles ever test a product that

18  induces an inclined sleep angle of 30 degrees or less;

19  isn't that correct?

20      A.  I don't know.  I'm not sure of every product that

21  was tested in those documents.

22      Q.  Well, you've read these; correct?

23      A.  Yes.

24      Q.  And you're holding yourself out as an expert on

25  sleep products; correct?

1      A.  Yes.

2      Q.  And you've never seen an article anywhere that

3   says that inclined sleeping at 30 degrees or less

4   increases the risk of airway compromise?

5      A.  I don't know the back angle degrees of the

6   products in those, in those papers.

7      Q.  You will agree with me, will you not, that car

8   seats induce an angle of at least 45 degrees?

9      A.  At least?

10     Q.  At least 45 degrees.

11     A.  Yeah.  Up to 35 degrees it looks like.

12     Q.  Well, we'll come down off of the -- it depends on

13  which way you measure it?

14     A.  That's what I'm trying to say.

15     Q.  You're measuring the vertical or the horizontal.

16  I'm measuring from the horizontal.

17     A.  Okay.  So from the horizontal, yeah.  From the

18  horizontal it could be up to 45 degrees.  In a car seat.

19  There are plenty of car seats out there that are, there

20  are some that are less than 45 degrees.

21     Q.  The problem is that you then run into the issue

22  of neck and shoulder compromise if it's less than

23  45 degrees.

24     A.  I'm not familiar with those specific products and

25  the testing that happened in those products.  I can only

1    speak for --

2        Q.  But you were familiar with -- that is the concern

3    that's been voiced and it is for that reason that the

4    minimum angle from the vertical --

5        A.  Uh-huh.

6        Q.  -- or the horizontal is 45 degrees?

7        A.  45 is a recommended back angle in order to help

8    manage the crash forces.

9        Q.  Right.

10       A.  Those crash forces could be managed in other

11   various ways, so I can't speak for every car seat out

12   there to say they're all exactly at 45 degrees.

13       Q.  I'm not asking you to.  I'm saying based on your

14   understanding --

15       A.  Uh-huh.

16       Q.  -- they induce an angle of approximately

17   45 degrees, whereas, the Rock 'n Play Fisher-Price

18   sleeper induces an angle of 30 degrees.  15 degrees

19   less.

20       A.  I can speak for the products I've worked on.  I

21   can't speak for every product out there.

22       Q.  Products you've worked on induce an angle of

23   approximately 45 degrees for your car seat products;

24   correct?

25       A.  My products, yes.

1    Q.  Right.  And the Fisher-Price angle is 30 degrees;

2  correct?

3    A.  Yes.

4    Q.  And it's your understanding because we've already

5  gone over the AAP recommendation --

6    A.  Uh-huh.

7    Q.  -- that at 45 degrees you do not run the risk of

8  airway compromise based on the recommendation of the AAP

9  guidelines for car seats?

10    A.  I believe the last time you asked me that

11  question I said it wasn't a very straightforward answer;

12  correct?  So the recommendation is at 45 to maintain

13  airway and maintain crash performance.  45 on a car seat

14  happens to be the best compromise; right?  So -- yeah.

15    Q.  Before this engagement have you had any training,

16  education, or experience in infant airway compliance?

17    A.  Nothing formal.  No.

18    Q.  Are you familiar with the anatomy of the airway,

19  upper airway?

20    A.  Yes.

21    Q.  And what does that consist of?

22    A.  The trachea.

23    Q.  Right.

24    A.  You're referring to -- yes.

25    Q.  And tell me about the trachea.  Do you know

1  anything about maturation of the trachea?  Have you read

2  articles on the maturation of the trachea?

3    A.  Yes.

4    Q.  And what have you read?

5    A.  Pertaining to infants that the trachea is quite

6  small and quite flexible.

7    Q.  And does it mature after birth?

8    A.  As does everything else, yes.

9    Q.  Right.  Do you have any understanding of the

10  maturation rate of the airways after birth of the --

11    A.  I'm not familiar with the maturation rate.

12    Q.  Have you seen any studies on them?

13    A.  I believe I've read some articles on it, yes.

14    Q.  When did you read articles on it?

15    A.  It would have been several years ago.

16    Q.  With respect to positional asphyxia, tell me

17  about your training, education, and experience on infant

18  positional asphyxia in sleep products.

19    A.  Anything that I would have learned on that would

20  be pertaining to car seats and keeping the infants in

21  car seats for a longer term.  Not sleep products.  We do

22  not recommend children to sleep in car seats.

23    Q.  I'm talking about -- my question dealt with

24  infant sleep products.  And before your engagement in

25  this case you've had no training, no education, or

1  experience in infant sleep products; that is correct?

2     A.  Other than seeing presentations at conferences,

3  no.

4     Q.  And before your engagement in this case, you've

5  had no training, education, or experience with respect

6  to positional asphyxia in infant sleep products?

7     A.  I have not had any specific training, yet I have

8  read various articles and have seen various

9  presentations on positional asphyxia.

10     Q.  All right.  I understand positional asphyxia in

11  general.  My question is limited to positional asphyxia

12  in infant sleep products.

13     A.  I have seen presentations on that topic.

14     Q.  Where?

15     A.  At several conferences.

16     Q.  Which conferences?

17     A.  Tüv Süd conference in Munich, which is entitled

18  The Protection of Children in Cars.  And I've also seen

19  at the KIM conference, which is Kids in Motion.

20     Q.  And who put those presentations on?

21     A.  The Tüv Süd conferences in Munich, Germany I

22  can't recall the physician's name at this moment.

23        The other one is from a physician in Seattle that

24  was at the KIM conference.  I'm sorry.  I can't recall

25  his name at this moment.

1    Q.  And what was the subject matter of their

2  presentation on positional asphyxia in infant sleep

3  products?

4    A.  The one in the KIM conference -- sorry.  The one

5  in the Munich conference was the Tüv Süd conference.

6  That one was on positional asphyxia in sleeping infants.

7  So it covered sleep products as well as car seats.

8  There was a car seat conference with that in mind.

9    Q.  And what was the concern about positional

10  asphyxia in a sleep product?

11    A.  The talk was very specifically about the

12  difference between the protrusion in the back of the

13  head versus the plane at which the back rises, lays at.

14  In talking about how the head, since it protrudes beyond

15  the back plane, can allow the child's head to be pushed

16  forward causing the chin to make contact with the chest.

17        And the talk was saying that this could be

18  exaggerated by car seats in particular because the child

19  is now sitting at an angle.

20    Q.  Well, that's precisely the reason that you were

21  concerned about an infant sitting at a 60-degree angle

22  which was the angle of some of the old car seats;

23  correct?

24    A.  Yeah, it was part of that, yes.

25    Q.  Because your head at 60 degrees has a tendency to

DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.
Paul Gaudreau, Jr. on 11/28/2017

Page 47

1  fall forward and that was the reason that the AAP

2  recommended 45 degrees because they felt that at

3  45 degrees the tendency was not for the head to fall

4  forward; correct?

5        MR. MOORE:  Objection to the form.

6  Q.  Correct?

7  A.  I'm sorry.  Can you repeat that, again.

8  Q.  Sure.  The concern that was articulated was that

9  infants at a sitting angle of 60 degrees had a tendency

10  for their head to drop forward from chin to chest, and

11  that is the reason that the AAP decided that the

12  recommended angle for infants in car seats would be

13  45 degrees, because at 45 degrees there was not the

14  tendency of the head to drop forward from chin to chest?

15  A.  I believe the recommendation is that there is

16  less chance of the chin drop, we've talked about it

17  already, there's a gray area there.  This is a

18  compromise on crash performance as well as airway

19  management.

20  Q.  The article we just looked at from the AAP

21  directly addresses that, right, and it speaks for

22  itself?

23  A.  Yes.

24  Q.  You don't know anything beyond that from the AAP,

25  do you?

1    A.  No.

2    Q.  Before this engagement had you ever read F2194?

3    A.  Can you tell me the name of that other than the

4   number?  Sorry.

5    Q.  The crib, bassinet standard.

6    A.  Have I read the crib, bassinet standard?

7    Q.  Before your engagement in this case.

8    A.  Yes.

9    Q.  When?

10   A.  Probably 2008.

11   Q.  And why did you have occasion to read it in 2008?

12   A.  When I started working with Dorel there was the

13  opportunity that I was going to work in cribs and

14  bassinets rather than working in car seats.

15   Q.  But you did not work in cribs and bassinets, did

16  you?

17   A.  I eventually did not, no.

18   Q.  So other than perhaps reading it in 2008 you've

19  not had any prior experience with F2194?

20   A.  No.

21   Q.  And prior to your engagement in this case have

22  you read -- well, strike that.

23       In 2008 you would have read F2194-07; correct?

24   A.  I'm not exactly sure which -- I'm not sure.

25   Q.  Do you know the progression of the F2194

1  standards from the moment of their first inception up to

2  the current time?

3      A.  No.

4      Q.  Do you know the progression of standards for

5  incline sleep products?

6      A.  No.

7      Q.  Do you know whether or not there's any activity

8  from the CPSC with respect to incline sleep products?

9      A.  No.  I'm not up to speed with what's going on

10  with CPSC.

11      Q.  Pardon me?

12      A.  No.

13      Q.  With respect --

14      A.  May I grab a water, please?

15      Q.  Sure.

16          MR. MOORE:  If you need to take a break let

17  me know.

18      A.  Go ahead.

19      Q.  Do you know who makes up the membership of the

20  ASTM Committee F15?

21      A.  Currently who is sitting on the?

22      Q.  The general constituency of an ASTM committee.

23      A.  Yeah, it would be by the manufacturers.

24      Q.  And who else?

25      A.  And the JPMA.

1    Q.  Pardon?

2    A.  The JPMA.

3    Q.  And who else?

4    A.  I'm not aware.

5    Q.  Do you know?

6    A.  No.

7    Q.  Do you know that there are advocacy groups on the

8    ASTM committee?

9    A.  Yeah.  Yes.

10   Q.  Do you know that the CPSC members sit on ASTM

11   committees?

12   A.  Yes.

13   Q.  So that on ASTM committees you have both

14   manufacturers and consumer advocates; do you not?

15   A.  Yes.

16   Q.  And the goal of ASTM is to create an agreed upon

17   standard that would provide safe environments for

18   children using the products that become the subject

19   matter of ASTM standards?

20   A.  Yes.

21   Q.  You've said that although you didn't have it in

22   your, in your book you had read that 2011 AAP SIDS sleep

23   guidelines; correct?  And that's the document we've

24   marked as Exhibit 5, I think?

25   A.  This one, yeah.  Yes.

1    Q.  Is that the -- is that the only AAP guideline you

2  have read on safe sleep and SIDS?

3    A.  Well, I believe I -- all of those documents

4  there, in essence are talking about, not SIDS

5  particularly, but safe sleep; right?

6    Q.  Right.  I'm talking now about the document that

7  is being relied on in this case to say that inclined

8  sleeping is not approved by the AAP and that -- are you

9  taking the position that the 2011 statement does not say

10  that?

11    A.  This statement here does say that the child

12  should sleep flat.

13    Q.  All right.  And what does it say about inclined

14  sleeping, if anything?

15    A.  I thought there was a line here.  I'm trying to

16  find it.  "Elevating the head of the infant's crib while

17  the infant is supine," supine would be lying on its

18  back, "is not recommended, so."

19    Q.  Where is that in the statement?

20    A.  Section A here.  1A, Recommendations.  Back to

21  sleep for every sleep (Witness reviewing.)

22    Q.  All right.  And that references a footnote, does

23  it not?  That statement.

24    A.  Yes.  Footnote 11.

25    Q.  And have you read Footnote 11?

1     A.  I don't recall.

2     Q.  An article by Tobin, I believe.  Have you ever

3  read the article referenced in Footnote 11?

4     A.  Yeah, it's part of the gastral reflux.

5     Q.  Pardon me?

6     A.  It's about reflux, yes.

7     Q.  You've read the Tobin article in Footnote 11?

8     A.  No, I have not read that article.

9     Q.  All right.  Have you read the technical report

10  that goes along with the 2011 abstract and policy

11  statement that you have in your hand as Exhibit 5?

12     A.  I believe so.

13     Q.  That's not in the materials that you have

14  produced.

15     A.  No.

16     Q.  When would you have read the technical report for

17  the 2011 policy statement?

18     A.  This would have been -- this would have been a

19  while ago.  It would have been a while ago.  I'm not

20  exactly sure.

21     Q.  All right.  And have you ever read the policy

22  statement from the AAP that preceded the 2011 policy

23  statement?  From the SIDS group on sleeping environment.

24     A.  No.

25     Q.  Do you know when that was published?

1    A.  No.

2    Q.  Have you ever talked to any medical doctors about

3    the meaning and purpose of the AAP sleep guidelines?

4    A.  Yes.

5    Q.  Who?

6    A.  Dr. O'Neil, Dr. Marilyn Bull.  Joe O'Neil is in

7    Indianapolis.

8    Q.  When did you talk to them?

9    A.  It would have been 2010, 2011.  I met with

10   Marilyn Bull on several occasions, also of Indianapolis.

11   Q.  And what did those discussions consist of?

12   A.  They just -- we talked about the idea that

13   parents were leaving children in car seats for quite a

14   long time.  That children did not breathe appropriately

15   in car seats.  We did some very informal testing on

16   children getting released from the pediatric ICU in car

17   seats and what their oxygen saturation was.

18       We also developed together an insert that would

19   go into the car seat in order to allow the head to drop

20   back and keep the airway open at the 45 degrees that we

21   need to maintain for crash performance.

22   Q.  So you were holding it back from what degree to

23   45 degrees?  From 60 degrees?

24   A.  We were keeping the child at 45 degrees.

25   Q.  Right.

1     A.  For crash performance.  But the insert that we

2  developed raised a child's back in parallel to that

3  45 degrees 1 inch up, allowing the head to maintain its

4  position back keeping the airway open.

5     Q.  And what degree was that head maintained at?

6     A.  Well, the neck would be at 45 degrees.

7     Q.  Right.

8     A.  Right.  But that's only achievable by raising

9  the, raising the back up approximately 1 inch.

10    Q.  And you felt that 45 degrees was a safe angle and

11  eliminated the issue of airway compromise?

12    A.  When allowing to let the head fall back 1 inch.

13    Q.  Right.

14    A.  If the head is not allowed to fall back.  If the

15  head is kept at the same plane, the same 45-degree plane

16  as the back angle, we did notice airway compromising.

17    Q.  Was that product that you just talked about ever

18  patented?

19    A.  An application was filed.

20    Q.  Has that patent been granted?

21    A.  The company that I worked for at the time decided

22  not to pursue the patent.

23    Q.  All right.

24    A.  But, yeah.  I believe that patent application is

25  in my CV as well.

1    Q.  Other than that discussion having to do with car

2  seats and issues with car seats, and we've already

3  agreed that the Rock 'n Play is not a car seat; have you

4  had any discussions with anybody about the AAP 2011

5  standard as it relates to incline sleep products?

6    A.  No.

7    Q.  So your understanding of what the 2011 AAP

8  guidelines comes from is your own reading of the 2011

9  guidelines?

10    A.  I'm sorry.  Can you ask that again.

11    Q.  Sure.  Your understanding of the meaning and

12  purpose of the 2011 AAP guidelines comes from your, that

13  is Paul Gaudreau's reading of the 2011 AAP sleep

14  guidelines?

15    A.  As well as my conversations with Dr. O'Neil and

16  Dr. Bull.

17    Q.  Right.  And those had to do with car seats, they

18  did not have to do with incline sleep products; correct?

19    A.  Okay.  The discussions were about children

20  sleeping inclined in car seats.

21    Q.  And when you sleep inclined in car seats you can

22  be sleeping at a 60-degree angle, because a lot of car

23  seats are built at 60 degrees; correct?

24    A.  I don't know any rear facing car seats that are

25  built at 60 degrees.

1    Q.  An older -- take the infant out.  If you -- let's

2  go back.  Earlier on they were at 60 degrees?

3    A.  Well before me.

4    Q.  Well before you?

5    A.  Yes.

6    Q.  And then they determined 60 degrees was not safe

7  due to compressional asphyxia and other potential airway

8  compromise?

9    A.  Right.

10    Q.  And we talked about 2010 today and we won't beat

11  that dead horse one more time.  It was determined that

12  45 degrees would be an appropriate angle of safe sitting

13  and posture and sleeping because children sleep in car

14  seats all the time?

15    A.  No.

16    Q.  No?

17    A.  No.

18    Q.  You're telling me that children don't fall asleep

19  in a car?

20    A.  Potentially they may.  But our --

21    Q.  Parents don't drive children around in car seats

22  so they'll go to sleep at night?

23    A.  I don't know.  I'm not a parent.  I don't have a

24  child.  But I do know that we put warnings on all car

25  seats, have warnings to not allow the child to sleep.

1  Because the 45 degrees is a compromise.

2     Q.  Who have you talked to about the event of

3  July 25, 2014 with Asher Goodrich?

4     A.  I talked to that with Jan Hinson as well as

5  Kevin Moore.

6     Q.  Have you read any depositions in this case?

7     A.  Yes.

8     Q.  All right.  That's not on your expert disclosure.

9  What depositions have you read?

10    A.  I read a portion -- I'm sorry.  I read a portion

11  of the one this morning from Dr. --

12              MR. MOORE:  Benarude (ph.)

13    A.  Yeah.

14    Q.  Did you have the entire deposition or were you

15  provided portions of the deposition?

16    A.  I had the entire deposition.

17    Q.  And were you provided areas that you should look

18  at?

19    A.  No.

20    Q.  So you said that you've read portions of it.  How

21  did you pick out what portions you were going to read?

22    A.  I was skimming through it.

23    Q.  What did you learn?

24    A.  I didn't have enough time to read all of it.

25    Q.  Right.

1    A.  Yeah.

2    Q.  A long deposition.

3    A.  Yeah.  Yeah.  Yes.

4    Q.  Other than reading Dr. Benarude's deposition --

5    A.  Yeah.

6    Q.  -- or parts of it, skimming it, --

7    A.  Yeah.

8    Q.  -- did you take notes?

9    A.  No.

10   Q.  Did you have any specific memory or anything that

11   you feel is important from which you read in that

12   deposition?

13   A.  No.  To be honest I can't even recall exactly

14   what I read.

15   Q.  All right.  So if I ask you if you base anything,

16   any opinion that you have in your case on Dr. Benarude's

17   deposition testimony your answer would be no, I am not

18   basing anything --

19   A.  No.

20   Q.  -- I'm saying in this case on Dr. Benarude's

21   testimony; is that correct?

22   A.  That's correct.

23   Q.  Other than skimming Dr. Benarude's deposition

24   have you read or skimmed any other depositions taken in

25   this case?

1  A.  No.

2  Q.  Have you talked to Mr. or Mrs. Goodrich?

3  A.  No.

4  Q.  So the only, quote, witness or person involved in

5  the incident that you've talked to was Jan Hinson; is

6  that correct?

7  A.  That's correct.

8  Q.  And what was that conversation all about?

9  A.  She gave me a history on the event, on what

10  happened.

11  Q.  All right.  Have you read any medical records in

12  this case?

13  A.  No.

14  Q.  Are you aware of any discharge instructions that

15  were given to the parents when they were discharged from

16  the Children's Hospital of Atlanta with respect to

17  elevating the bed?

18  A.  No.

19  Q.  Would you have any reason to disagree with

20  discharge orders that provided for elevating the crib of

21  Asher Goodrich upon discharge?

22  A.  Would I disagree with that?

23  Q.  Yes.

24  A.  Based on the studies that I've read I don't

25  understand why they would recommend that.

1      Q.  Are you familiar with gastroesophageal reflux

2   precautions?

3      A.  Yes.

4      Q.  Are you familiar with precautions that provide

5   for elevating the bed up to 30 degrees?

6      A.  No.  As a matter of fact, if you read this report

7   here it says not to raise the bed.

8      Q.  Yeah, that's what that says.  But that's not --

9           MR. MOORE:  You're referring -- you've got

10   to tell me which article.

11      A.  I'm referring to the AAP article from 2011.

12      Q.  Right.  So the orders at least, if what I'm

13   telling you is correct, and I won't suggest to you that

14   it is, if the orders of the Children's Hospital of

15   Atlanta at Egelson Hospital were to elevate the bed,

16   that would be contrary to what the AAP says; correct?

17      A.  Could be, yes.

18      Q.  But then again the AAP is just a recommendation;

19   correct?

20      A.  Yes.

21      Q.  It carries no force of regulation; correct?

22      A.  Yes.

23      Q.  It's a statement by four people; correct?

24      A.  Yes.

25      Q.  It's not peer reviewed; correct?

1      A.  I don't know.

2      Q.  You have no idea one way or the other whether

3  that statement is peer reviewed?

4      A.  It's my understanding that anything that's

5  published in the AAP Journal of Pediatrics is peer

6  reviewed.

7      Q.  Do you have any understanding that the policy

8  statements issued by the SIDS committee in November of

9  2011 was peer reviewed by anyone other than the four

10  committee members?

11      A.  It would be my understanding that it would have

12  been peer reviewed.

13      Q.  And what is the basis of that understanding?

14      A.  My understanding is that anything that would be

15  published by the AAP would have a peer review before it

16  could be published.

17      Q.  And where did that understanding come from?

18      A.  From several of the doctors that I've talked

19  with.  Several pediatricians.  I believe Joe O'Neil

20  actually is a peer reviewer for the pediatrics journal.

21      Q.  Do you know a peer reviewer on any committee?

22      A.  I believe so.

23      Q.  Do you know what committee?

24      A.  I don't recall.

25      Q.  Certainly not on the SIDS committee.  If you look

1  at the last page before you get to the footnotes, there

2  are four doctors listed as having authored that opinion;

3  correct?  Before the footnotes.

4      A.  (Witness reviewing.)

5      Q.  If you go before the footnotes.

6      A.  (Witness reviewing.)  I'm sorry.  The question

7  again?

8      Q.  Yes.  That article shows that it was authored by

9  four physicians; correct?

10     A.  Yes.

11     Q.  It does not show that it was peer reviewed by

12 anyone?

13     A.  It does not.

14     Q.  All right.  Have you talked to any design

15 engineers in connection with your opinions about infant

16 sleep products in this case?

17     A.  No.

18     Q.  In connection with the opinions that you have in

19 this case have you talked to any infant sleep product

20 manufacturers?

21     A.  No.

22     Q.  Have you talked to any engineers with any infant

23 sleep product manufacturers?

24     A.  No.

25     Q.  Although you have read some articles on car seat

1    oxygen saturation, you do not pretend to be an expert in

2    pulmonary blood saturation?

3        A.  No, I'm not.

4        Q.  All you've done is read those articles?

5        A.  Yes.

6        Q.  Before this engagement have you had any training,

7    education, or experience with shapes of infant sleep

8    products?

9        A.  I have, again, seen some presentations at

10   conferences about this.  But no formal training.

11       Q.  Have you seen -- do you have any training,

12   education, and experience on infant skulls resting

13   against hard surfaces?

14       A.  Other than what I've seen at presentations and

15   I've heard at conferences, no.

16       Q.  Do you have any training, education, or

17   experience in the areas of infants whose heads are

18   against hard surfaces reacting to those surfaces and

19   changing positions?

20       A.  Are we referring to flathead syndrome?  Is that

21   what you're referring to?

22       Q.  I'm not talking about plagiocephaly, no.

23       A.  I'm not clear what you're trying to ask.

24       Q.  Right.  Do you have any training, education, or

25   experience on the effect of infant skulls resting

1  against hard surfaces and it causing a baby to turn its

2  head for relief?

3     A.  Yes.

4     Q.  And what is that in?

5     A.  With -- as far as my experience with infant

6  seats, that is something that we always look for, yes.

7  And that was part of the development of the infant

8  insert that I developed.

9     Q.  That was never taken beyond your development

10  stage?

11     A.  No.  We applied for the patents and we -- no.

12  It's only been applied for, yes.

13     Q.  Before this engagement do you have any training,

14  education, or experience with infants in incline sleep

15  products and whether such products induce a positional

16  list that compromises the airways?

17     A.  Not in products designed for infant sleeping, but

18  within car seats, within infant car seats.

19     Q.  I've brought lunch.

20          (Discussion off the record.)

21     Q.  When you say that you've had some experience in

22  infant car seats with infant skulls -- strike that.

23          Let me start over.  When you say that you've had

24  experience in infant car seats with infants' heads

25  listing in a fashion that compromises the airway, what

1   is your experience?

2      A.  When developing an infant car seat we do fit

3   studies usually in the hospital with various sized

4   newborn infants.  We put them in the seat, we see how

5   they sit, how the airway looks, and how the head decides

6   to roll.  And my experience, when there isn't a space

7   behind the child's head to allow the head to dip below

8   the plane of the back, the child will roll to one side

9   or the other side by gravity.

10     Q.  When you say that the child will roll, the child

11  doesn't roll, --

12     A.  Sorry.

13     Q.  -- the head might?

14     A.  The head might, yes.

15     Q.  The head may drop to one side?

16     A.  Yes.

17     Q.  Because infants up to about three months of age

18  can't even raise their head; correct?

19     A.  They do not have control of their head, yes.

20     Q.  They cannot raise their head?

21     A.  Right.  So you'll see either the head drop where

22  the chin touches the chest or the head lists over to the

23  side.

24     Q.  When we say "list" we don't mean in a severe

25  angle, you've got -- your head is not sitting on a

1   bobble head, it's sitting on a spine.

2       A.   Right.   Yes.

3       Q.   And so the spine and limited musculature of an

4   infant will, generally speaking, hold the infant in

5   place?

6       A.   The head is not going to fall into his lap.

7       Q.   Right.   And have you read -- well, you haven't

8   read Mrs. Goodrich, but she described that Asher, not in

9   any way denigrating Asher, but when you put Asher down

10  he was like a lump of coal.

11          Many parents experience children at young ages

12  below two months, you put them down and they'll be in

13  that same position this time next year if they didn't

14  grow up.

15      A.   Yes.

16      Q.   I'm being facetious, but you understand my point.

17      A.   Yes.   Yes.   Yeah.

18      Q.   When you said that you saw the airways, how did

19  you visualize the airways?

20      A.   There's a couple of indications we look for

21  primarily.   The chin to the chest contact, or the space

22  between the chin and the chest.

23      Q.   So this was just visual observation?

24      A.   Visual observation.

25      Q.   Did you do pulmonary function testing?

1    A.  We did a pulse-ox, pulse-ox sensor.  So

2  monitoring the oxygen saturation.

3    Q.  All right.  And when you did your pulse-ox what

4  were you finding?

5    A.  We found on some infants, not on all infants,

6  that extended sitting in the car seat with the head

7  forward could show reductions in some oxygen saturation.

8    Q.  You haven't seen any pulse-ox testing on infants

9  in 30-degree inclined sleeping units, have you?

10   A.  No.

11   Q.  Have you analyzed the CAD drawings in this case?

12   A.  No.

13   Q.  Have you analyzed the geometry of the curved

14  surface of the base of the Rock 'n Play?

15   A.  Yes.

16   Q.  And how have you analyzed that geometry?

17   A.  I had the opportunity to analyze the unit in

18  question in the case as well as the newer unit.  And I

19  took some dimensions and some pictures.

20   Q.  Right.  And the dimensions and so forth that you

21  took essentially were the width of the unit; correct?

22   A.  The angle, back angle of the unit.  The width and

23  the depth.

24   Q.  We'll get into that.

25   A.  Of the seated area, yeah.

1    Q.  All right.  What was the -- I couldn't read your

2   pictures very well.  With respect to the angle --

3    A.  I found the seat, the back angle of the seat I

4   found to be at 32 degrees.

5    Q.  Of which one?

6    A.  Both units.

7    Q.  Of both units to be at 32 degrees.  Let me just

8   ask it.  We'll come back to this.

9        I won't get into it now, I'll come back to that.

10       Do you have an understanding of the test protocol

11  to measure infant incline sleeping products?  Measure

12  the angle.

13   A.  To measure the back angle.

14   Q.  The back angle of incline sleep products.

15   A.  No.

16   Q.  Have you ever read the standard for that?

17   A.  For the incline sleeper standard?

18   Q.  For the infant sleep product standard in

19  measuring the angle of incline; have you read the

20  standard for that?

21   A.  Oh, yes, I've read the standard, yes.

22   Q.  And where did you find that standard?

23   A.  I downloaded it.

24   Q.  Pardon me?

25   A.  I downloaded that standard.

1    Q.  And is that the 3118 standard?

2    A.  I don't recall the numbers.  3118.

3    Q.  Right.  And it does have a standard for measuring

4    incline; correct?

5    A.  Yeah.

6    Q.  And a protocol?

7    A.  Yes, it does.  Yes, I believe that's right, yeah.

8    Yes.  Yes, it does.

9    Q.  And it calls for the use of a hinged weight

10   gauge, does it not?

11   A.  Uh-huh.

12   Q.  And you did not measure this with the use of a

13   hinged weight gauge; correct?

14   A.  No, I did not measure it that way.

15   Q.  Right.  And you did not use a digital protractor

16   that's called for in that standard, did you?

17   A.  No, I did not use the -- no.  But I -- sorry.  I

18   didn't have the, the weight to put in there, but I did

19   use a simulated child.

20   Q.  Right.  Do we know the weight on that simulated

21   child?

22   A.  22 pounds.

23   Q.  22 pounds?

24   A.  Yes.

25   Q.  Do you know what the standard for -- do you know

1   what the weight of that weight gauge is?

2       A.   Shouldn't it be the 17.5?

3       Q.   Huh?

4       A.   I believe it's the 17.5 CAMI.   17.5-pound CAMI.

5       Q.   It's the mid weight CAMI; right?   Newborn CAMI is

6   7.5 pounds; correct?

7       A.   Yes, it is.   Yeah.

8       Q.   And the weight --

9       A.   Yes.

10      Q.   -- of the hinged gauge is approximately

11  7.5 pounds; is it not?

12      A.   Yes.

13      Q.   So the fact that you were using a 22 -- what was

14  the length of that infant?

15      A.   It's a simulated one year old, so I believe it's

16  19 inches if you were to stretch the legs out.   But the

17  legs are, the legs are permanently bent in, so.

18      Q.   That did not attempt to mimic the FMVSS 213 CAMI

19  newborn; correct?

20      A.   No.

21      Q.   Do you know the circumference of the head of the

22  infant you used?

23      A.   Not offhand.

24      Q.   But it was how much -- he weighed how much?

25      A.   I believe it to be close to 22 pounds.   It's a

1  sandbag.

2    Q.  The test protocol for the newborn sleep product

3  in 3118 calls for a weight of 7.5 pounds approximately;

4  correct?

5    A.  Yes.  I believe it calls out both, the newborn

6  and the one year old.

7    Q.  Yes.

8    A.  Right.  Yeah.  Right here.  Newborn and infant.

9  So the infant would be 17.5.

10    Q.  I'm sorry.

11    A.  (Indicating) 17.5 is the infant dummy, the infant

12  CAMI.  And the newborn CAMI is 7.5.

13    Q.  The newborn hinge weight gauge is 7.5 pounds;

14  correct?

15    A.  Yeah.

16    Q.  And the newborn CAMI dummy is 7.5 pounds;

17  correct?

18    A.  Yes.

19    Q.  The dummy you tested was 22 pounds?

20    A.  Yeah.

21    Q.  Asher Goodrich at the time of this event was

22  approximately 9.9 pounds; correct?  Do you know?

23    A.  I believe so.  I believe so.

24    Q.  Do you have an understanding of what the geometry

25  of the plastic insert does with respect to restraining

1  the infant in place when measured in accordance with

2  F3118-15?

3     A.  Do I understand how the plastic insert controls

4  the child -- positions the child?

5     Q.  Right.

6     A.  Yes.

7     Q.  And what is that understanding?

8     A.  The child is seated at approximately 30 degrees.

9     Q.  Right.

10    A.  Yeah.

11    Q.  And how about the, the curvature of the plastic,

12  I'll call it plastic insert.

13    A.  Yeah.

14    Q.  The curvature of the plastic insert is designed

15  specifically to do what?

16    A.  Which curvature are we discussing?  There are

17  several curvatures in that plastic piece.

18    Q.  The curvature of the base vis-a-vis the width.

19    A.  The base to the width.  The lateral curvature

20  shoulder to shoulder.

21    Q.  Right.

22    A.  Yeah.  In the product in question, yes, that

23  looked quite sharp.  It looked very high, and it looked

24  to try to control the child laterally, yes.

25    Q.  Right.  To prevent rolling to one side or the

1  other; correct?

2      A.  I didn't design it.

3      Q.  Well, that specifically is stated in 3118; is it

4  not?

5          If you look at the last page, Roman Numeral

6  XI.VI, I believe.  Look on the last page, Roman Numeral

7  XI.VI.  I don't have it right in front of me, but it

8  refers to the test described on 7.9.

9      A.  This says the 30 degree limit is intended to

10  prevent infants from rolling sideways and slumping

11  forward.

12     Q.  Correct.  That's the reason that it's shaped the

13  way it is?

14     A.  Okay.

15     Q.  And isn't that the very reason expressed in the

16  2011 AAP guideline?

17     A.  I'm sorry.  Can you...

18     Q.  Yes.  Isn't that the very concern that's

19  expressed in, --

20     A.  In here.

21     Q.  -- in the 2011?

22     A.  That the child's head would roll forward, yes.

23     Q.  Right.

24     A.  Slump forward.

25     Q.  And this product is designed to prevent that from

1   happening; correct?

2   A.  I don't know if it was.

3          MR. MOORE:  Yeah, let me object to the form.

4   A.  Yeah.  I didn't design the product so I can't

5   speculate whether it was designed in order to do that.

6   Q.  Well -- right.  The ASTM standard certainly

7   purports to do that based on your reading of Roman

8   Numeral XI.VI; correct?

9   A.  Supposedly, yeah.  This is saying that.  (Witness

10  reviewing.)  Yes.

11  Q.  Okay.  Read that so the court reporter can take

12  that down.  Just read that into the record, if you

13  would.

14  A.  So XI.VI says, "that the pivot angle was based on

15  product comparison and anecdotal analysis of field

16  reports.  The 30-degree limit is intended to prevent

17  infants from rolling sideways and slumping forward."

18  Q.  Yes.  We'll take a break.

19          (Lunch break taken.)

20  Q.  Mr. Gaudreau, we've been off the record for a

21  moment having a bite to eat and we're back on the

22  record.

23          And I want to pick up now with your expert report

24  that we have marked as an exhibit in this case and let

25  me hand you a copy of --

1    A.  I've got a copy here of the report.

2    Q.  -- Exhibit 2, Exhibit 3, and Exhibit 4.

3    A.  (Witness reviewing.)

4    Q.  With respect to Exhibit 2, that is a report that

5    was prepared by you and produced on or about

6    September 29, 2017; correct?

7    A.  Yes.

8    Q.  And that is the report that you said you prepared

9    having put approximately four hours in on the case for

10   the preparation of that report; is that correct?

11   A.  Yes.

12   Q.  All right.  I have compared that report to

13   Exhibit 3, which is the, your report of exhibit, which

14   is your report of November 15, 2017; --

15   A.  Uh-huh.

16   Q.  -- correct?

17   A.  Yes.

18   Q.  And what I see is that essentially the report,

19   through your listing of data to be considered, is

20   essentially the same, but you have added in Exhibit 3

21   your final report, or your supplemental report, federal

22   standards as item 1D.  Excuse me.  2D.

23   A.  Yes.

24   Q.  Why did you add federal standards?

25   A.  I realized that I had missed it on the first

**DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.**
**Paul Gaudreau, Jr. on 11/28/2017**

Page 76

1  time.

2      Q.  And what federal standards do you have reference

3  to?

4      A.  This here is talking about the protocol in

5  designing a product in general.

6      Q.  Are you aware of any federal standards governing

7  incline sleep products?

8      A.  No, I'm not aware.

9      Q.  Are you aware of any federal standards governing

10  cribs and bassinets?

11      A.  No.

12      Q.  Do you consider CPSC regulations and standards

13  federal standards?

14      A.  I guess I didn't consider them as a federal

15  standard, no.

16      Q.  So let me ask the question differently.

17          Are you aware of any CPSC standards for cribs and

18  bassinets?

19      A.  No, I'm not aware of them.  I'm sure something

20  exists, but.

21      Q.  All right.

22      A.  No.  No.

23      Q.  Is there a difference in your mind's eye between

24  a CPSC mandatory rule on the one hand and a federal

25  regulation on the other?

1    A.  Other than the obvious difference that they're

2  written by different bodies, or the stringency of the

3  regulation.

4    Q.  Both the CPSC mandatory rule and a federal

5  regulation have to go through rulemaking in congress;

6  correct?

7    A.  Yes.

8    Q.  All right.  And they both have to be -- they are

9  both subject to public comment; correct?

10    A.  Yes.

11    Q.  With respect to incline sleep products, are you

12  aware of any CPSC rule or regulation with respect to

13  incline sleep products?

14    A.  No.

15    Q.  All right.  Are you aware of any notice of

16  proposed rulemaking for incline, infant incline sleep

17  products?

18    A.  No.

19    Q.  You would describe an ASTM standard as a

20  voluntary standard, would you not?

21    A.  Yes.

22    Q.  You would consider a CPSC rule or regulation a

23  mandatory rule; correct?

24    A.  Yes.

25    Q.  In other words, a CPSC standard has force of

1  law --

2     A.  Yes.

3     Q.  -- that must be complied with?

4     A.  Yes.

5     Q.  A CPSC standard is a voluntary standard as

6  contrasted with -- let me start over again.

7         An ASTM standard is a voluntary standard as

8  contrasted with the CPSC rule or regulation which is a

9  mandatory standard that must be complied with?

10    A.  Yes.

11    Q.  In fact, the 2011 AAP guidelines state that

12 cribs, bassinets and play yards that comply with ASTM

13 and CPSC rules and regulations are acceptable to the

14 AAP?

15        MR. MOORE:  Object to the form.

16    A.  You're saying that it says in here (indicating)

17 that as long as it meets CPSC and ASTM that it's safe?

18    Q.  Right.

19    A.  I don't know if I read that exactly.

20    Q.  Let me borrow Exhibit 5 for just a moment.  Under

21 Section 2A it says, "a crib, bassinet, or portable

22 crib/play yard that conforms to the safety standards of

23 the Consumer Product Standard Safety Commission and ASTM

24 International (formerly the American Society for Testing

25 and Materials) is recommended."

1    A.  Okay.  Yes.

2    Q.  You would agree with that?

3    A.  Yes.

4    Q.  And if you had a Rock 'n Play incline sleep

5  product that satisfied ASTM requirements, that would be

6  recommended?

7    A.  No.

8    Q.  No.  Why do you say that?

9    A.  This does not say incline sleep products.

10   Q.  I understand that.  That says cribs and

11  bassinets.  I'm asking if there were an ASTM standard

12  for incline sleep products, --

13   A.  Yes.

14   Q.  -- that would indicate that at least ASTM has

15  felt that incline sleep products are safe for

16  the -- their complying with those standards are safe?

17   A.  The ASTM.  Not the AAP.

18   Q.  Correct.  The ASTM.

19   A.  Yes.

20   Q.  Correct?

21   A.  If ASTM creates a regulation for an incline sleep

22  product category then naturally ASTM would feel like

23  those products are safe; that's what you're asking me?

24   Q.  Yes.  Would you agree with that?

25   A.  Yes.

1    Q.  And if the CPSC has passed a crib and bassinet

2    standard, it would be your understanding that the CPSC

3    would consider a crib or bassinet that meets that

4    standard as being safe?

5    A.  Yes.

6    Q.  And that's the guideline that you as a designer

7    of car seats, for example, use as your goal, and that is

8    to create and design a product that satisfies federal

9    rules and regulations?

10   A.  That's one of the goals.

11   Q.  Right.

12   A.  Yes.

13   Q.  One of the goals.  And when you do that, and when

14   you satisfy those goals, you as a designer feel that

15   that product that meets those goals is safe?

16   A.  Yes.  That's part of the process, yes.

17   Q.  And you can certainly exceed the standard if you

18   wanted to, but --

19   A.  Yes.

20   Q.  -- the idea is that if you meet the base

21   requirements of either ASTM or CPSC you as a design

22   engineer would consider that product to be safe?

23   A.  When I design my products I design beyond these

24   standards and then I feel like it's safe.  I don't -- I

25   don't stop at the regulation and feel like that is

1  enough.

2    Q.  Understood.  You can always over design, but as

3  you've just testified to, at least the rulemaking

4  authorities, i.e. the ASTM or CPSC in the promulgation

5  of their rules and regulations, feel as if there is a

6  product that conforms to those standards and those

7  standards -- excuse me -- then that product is safe?

8    A.  Yes.

9    Q.  All right.  And so that if you go about designing

10  a product, you, Paul Gaudreau, may say, "well, this is a

11  minimum standard here, I want to at least meet that

12  standard;" correct?

13    A.  Uh-huh.

14    Q.  Say yes or no, --

15    A.  Yes.

16    Q.  -- otherwise she has a hard time.

17    A.  Yes.

18    Q.  "Uh-huh" can sometimes be yeses and sometimes

19  they can be no.

20    A.  Yeah.

21    Q.  Let's go back for a moment to both Exhibit 2 and

22  Exhibit 3.  You introduced both of those reports with,

23  "proper protocol should always, shall always include a

24  lengthy research phase"?

25    A.  Uh-huh.

**DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.**
**Paul Gaudreau, Jr. on 11/28/2017**

Page 82

1    Q.  Define "lengthy."

2    A.  Sufficient for the product being designed.

3    Q.  In a word, if you can design a "safe product" in

4  a month, you don't necessarily have to design it in

5  10 years?

6    A.  It depends on the product.

7    Q.  Sure.

8    A.  Yes.

9    Q.  But when you use the term "lengthy" it's not

10  necessarily a temporal measurement, but rather a -- how

11  should we -- appropriately researched period of time?

12    A.  Yeah.

13    Q.  And then you list under 1, Market/Consumer Need.

14  That's a basic marketing concept, you've got to be sure

15  that there's a need for the product otherwise --

16    A.  Right.

17    Q.  -- you could devise the perfect product that

18  nobody will buy.

19    A.  Yes.

20    Q.  And we will all be out of a job at that point.

21    A.  Right.

22    Q.  And then of course we've just discussed

23  "pertinent regulations/recommendations from:"  ASTM.

24    A.  Uh-huh.

25    Q.  CPSC.

1    A.  Uh-huh.

2    Q.  AAP.

3    A.  Uh-huh.

4    Q.  And federal standards.

5    A.  Yes.

6    Q.  So we've discussed all of that?

7    A.  Yes.

8    Q.  And as we sit here today are you aware of the

9  ASTM standards to which the Rock 'n Play complies?

10    A.  We're referring to the inclined sleeper standard?

11    Q.  Yes.

12    A.  Yes.

13    Q.  And what are those standards?

14    A.  This one here (indicating.)  F3118-15.

15    Q.  All right.  Do you know if there's been one

16  issued subsequent to 2015?

17    A.  I can't recall exactly.  I feel like I saw one

18  earlier than that.  But this one I know.

19    Q.  With respect to ASTM standards, the number

20  following the dash and the standard number reflects the

21  year of the issuance of that standard; correct?

22    A.  Right.

23    Q.  Item 3, you threw me on this one.

24    A.  Yeah.

25    Q.  "Alpha/Beta testing with prototypes."  In other

1  words, you start with an initial design and you then,

2  that would be the alpha design, and then you go to a

3  secondary or a subsequent design and that would be

4  beta with a --

5      A.  Yes.

6      Q.  So, in other words, you go through a temporal or

7  line of prototypes, if you will -- -

8      A.  Yes.

9      Q.  -- to --

10     A.  Iterative.

11     Q.  -- ultimately develop the product that you want?

12     A.  Yes.

13     Q.  And do you know if the Rock 'n Play went through

14 alpha/beta testing?

15     A.  Do I know that?

16     Q.  Yes.

17     A.  No, I do not.

18     Q.  You are not criticizing, are you, the lack of

19 alpha/beta testing in the development of the Rock 'n

20 Play?

21     A.  I don't know if there was any, so.

22     Q.  If there were some you would then remove

23 alpha/beta testing as an area of critique of the

24 product; correct?

25     A.  I feel like -- I feel like if physical testing

1  was done, if a child is put into a prototype of this

2  product for some period of time, I believe the head

3  dipping or the head movement may have been seen through

4  alpha and beta testing.

5      Q.  Sure.  And it may not have been seen; correct?

6      A.  Potentially.

7      Q.  Right.  But you don't know one way or the other?

8      A.  No.

9      Q.  So the alpha/beta testing with prototypes is to

10  accomplish the following; A, "to understand actual

11  product usage"?

12      A.  How the consumer will use the product.

13      Q.  Right.  And that's a fairly broad statement, but

14  with respect to the Rock 'n Play sleeper that would be

15  with respect to the fact that it is used as a sleeper?

16      A.  That could be how the parent puts the child in,

17  how they take them out, how they secure the child.

18      Q.  Right.

19      A.  These types of things.

20      Q.  "To assess pitfalls and misuse"?

21      A.  Uh-huh.

22      Q.  In other words, you observe users in a test lab

23  or otherwise?

24      A.  Yes.

25      Q.  Using the product without instruction and see

1  whether they use it or misuse it or whatever it might

2  be?

3      A.  Yes.

4      Q.  And then "to correct deficiencies."  In other

5  words, deficiencies in the product itself or

6  deficiencies in instructions, or?

7      A.  Deficiencies in manual warnings, usage, design

8  itself.

9      Q.  Have you reviewed, and I did not see it in any of

10  your reliance materials that you've identified that

11  supports your material; have you reviewed the

12  instruction material that came with the Rock 'n Play?

13      A.  Yes.

14      Q.  You have no opinion one way or the other on the

15  instruction material?

16      A.  The instruction material calls out the product as

17  a sleeping product.  And that's my -- that's where I

18  disagree.  I don't believe the product is designed

19  appropriately for sleeping.

20      Q.  And the reason you say that is because of your

21  fear of compressional asphyxia; correct?

22      A.  Due to the angle.

23      Q.  Due to the angle?

24      A.  The back angle.

25      Q.  And anywhere in the AAP sleep guidelines when

1   they discuss compressional asphyxia do they -- excuse

2   me.

3        When they discuss asphyxia do they ever talk

4   about compressional asphyxia?

5    A.  I would have to read through this to see if the

6   word "compressional asphyxia" is used.

7    Q.  Would you draw a distinction between positional

8   and compressional asphyxia?

9    A.  I think positional asphyxia would cover

10  compressional asphyxia.

11   Q.  And you will agree with me, will you not, that

12  the only statement in the AAP about elevated sleeping is

13  what you read earlier today followed by Footnote 11,

14  which says, "elevating the head of the infant's crib

15  while the infant is supine is not recommended."  Cite to

16  Footnote 11.

17   A.  Uh-huh.

18   Q.  Correct?

19   A.  Uh-huh.

20   Q.  The Rock 'n Play sleeper is not a crib, is it?

21   A.  No, it's not.

22   Q.  So by definition the critique they had of a crib

23  doesn't apply to the Rock 'n Play sleeper?

24   A.  I don't know if the Rock 'n Play sleeper was in

25  mind when this publication was written, and if we read

1  the entire publication it discusses sleeping flat.

2      Q.  It goes on to say, "it" meaning inclined

3  sleeping, is ineffected -- excuse me -- "is ineffective

4  in reducing gastroesophageal reflux; in addition, it

5  might result in the infant sliding to the foot of the

6  crib into a position that might compromise respiration."

7      A.  Uh-huh.  Yes.

8      Q.  With respect to the Rock 'n Play sleeper it is

9  specifically designed with a seat in it that will

10  prevent precisely what the 2011 sleep guidelines are

11  concerned about, which is sliding to the foot of the

12  crib into a position that might compromise respiration.

13      A.  I don't know if that, if the Rock 'n Play sleeper

14  is designed effectively to do that.

15      Q.  You haven't done any testing to make that

16  determination, have you?

17      A.  No.

18      Q.  You have not done any testing to determine

19  whether or not inclined sleeping at 30 degrees reduces

20  oxygen saturation?

21      A.  Specifically at 30 degrees?

22      Q.  Correct.

23      A.  No.

24      Q.  There is no statement that elevating the crib to

25  30 degrees might result in head-to-chest compression, is

1   there?

2      A.  No.

3      Q.  The only concern expressed is that the infant

4   might slide to the foot of the crib into a position that

5   might compromise respiration; that is their concern?

6      A.  In that specific section.

7      Q.  Are you aware of the history of the development

8   of ASTM F3118-15?

9      A.  As I'm aware, I believe this ASTM recommendation

10  was written to cover products like the incline sleeper

11  because they did not comply to the bassinet regulation.

12  But -- sorry.  Recommendation.

13     Q.  I'm sorry.  My hearing over the years is

14  diminishing ever so slightly.  Can you repeat that?

15     A.  My -- I'm sorry.  My thought is that this

16  recommendation on incline sleepers was developed in

17  order to cover these products, incline sleeping

18  products, that did not comply to bassinet

19  recommendations.

20         My recollection is that this regulation -- this

21  recommendation was not written until after the Rock 'n

22  Play existed.

23     Q.  Right.  Do you know when the first Rock 'n Play

24  was sold?

25     A.  No, I don't.

1    Q.  Do you know -- take the word "sold" out because

2    that's -- who knows.

3         Do you know when it was first produced for the

4    marketplace?

5    A.  No, I don't know the exact date.

6    Q.  Do you know what year?

7    A.  No.

8    Q.  We do know that it was tested by SGS, by the

9    Bureau of Veritas, and others prior to production in

10   2009; correct?

11   A.  Right.  That we know.

12   Q.  And it was tested to the crib and bassinet

13   standard; --

14   A.  Yes.

15   Q.  -- correct?

16        And it was tested to F2194-07; correct?

17   A.  Yes.

18   Q.  And it was found to be compliant with that

19   standard; correct?

20   A.  At that time.

21   Q.  At that time.  And then the F2194-07, which I do

22   not believe you have ever seen; correct?

23   A.  Yes.

24   Q.  Was modified to some extent.  You don't know how

25   much, but was modified in 2010?

1    A.  Yes.

2    Q.  And the product then, the, the product then

3    complied with the 2010 standard, do you know anything

4    about any subsequent standards from F2194-10?

5    A.  No.

6    Q.  Do you have any understanding of what was going

7    on between the CPSC on the one hand and ASTM on the

8    other with respect to development of standards for

9    incline sleep products?

10   A.  No.

11   Q.  You understand, do you not, that the Rock 'n Play

12   sleeper does in fact comply with F3118-15?

13   A.  Yes.

14   Q.  And that is the standard that we have said is

15   specific to incline sleep products?

16   A.  Yes.

17   Q.  In Exhibit 2 and 3, you have the statement,

18   "after reviewing the case documents, and the sleeper in

19   question, it appears that Fisher-Price did not follow

20   the above protocol."

21       What did Fisher-Price not follow?

22   A.  It is my opinion that they did not follow the

23   academy -- American Academy of Pediatrics guidelines.

24   Q.  Do you know if the American Academy of Pediatric

25   guidelines were in force and effect with respect to any

1  statement on incline sleeping at the time this product

2  was developed in 2008, '09, '10?  Strike that.

3      A.  Yeah.  I believe some of these, some of these

4  publications in the pediatric journal were prior to that

5  date.

6      Q.  I understand that some of them were prior to that

7  date.

8      A.  Yeah.

9      Q.  But my question is did they violate any AAP sleep

10 guidelines at the time the product was developed in

11 2008, 2009?

12     A.  I believe so.

13     Q.  And so tell me precisely what it is that it was

14 that they violated?

15     A.  When I read, at least, when I read those studies

16 all of them point to the fact of children to sleep flat,

17 not to sleep inclined.  It's not very specific as to

18 what angle is appropriate.  But all of those documents,

19 if you read them, they all refer to sleeping flat.  So

20 it's my understanding that the AAP recommends flat

21 sleeping.

22     Q.  I asked you this before, and I'm not going to go

23 through the same series of questions, but just generally

24 speaking you are unaware of any statement in any world

25 literature anywhere that says that sleeping at an angle

1  of 30 degrees in and of itself induces, excuse me,

2  increases the risk of either SIDS, ALTE, BRUE, or any

3  airway compromise?

4     A.  Not specifically 30 degrees, no.  No.

5     Q.  Is the only recommendation in all the materials

6  that you have ever seen with respect to the term

7  "incline sleeping," the one reference we have just

8  discussed in Section 1A of the 2011 sleep guidelines?

9     A.  Incline?

10     Q.  Incline sleeping.

11     A.  Very specific.

12     Q.  I'm contrasting that with car seats.  I'm talking

13  about incline sleeping products.

14     A.  A couple of those papers do talk about allowing

15  children to sleep in car seats which are inclined, and

16  that is not recommended.

17     Q.  Right.  Because of the risk of?

18     A.  Positional asphyxia.

19     Q.  Right.  And you've got all sorts of straps and so

20  forth in a car seat that you do not have in a Rock 'n

21  Play sleeper; correct?

22     A.  You have a five-point harness which should

23  control the position of the child greater than the

24  incline sleeper in question.  The incline sleeper in

25  question only controls in three points.

1    Q.  But it doesn't touch the head.

2    A.  That's part of the problem, it doesn't address

3 the position of the shoulders and the head, allowing the

4 child to move quite freely at the waist.

5    Q.  I'm talking about car seats.

6    A.  Car seats have a five-point harness.

7    Q.  A five-point harness.  But an infant lying at

8 30 degrees -- I'm saying infant.  We have to be specific

9 here.  But we're talking about somebody and we'll,

10 because Asher was seven weeks of age at the time of this

11 event, we'll just use two months as a cutoff point.

12   A.  Sure.

13   Q.  But term infants two months or less do not pick

14 up their heads; correct?

15   A.  Correct.

16   Q.  Infants, and Mrs. Goodrich attested to this, at

17 two months of age or less don't roll over; correct?

18   A.  Correct.

19   Q.  Infants at two months or less are like a lump of

20 coal in that you put them down they will stay put for an

21 indefinite period of time without rolling over or

22 lifting their head?

23        MR. MOORE:  I'll object to the form.

24   Q.  Based on your observations.

25   A.  Based on my observation I feel like they're more

1   like a rag doll than a lump of coal.  A lump of coal is

2   quite stiff, a rag doll is quite flexible.  So gravity

3   has an effect on a rag doll which doesn't have the same

4   effect on a lump of coal.

5       Q.  And gravity certainly plays a role with respect

6   to the position of an infant's head; correct?

7       A.  Yes.

8       Q.  Right.  And have you done any gravity studies to

9   determine the vertical moment on the head of an infant

10  at a 30-degree or 60-degree angle?

11      A.  No.

12      Q.  But we do know that the laws of inertia apply

13  equally to a baby's head, and that is that there's a

14  tendency of a body at rest to stay at rest and a body in

15  motion to stay in motion; correct?

16      A.  Yes.

17      Q.  And one of the factors affecting inertia is

18  gravity?

19      A.  Uh-huh.

20      Q.  Coefficient of friction?

21      A.  Yes.

22      Q.  Anything else?

23      A.  No.

24      Q.  All right.  So with respect to the sentence that

25  I read earlier about after reviewing the case documents

1  and the sleeper in question it appears that Fisher-Price

2  did not follow the above protocol; your answer was,

3  "because we did not follow the recommendation of the

4  AAP."

5      A.  Yeah.  That wasn't my full answer.  But that was

6  part of the answer.

7      Q.  And so if we boil to the essence your criticism

8  with respect to incline sleep products at 30 degrees,

9  the only statement that you are aware of in any of the

10 AAP documents that you have read is the statement that

11 refers to sliding to the foot of a crib contained in

12 Section 1A of the 2011 guidelines?

13     A.  I mean, I'm -- I'm reading all of them.  And if

14 you read all of them it talks about flat sleeping and

15 not to do incline sleeping.  If I need to pull a very

16 specific segment out then I will need some time to read

17 through those again.  But in a whole they talk about

18 flat sleeping.

19     Q.  And that's your reading of what those documents

20 say?

21     A.  Yes.

22     Q.  And that is your critique found in item 1 below.

23 Which is "infants are not recommended to sleep inclined

24 due to the risk of positional asphyxia;" correct?

25     A.  Yes.

1    Q.  "(See AAP recommendations issued prior to the

2    development of this product)"

3    A.  Uh-huh.

4    Q.  The SIDS subcommittee that wrote these

5    standards, --

6    A.  Yes.

7    Q.  -- that is really the centerpiece of what you're

8    talking about; correct?

9    A.  Uh-huh.

10   Q.  The SIDS people had not ever critiqued inclined

11   sleeping in any prior policy statement; correct?

12   A.  Yes.

13   Q.  So the first critique of inclined sleeping in a

14   crib is articulated in 2011 after this product was

15   developed?

16   A.  In this document, yes.  But there are other,

17   other publications that were published and peer reviewed

18   that do talk about the dangers of inclined sleeping.

19   Q.  But as we sit here today without your going

20   through and trying to find a sentence, you're unaware of

21   any sentence in any of these other publications that

22   addresses inclined sleeping separate and apart from car

23   seats?

24   A.  At this moment, yes.

25   Q.  Then you say, "instead of developing the product

1    to the current regulation" -- excuse me.  Let me start

2    that over again.  Strike that.

3         "Instead of developing the product to the current

4    regulation/recommendations, Fisher-Price petitioned a

5    change in regulation/recommendation to suit the inclined

6    sleeper in question."

7         Now, let's break that into a couple of parts.

8         The first clause reads, "instead of developing

9    the product to the current regulations/recommendations."

10   A.  Uh-huh.

11   Q.  You will agree with me that this product was

12   tested to and was found to comply with the crib,

13   bassinet standard F2194-07 at the time it was developed?

14   A.  Yes, at the time it was developed.

15   Q.  So that statement in your report is wrong because

16   at the time of developing the product it was developed

17   to current regulations and recommendations?

18   A.  Yeah.  Yes, that's true.

19   Q.  And then "Fisher-Price petitioned a change in

20   regulations/recommendations to suit the inclined sleeper

21   in question."

22        What do you mean by that?

23   A.  I believe there's some e-mail and documentation

24   here that shows that Fisher-Price wrote these

25   regulations, or participated in writing these

1  regulations.  As we can see here in 38.  F3118-15.  On

2  the bottom here.  Right (indicating.)

3    Q.  Do you know what that license is for?

4    A.  I'm sorry.

5    Q.  To be able to -- to be able to print an ASTM.

6    A.  Yes, I know.  But there are, I thought I read

7  some e-mails here that talk about one individual at

8  Fisher-Price who helped write that regulation; correct?

9    Q.  ASTM wrote the regulation; correct?

10   A.  Right.  But Fisher-Price is on the committee that

11  wrote the regulation.

12   Q.  Do you know that?

13   A.  I thought I read that, yes.

14   Q.  Where did you read that?

15   A.  Here somewhere.

16   Q.  I'm not necessarily disagreeing with you, I want

17  you to tell me where you saw it.

18   A.  No, I'm fairly certain I read it somewhere in

19  here along the lines that there was some e-mails back

20  and forth about trying to get the regulation switched;

21  right?  Yeah.  There was quite a lengthy e-mail process

22  that I read, or e-mail string.

23   Q.  So let's parse the word "partition" versus

24  "comments."

25   A.  Okay.

1     Q.  Have you ever participated in the rulemaking of

2  CPSC regulations?

3     A.  No.

4     Q.  All right.  Have you ever made comments when the

5  public is invited to make comments with respect to

6  proposed federal rules or regulations, whether or not

7  they were CPSC rules or regulations?

8     A.  No.

9     Q.  No.  Are you aware that the public is in fact

10  invited --

11     A.  Yes.

12     Q.  -- to make comments about proposed rules and

13  regulations, whether issued by the federal -- whether

14  it's an FMVSS standard or whether it's a CPSC standard,

15  whatever it might be?

16     A.  Yes, I'm familiar with the process.

17     Q.  You're familiar with the rulemaking process?

18     A.  Yes.

19     Q.  And there's nothing wrong with a manufacturer, a

20  consumer, or anyone writing the regulatory agency

21  expressing their opinion about a proposed rule?

22     A.  No, there's nothing wrong with that.

23     Q.  That's the comment period; correct?

24     A.  Yes.

25     Q.  That's not a petition, it's just a comment.

1    A.  Yes, a comment period.

2    Q.  So would it be fair to say -- well, so, tell me

3    what it is that you've seen that you say turns this into

4    a petition as opposed to a comment?

5    A.  I should say "comment."

6    Q.  I'm sorry?

7    A.  I should refer to it as a comment.

8    Q.  You should have referred to it as a comment?

9    A.  Yes.

10   Q.  Because that's exactly what Kitty Pilarz did, did

11   she not?

12   A.  Yes.

13   Q.  She wrote a document in July of 2010 to the CPSC

14   entitled Comments on Proposed Rule?

15   A.  Yes.

16   Q.  It's not a petition, it was just, they were

17   comments?

18   A.  Comments, yes.

19   Q.  And the comments was a concern that as

20   constituted in 2010 the proposed rule did not include

21   incline sleep products; correct?

22   A.  Yeah.  I believe when I read through that she

23   discussed that the new proposed rule would make it, the

24   incline sleeper in question, unsalable; right?  And she

25   made comments on ways that this rule could be modified

1   in order to include the Rock 'n Play.

2       Q.  Well, she will be deposed and the statement

3   speaks for itself.  You've -- you have not read her

4   testimony, have you?

5       A.  No, I have not.

6       Q.  That would be instructive to you, would it not?

7       A.  To read her testimony?

8       Q.  Yeah.

9       A.  Yeah.

10      Q.  And have you read closely her letter?

11      A.  Yes, I have it here.  I did read her letter to

12  the CPSC.

13      Q.  Right.  If you look at Bates label page 1044.

14  The document certainly speaks for itself; is that fair?

15      A.  Yes.

16      Q.  Whatever it says it says.  You've got no insight

17  and did not participate in the drafting of that letter;

18  correct?

19      A.  No, I did not.

20      Q.  There's a letter dated July 12, 2010?

21              MR. MOORE:  You said 1044?

22              MR. HINES:  1044.

23              MR. MOORE:  1044.  Here it is.

24      A.  (Witness reviewing.)

25      Q.  We'll let that letter speak for itself.  You

1  can't add anything to what the letter already says;

2  correct?

3      A.  No.

4          MR. MOORE:  And in the sense -- object to

5  the form.  I don't know what he means, "add to it."

6      A.  Yeah, what do you mean by "add"?

7          MR. MOORE:  I don't know what it means.

8      Q.  Do you know why inclined sleep products were

9  being carved out from the crib, bassinet standard?

10     A.  For the risk of positional asphyxia.

11     Q.  Pardon me?

12     A.  The risk of positional asphyxia.

13     Q.  Where do you get that statement from?

14     A.  Because of all the AAP recommendations for flat

15  sleeping.

16     Q.  Do you know who it was that was behind carving

17  the inclined sleep products out from the crib, bassinet

18  standard?

19     A.  No, I do not.

20     Q.  And you don't know who, what entity was behind

21  carving it out or why it was being carved out?

22     A.  No.

23     Q.  All right.  So when I asked you a moment ago and

24  you said, "well, it was carving it out because it was

25  contrary to the AAP sleep guidelines," that's just your

1   speculation?

2      A.  That's -- yeah.

3      Q.  All right.  Now, in item 3 you say, "alpha/beta

4   testing would have shown a risk of positional asphyxia."

5      A.  I believe so.

6      Q.  What test protocol could be created to

7   demonstrate a risk of positional asphyxia?

8      A.  Using live children in the prototypes.

9   Positioning live children in prototypes.

10     Q.  All right.  And just observing?

11     A.  Observing.  Also measuring oxygen saturation.

12     Q.  You don't know whether or not such studies were

13  undertaken, that is observing infants in Rock 'n Plays?

14     A.  Correct.

15     Q.  Shouldn't the sentence have read, "alpha/beta

16  testing may have shown a risk of positional asphyxia"?

17     A.  I believe it would have.

18     Q.  And what is your basis for saying that inclined

19  sleeping at an elevation of 30 degrees would have

20  revealed a risk of positional asphyxia?

21     A.  I believe we -- it would have been able to

22  observe for -- Fisher-Price would have been able to

23  observe the chin to the chest contact.

24         They would have been able to observe that the

25  airway was not in line with the, with the spine.

1          And they may have been able to observe oxygen

2    saturation.

3      Q.  But you've never seen positional asphyxiate

4    testing done on newborns at angles of 30 degrees; have

5    you?

6      A.  I can't say for sure angles at 30 degrees, no.

7      Q.  You have never tested infants sleeping at

8    30 degrees inclined from the horizontal, have you?

9      A.  No.

10     Q.  So you're simply speculating that alpha/beta

11   testing would have shown a risk of positional asphyxia

12   because you haven't tested for that?

13     A.  I haven't specifically tested 30 degrees, but

14   I've tested inclined sleeping.

15     Q.  At degrees at 45 degrees or greater; correct?

16     A.  45 degrees or less.  Not greater.

17     Q.  Well, it depends on which way you measure.

18     A.  From horizontal up to 45 degrees.

19     Q.  Up to 45 degrees.  And you've also in your -- in

20   most of the car seat studies I've seen they consider

21   this to be the vertical at 90 degrees and they measure

22   from the vertical down from 90, 80, 70, 60, 45; correct?

23     A.  Some, yes.  The studies I've done were up to

24   45 degrees from horizontal plane.

25     Q.  But you have never participated in any studies or

1   testing of studies from zero elevation of the horizontal

2   up to 45 degrees?

3       A.  Yes, I have.

4           MR. MOORE:  I object to the term "studies."

5       Q.  Okay.  Tell me what studies.

6       A.  Are we -- these are my own research that I've

7   done in the hospital as I spoke before with Joe O'Neil

8   and Marilyn Bull.  So they're not published studies.

9       Q.  And so what did you observe?

10      A.  We observed at incline, leaving the infants in an

11  inclined position, we did observe positional asphyxia in

12  the terms of the chin close to the chest or the oxygen

13  saturation dipping.

14      Q.  Is that documented anywhere?

15      A.  It's documented with the company that I worked

16  for when I did this.  It's not published research.

17      Q.  How did you measure chin to chest in an infant?

18      A.  With a tape measure.

19      Q.  And tell me about that.

20      A.  So we laid the child down flat, positioned the

21  head so the airway is in line with the spine and take a

22  measurement.

23      Q.  All right.

24      A.  Then lay the child on a flat table, take a

25  measurement.  And put the child in a car seat and take a

1    measurement.

2        Q.  All right.  And that's a car seat at 45 degrees?

3        A.  Up to 45 degrees.

4        Q.  Did you ever test a car seat at less than

5    45 degrees and if so which car seat?

6        A.  We tested several models of car seats.  Some have

7    45 degrees, some up to 45 degrees.  I'm -- I can't

8    recall the exact angles of those car seats in question.

9        Q.  And do you know of any detriment in oxygen

10   saturation levels?

11       A.  We did notice decreased oxygen saturation.

12       Q.  Below the range of normal?

13       A.  We did not keep the children in there for very

14   long periods.  So, no, not below the range of normal.

15       Q.  If I were to go search for that documentation

16   tell me when that was done.  When that testing was done.

17       A.  I don't know how you would search it.  But it was

18   done in 2013.

19       Q.  All right.  And for whom were you working at the

20   time?

21       A.  Kolcraft.  K-O-L-C-R-A-F-T.

22       Q.  And where was the testing done?

23       A.  Children's Hospital in Indianapolis.

24       Q.  Children's in Indianapolis?

25       A.  Yes.  But again, this was not published research,

1  this was....

2      Q.  How long did it take?

3      A.  We made two visits to the hospital with some

4  prototypes and some competitive product, we were there

5  maybe for a couple of hours each time.  I think there

6  was a couple of children put in the seats each time.

7      Q.  Were the infants asleep or awake?

8      A.  Awake.

9      Q.  Tell me physiologically how an airway is

10  obstructed in an infant lying at an angle of 30 degrees?

11      A.  I can specifically say -- I can't specifically

12  say for 30 degrees.  I can say when the child's

13  inclined.

14      Q.  Let's say 30 degrees or less.

15      A.  If the chin is touching the chest then the airway

16  could be pinched or compromised.

17      Q.  How is the airway going to be pinched or

18  compromised in the human anatomy of a normal infant

19  eight weeks of age or less?

20      A.  The --

21              MR. MOORE:  Let me object.  Object to the

22  form.

23              You can answer that.

24      A.  I'm not a physician.

25      Q.  So you don't know the answer to that?

1     A.  I can tell you what it was, how it was explained

2  to me by a physician.

3     Q.  But you don't, of your own knowledge, have any

4  understanding of how the human trachea of an eight-month

5  or eight-week old child lying supine, flat on back at an

6  angle, is going to cause chin-to-chest compressions such

7  that there will be airway obstruction?

8     A.  I guess I'm not understanding the full question.

9     Q.  I'm just asking you to explain how it happens.

10     A.  Sure.  Okay.  It's like a straw.  As it was

11  explained to me the trachea is about the size of a

12  drinking straw.  But quite flexible.  And so by the head

13  falling forward and landing the chin onto the chest, he

14  will bend that straw over.  And if you were to bend a

15  drinking straw you would notice that the flow of water

16  coming through that drinking straw would become

17  compromised.

18     Q.  But that's not the human anatomy, is it?

19     A.  But that's how it was explained to me.

20     Q.  Right.  The trachea is not like a drinking straw,

21  is it?

22           MR. MOORE:  Let me object to the form.

23     Q.  Would you agree?

24     A.  The trachea --

25     Q.  Is not like a drinking straw.  The trachea has

1  what wrapped around it?

2     A.  It's got tissue wrapped around it; right?

3     Q.  It's got cartilage wrapped around it.

4     A.  Cartilage, right.  But in an infant it's not as

5  mature or it's not as stiff.

6     Q.  That's what I was going to ask you.  That's why I

7  asked you earlier about maturation of infant airways,

8  and you said you have no idea, you've never done a

9  study.

10    A.  Okay.  I don't know what the maturation rate is.

11    Q.  Right.  So other than some explanation given to

12 you by a doctor who I've got no idea whose credentials

13 is what, that the human trachea is like a drinking straw

14 and can be crimped.  You know --

15    A.  The doctor is Marilyn Bull who is actually a

16 coauthor on several of those papers.

17    Q.  They can be crimped.  You can go into the

18 hospital with a straw that it's got the little bend in

19 it and you can bend it and it doesn't crimp and you can

20 suck water or fluids right up through the straw;

21 correct?

22    A.  Yeah.  On a flexible straw, yes.

23    Q.  Sure.  That's one of the reasons that human

24 beings have developed the way we have through

25 generations and generations; correct?

1    A.  Uh-huh.

2    Q.  All right.  So do you agree with me that the

3  sentence should more properly read, "alpha/beta testing

4  may have shown a risk of positional asphyxia" since

5  you've never tested this and know of no testing that

6  would reflect that at 30 degrees or less compressional

7  asphyxia increases the risk of SIDS, BRUE, ALTE, or

8  airway compromise?

9    A.  I guess it's my opinion that it, it would have

10  shown that.

11    Q.  But based on --

12    A.  The head placement.

13    Q.  But based on no testing to show that?

14    A.  Not specifically at 30 degrees.

15    Q.  Right.  All right.  "Furthermore, it appears that

16  Fisher-Price knew of the potential positional asphyxia

17  problem."

18        What is that based on?

19    A.  Well, if you look at the old product versus the

20  new product you'll see some very definitive differences.

21  So it looks like they were correcting an issue.

22    Q.  That's the reason I want to ask.  And I asked you

23  earlier and you said you had not done any of the CAD

24  measurements.  And you were unsure of, at least, correct

25  me if I'm wrong, but you never did any examination of

1  geometry of shape of what I'll call the old versus new

2  plastic insert?

3      A.  Sure.  That can be seen in the photos that I

4  sent.

5      Q.  Your photographs show measurements up at the

6  top --

7      A.  Yeah.

8      Q.  -- with width.

9      A.  So you can see --

10     Q.  And we'll come to those in just a minute.  And in

11  fact now is the time to do it.  I've got time, you've

12  got time.  Would that be the best way to explain this?

13     A.  Sure.

14     Q.  All right.  I just -- before we get into the

15  measurements, I am somewhat concerned with the

16  statement, "furthermore, it appears that Fisher-Price

17  knew of the positional asphyxia problem and attempted to

18  address this issue with the change in shape of the hard

19  seat."

20         Are you suggesting that Fisher-Price was unaware

21  of positional asphyxia issues in its generations of

22  manufacturing infant products?

23     A.  Potentially with this product.

24     Q.  You don't -- you don't know, though, do you?

25     A.  No.

1    Q.  All right.  Now, so you say that the photographs

2    that you took of the measurements that we have, and

3    that's in Exhibit 4, demonstrate a change in the shape

4    of the hard seat?

5    A.  Yes.

6    Q.  All right.  Now, before we get to that, the hard

7    seat is shaped, is it not, it's curved?

8    A.  Yes.

9    Q.  And it's curved in a variety of angles, --

10   A.  Yes.

11   Q.  -- is it not?

12       And if you were looking -- if I were

13   holding -- if my iPhone was, you were looking straight

14   at the Rock 'n Play, it's got a bite angle where the

15   infant's rump rests at the bottom with a curve that

16   causes the thighs to rotate up; correct?

17   A.  Yeah.  Yes.

18   Q.  We see that in -- look at your photograph that

19   you -- we'll take baby Asher.  You've got the picture of

20   baby Asher.

21           MR. HINES:  Let's mark that as Exhibit 6.

22           (Deposition Exhibit No. 6 marked for

23   identification.)

24   Q.  So we're now looking at Exhibit 6.

25   A.  Uh-huh.

1    Q.  And right where Asher's rump is resting down at

2    the bottom there is a plastic lip that comes up;

3    correct?

4    A.  Yes.

5    Q.  And it induces an angle like you see with the

6    baby's feet up in the air; correct?

7    A.  Yes.

8    Q.  And then if we come up from that narrowest of

9    positions in the Rock 'n Play, it's semicurved at the

10   base; correct?

11   A.  Yes.

12   Q.  A slight curvature at the base.  And it

13   also -- this, right where the hips are located is the

14   narrowest point in that shape and it then expands upward

15   and outward in sort of a V shape; correct?

16   A.  Yes.

17   Q.  And that's so if the infant, not if, as the

18   infant grows, that shape can essentially be maintained

19   with shoulder-to-shoulder width increasing; correct?

20   A.  Yes.

21   Q.  All right.  Now, let's look at the photographs

22   which are in Exhibit 4.  You have them?

23   A.  Yes.

24   Q.  Let's do this, and I hate to do this, but do you

25   mind if I stand over your shoulder?

1      A.  That's fine.

2      Q.  Show me -- let's do this, having done this for a

3   number of years, when you and I start talking as we go

4   through photographs it becomes wholly unintelligible.

5   Let's go through this first off the record and we'll

6   come back through it, and I think in a few questions we

7   can get it much more clearly stated, rather than my

8   rambling for 20 pages; okay?

9      A.  Okay.

10              (Discussion off the record.)

11              (Deposition Exhibit No. 4.1 to 4.8 marked

12   for identification.)

13      Q.  Mr. Gaudreau, we've been off the record and

14   you've arranged the photographs in order to demonstrate

15   what we were earlier discussing about how the shape of

16   the seat has apparently changed.  And if you could run

17   through the photographs using the exhibit number by way

18   of explanation so we will know which photograph you're

19   talking about.  And describe for us what you are showing

20   by each of these photographs.

21      A.  So look firstly at 4.1 and 4.2.  And this is

22   where I, I positioned the Rock 'n Play with this doll.

23   Is it okay if I call it a doll?

24      Q.  Sure.

25      A.  The back angle is measured here at approximately

1    32 degrees on both the new and the old.

2          We move on to 4.0 and 4.3, this is where I

3    started to notice differences in the design.  Of course

4    I removed the initial set of soft goods; maybe we can

5    call them the comfort set of soft goods.  And you notice

6    the old one had a rigid piece of plastic that was

7    enveloped in a fabric pocket.  And the new one is

8    similar but different hard piece of plastic, but is sewn

9    directly to the soft goods.

10   Q.  All right.  And how were you able to measure the

11   height from the bite angle at the bottom, what I will

12   call the bottom of the plastic insert?

13   A.  How was I able to measure that?

14   Q.  Right.  In other words, you are drawing

15   comparable width measurements?

16   A.  Yeah.

17   Q.  How are you comparing?

18   A.  I was approximately holding the tape at the neck

19   of the child.  Or the, the doll, the chin of the doll.

20   Q.  All right.  And then if we moved either one of

21   the tapes up or down, you would get somewhat different

22   measurements?

23   A.  You could get a different measurement, yes.  I

24   did the old one first and I positioned the tape just

25   above the chin.  And you can see in the image the tape

1    sits well above the chin.

2          On the second image of the new one I had to

3    position the tape slightly below the chin, otherwise, I

4    could not get the tape to touch the side walls.  Meaning

5    that the depth of the new design is not as deep.  It's

6    shallower than the old design.

7    Q.  Because -- all right.  Because you're saying that

8    the, whereas, on 4.0 the tape comes up essentially to

9    where the doll's nose is?

10   A.  Yes.

11   Q.  On 4.3 the tape essentially got caught at or

12   about the doll's neck or chin?

13   A.  Yes.

14          MR. MOORE:  Let me object when you say,

15   "caught."

16   Q.  Well, there was a -- I take it you were sliding

17   the tape up until you came in contact with the --

18   A.  I positioned the tape on the first one right

19   about the chin, nose area to take that measurement.

20         When I went to position the tape on the new one I

21   tried the same technique but the hard plastic was too

22   shallow in order to take a measurement there.  So I

23   dropped the tape until I was able to touch the side

24   walls of the plastic and not interfere with the face too

25   much of the doll.

1    Q.  Right.

2    A.  So it caused the chin of the doll, as you can see

3    in the image, to sort of bite over the tape measure.

4    Q.  And again, I want to go back to my question.

5    Were you using your best efforts to position the two

6    dolls in their respective Rock 'n Plays --

7    A.  Yes.

8    Q.  -- at the same location?

9    A.  Yeah.  Without having the comfort soft goods on,

10   the three-point harness shown in these photos, so I

11   tried to position the dolls as best I could in the exact

12   same position.  You will notice some differences in the

13   positioning of the dolls, the shoulders particularly and

14   the arms.  The old design was steep and very deep, and

15   you'll see that the shoulders are rather squeezed in.

16        On the new design you can see where I kind of

17   pushed the elbows out to try and demonstrate how much

18   wider and how much shallower the angle of the side wall

19   was.

20   Q.  As between the two, based on your training,

21   education, and experience, which is easier for the child

22   if he were to rotate -- if he had the capacity to

23   rotate?

24   A.  Yes.

25   Q.  To turn over, to rotate over, if you will?

1    A.  Yeah.  I believe that's shown in 4.7 and 4.8.  If

2  we look at those images I believe the hips in the

3  three-point harness is what is going to control the

4  child's movement more than the sidewalls.  Because if

5  you look at 4.7, 4.8, it's about the same.

6    Q.  As between 4.0 and 4.3, --

7    A.  Okay.

8    Q.  -- all of the things being equal and no

9  restraints in place, do you have an opinion as to which

10  would be more difficult for an eight-week old infant to

11  turn in?

12    A.  I don't have an opinion on which one would be

13  more difficult to turn in.  An eight-week old infant are

14  not turning themselves very well anyway.

15    Q.  I was going to say, as we know from Asher in this

16  instance, he was not able to turn over, so.

17    A.  Right.

18    Q.  What you're saying is both would equally hold an

19  infant in place?

20    A.  Yes.

21    Q.  Restrain the infant in place?

22    A.  Potentially.

23    Q.  With 4.6 and 4.4, are we still on this?

24    A.  We're zero and 3, that's fine.

25    Q.  Are you done with 4.0 and 4.3?

**DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.**
**Paul Gaudreau, Jr. on 11/28/2017**

Page 120

1    A.  Yeah.

2    Q.  Okay.

3    A.  If we look at .4 and .6.

4    Q.  So we're looking at 4.4 and 4.6?

5    A.  Yeah.  And again this is trying to get a basic

6  measurement of the width again, showing how it's

7  changing, so 4.4 being the new seat at approximately

8  12 inches, and 4.6 being the old seat and approximately

9  10 inches.  What I'm trying to show there is the rate in

10  which the two different ones flare out.

11        Looking at .0 or .3 you'll see there's a

12  difference of 1 inch in width near the neck, and .4

13  and .6 there's a difference of approximately 2 inches up

14  above the head.  So obviously the rate of angle change

15  is significantly different.

16    Q.  Okay.  Did you notice in ASTM 3118-17 ways to

17  measure the side-to-side restriction of the Rock 'n

18  Play?

19    A.  I can't recall.

20    Q.  So here between 4.4 and 4.6 what you're saying is

21  that there is approximately a 2-inch difference up above

22  the head and the width?

23    A.  Yes.  Which to me shows that the rate at which

24  the angle flares up and out is different.

25    Q.  Right.

1    A.  Before there was a 1-inch difference and now

2    there's a 2-inch difference.

3    Q.  Right.  Next.  Are you done with those?

4    A.  Yeah.

5    Q.  Okay.

6    A.  This was something hard to take a photo of.  If

7    you look at 4.5 I tried to capture the depth.  Of course

8    trying to get the camera at exactly the right angle was

9    tough.

10        So as I look at those in conjunction with 4.3 and

11   4.0; looking at 4.5 and those two, we're trying to

12   depict the depth and the change in depth.  Again, 4.0,

13   the tape being above the, the chin and nose of the doll,

14   4.3 it's below, and then 4.5 is showing, trying to grab

15   that dimension.

16   Q.  Did you measure the depth of the subject Rock 'n

17   Play --

18   A.  The old one.

19   Q.  -- the same way you did the old Rock 'n Play, and

20   the same way you measured 4.5?

21   A.  I believe I did.  I don't think the photo was

22   quite clear.

23   Q.  Right.  And I'm just looking at 4.1 and 2.  You

24   would agree with me, would you not, that distances and

25   angles of elevation above and below that protractor can

1   affect visually appearance of background height?

2       A.  Sure.  You get a parallax effect with the camera.

3       Q.  Right.  So it's -- this is sort of Kentucky

4   winded to some extent, but I can look at 4.2 and 4.1 and

5   see they they're taken at slightly different degrees and

6   distances and so forth.  So all of that will have an

7   effect on apparent depth between the top of the

8   protractor on the one hand and the edge of the --

9       A.  Right.

10      Q.  -- plastic?

11      A.  That's why at 4.5 was a quick grab at that

12  dimension, and then I realized with the parallax effect

13  I wasn't going to be able to get an accurate measurement

14  with a camera.  So 4.1 and 4.2 I'm only going to talk

15  about the angle because that's clearly measurable.

16          So that's why with the other series, 4.0, 4.3,

17  and then 4.4, 4.6, I'm measuring to that hard plastic

18  edge.  And the reason I took the measurement at

19  different heights was to show the angle, the rate of

20  angle change.  I felt that was the only way to show it.

21      Q.  Then we've got 4.7 and 4.8.

22      A.  So 4.7, 4.8 I tried to anticipate potential,

23  potential malpositioning of the, of the infant.  And we

24  know infants can't move too much at this age but they

25  can squirm a little bit.  And the thought here was,

1    well, if the child were to squirm around a little bit

2    and position themselves somewhere like this where this

3    three-point harness is not really controlling them,

4    allow the butt to be a depth, let's say from the seat

5    bite to the crotch buckle point.  That depth I felt like

6    was too large for this size child.  And that would allow

7    the butt to potentially be moved to one side or the

8    other of this three-point harness.

9         When that happened, in these images you can see

10   that with the old design the face of the doll is right

11   up against the soft goods, which is caused by the very

12   steep almost vertical walls, versus the new design which

13   is not as steep and flared out.  And we see that if a

14   child were to put themselves in this position they would

15   have a sufficient gap between their nostril, their

16   airway, and the soft goods versus the old design.

17        Q.  Anything else on 4.7 and 4.8?

18        A.  No.

19        Q.  Okay.  We've talked about this a little bit, but

20   my understanding is that, we'll call them doll, your

21   doll is 22 pounds, which is more than we're dealing with

22   in this case; correct?

23        A.  Yes.  This doll is larger than the -- yes.

24        Q.  Right.  A newborn.  In fact, if you look at CDC

25   growth charts, 22 pounds would hit at roughly an 11 to

1  12-month old; correct?

2     A.  Yes.

3     Q.  All right.  And when you purchased this doll,

4  does he have a name?

5     A.  Called a newborn.  Yeah.

6     Q.  But how did you go about selecting this doll to

7  use?

8     A.  This doll is put out by a company called Huggable

9  Images.  And they create dolls for child passenger

10  safety technicians.

11    Q.  And do you know precisely what model number or

12  make or?

13    A.  Newborn.

14    Q.  Just newborn?

15    A.  Huggable Images, newborn.

16    Q.  Got it.  But in reality this is not a newborn at

17  that weight, it's really an 11 month old?

18    A.  Stature wise it should represent closely to a

19  newborn, like, a larger newborn.  The weight was

20  modified for other purposes.  So the Huggable Images

21  didn't sell the doll weighted at 22 pounds, we added a

22  sandbag.  "We" meaning the company I work for added a

23  sandbag inside this doll to be used for other purposes.

24  I was just utilizing the doll as a representation.

25    Q.  Got it.  But -- okay.  So at 22 pounds you added

DAVID GOODRICH, ET AL. vs. FISHER-PRICE, INC.
Paul Gaudreau, Jr. on 11/28/2017

Page 125

1   lead shot or whatever it might be --

2   A.  Sand.

3   Q.  -- to increase the weight?

4   A.  Yeah.

5   Q.  But it came as a newborn from Huggable Images?

6   A.  Yes.

7   Q.  Save the weight issue?

8   A.  Yes.

9   Q.  Height, you're not quite sure of?

10  A.  No.  Not offhand.

11  Q.  Right.  And unlike -- you're very familiar with

12  the FMVSS 213 CAMI infants?

13  A.  Yes.

14  Q.  And they represent 50 percent of children at

15  six months of age?

16  A.  Yes.  Yes.

17  Q.  And you've seen the photograph we've had

18  of -- have you seen the photograph --

19  A.  Yes.

20  Q.  -- taken of the CAMI in the Rock 'n Play?

21  A.  Yes.

22  Q.  All right.  And --

23  A.  I chose not to use the CAMI.

24  Q.  Why did you choose not to use the CAMI?

25  A.  Because the CAMI is ridged in ways that a real

1    child is not rigid.

2        Q.  But insofar as our purposes are concerned, a

3    child at eight weeks of age is not going to be, as we

4    already know, turning over, moving around.  About the

5    only movement you're going to get, according to his

6    mother's testimony, was slight rotation of the head left

7    or right.  That was about it.

8        A.  Yeah.  You'll get some, some slight wiggling.

9    Squirming.

10       Q.  You would not expect to see an eight-week old

11   rotate in the position shown in 4.7, 4.8?

12       A.  Potentially.  Potentially you could.

13       Q.  If they were placed in that position?

14       A.  Potentially they could move slightly.

15       Q.  How could they move like this?

16       A.  Well, the thought is that they could -- they do

17   squirm a little bit, they can move a little bit.  They

18   don't sit exactly in that position.  They can't move

19   much and they could not correct themselves.

20           So had they started to squirm into this position

21   and gravity and other forces worked on them and allowed

22   them to move gradually into this type of a position,

23   they would not be able to correct themselves out of this

24   position.

25       Q.  There's no indication that Asher at this age was

1  able to rotate at all or squirm at all; correct?

2      A.  I haven't heard the mother's testimony.

3      Q.  Right.  We do know that contrary to the

4  instructions and the warnings that Asher was not

5  restrained; correct?

6      A.  Again, I haven't heard the testimony.

7      Q.  Well, assume that is the uncontroverted testimony

8  in this case, --

9      A.  Okay.

10     Q.  -- that the infant was not restrained?

11          MR. MOORE:  Was not what?

12     A.  Restrained.

13          MR. MOORE:  Restrained.  Okay.

14     Q.  Right.  Was not restrained.  The uncontroverted

15  testimony is when the child was put in the Rock 'n Play

16  they thought the restraining straps were dumb and did

17  not restrain in accordance with the instructions.

18     A.  Okay.

19     Q.  As a manufacturer of infant products that's not a

20  good thing, correct, not to follow the instructions of

21  the manufacturer?

22     A.  Yes.

23     Q.  Okay.  And we'll come to this in a minute, but

24  you understand that a blanket was also put in the

25  Rock 'n Play?

1    A.  Yeah, I believe so.

2    Q.  Right.  And that's also against the instructions

3  of the manufacturer, is it not?

4    A.  Yes.

5    Q.  Do you have an understanding as to the age limit

6  the Rock 'n Play is intended for?

7    A.  I don't recall.  I can't recall right now.

8    Q.  Simple question.  It's not intended for a

9  22 pound, 11-month old; correct?

10    A.  I thought it was.  Maybe I -- maybe I'm mistaken

11  right now.

12    Q.  All right.  Did you make an effort at the CAD

13  drawings to note differences or similarities between

14  what I'll call the old and the new plastics?

15    A.  I was not given any CAD drawings.

16    Q.  You were not given any CAD drawings?

17    A.  No.

18    Q.  Do you understand that they were produced in this

19  case?  That we produced the CAD drawings for this?

20    A.  No, I have not seen them.

21    Q.  You have not seen them.  You can certainly take

22  measurements if given CAD drawings; right?

23    A.  Yes.

24    Q.  You know how to use a measurement tool on a CAD

25  file?

1     A.  Yes.

2     Q.  And you are capable --

3     A.  Yes.

4     Q.  -- of doing that?

5         The photographs that we see, do you know the

6    model number of the product you bought?

7     A.  No, not offhand.

8     Q.  Did you buy it?

9     A.  No.

10     Q.  Who bought it?

11     A.  Jan Hinson bought it.

12     Q.  Jan Hinson bought it and gave it to you?

13     A.  She purchased it on Amazon and had it shipped

14    directly to my house.

15     Q.  Do you have that at your house now?

16     A.  No.

17     Q.  Does she have it?

18     A.  Yes.

19     Q.  And so that would certainly have the model number

20    inscribed somewhere on that unit; --

21     A.  Yes.

22     Q.  -- correct?

23     A.  Yes.

24     Q.  And do we know the age or the date of build of

25    the new product?

1    A.  Not offhand.

2    Q.  Did it appear to you to be a new product?

3    A.  Yes.  It was shipped from Amazon in a brand new

4  box.  I opened the box and I assembled the unit.

5    Q.  You did.  It was shipped to you from Amazon?

6    A.  Yes, it was shipped directly.

7    Q.  All right.  And when did you receive that?

8    A.  That would have been in early September.  I don't

9  know the exact date.

10   Q.  Right.  So what you've done in these images is to

11  take photographs of the new plastic insert in a

12  reasonably, presumably recently manufactured Rock 'n

13  Play.  We can certainly determine precisely when it was

14  built --

15   A.  Yes.

16   Q.  -- if we had that information, but you don't have

17  that information?

18   A.  Not offhand.

19   Q.  And you didn't document that anywhere?

20   A.  No.

21   Q.  Do you know what the effect of folding up a, a

22  somewhat malleable plastic insert for years is and the

23  shape that it could experience if it's in a

24  position -- this unit was six years old at the time you

25  examined it, it would have been over six years old, as

1  contrasted with a brand new or reasonably brand new

2  product; would you expect there to be some deformation

3  if a product has been folded up in some position for

4  years without being opened and used?

5      A.  Yeah, if the plastic was deformed and folded into

6  a deformed state and allowed to rest at that deformed

7  state for, depending on the plastic, a certain amount of

8  time, the plastic could take a set.

9      Q.  And plastic has a little bit of a memory to it,

10  not as much as some.

11      A.  Yes.

12      Q.  But it does have memory.  So you would expect a

13  product that has been folded up for years to exhibit

14  some, perhaps, slightly, perhaps grossly different

15  measurement characteristics if it has just been opened

16  and measured, as contrasted with a reasonably recently

17  manufactured product?

18      A.  Potentially.

19      Q.  Potentially.  Exactly.  So the best way to

20  compare geometry of the two would be to look at the

21  actual CAD drawings --

22      A.  Uh-huh.

23      Q.  -- of the two, because that will give you the

24  specs and the geometry of the as new product; correct?

25      A.  Yes.

1    Q.  But you didn't do that?

2    A.  I was not given the CAD drawings.

3    Q.  Right.  Let me -- I understand what you're doing

4  with 4.7 and 4.8, but I want to address something.

5        Are you suggesting that an infant could rotate

6  into a position that would result in obstruction to the

7  nasal and oral airways?

8    A.  Potentially.

9    Q.  Did, and this is not anthropomorphically

10  accurate, but -- this has no nose?

11    A.  Yes.

12    Q.  And one of the reasons, whoever is upstairs that

13  got us where we are gave us a nose is so we can breath

14  up this way and in this way; correct?

15    A.  Yes.

16    Q.  So if you're -- if you're nestling up something

17  sideways you have a nose down here that can breathe that

18  way (indicating?)

19    A.  Yes.

20    Q.  And children and infants breathe through their

21  nose as well as their mouth; correct?

22    A.  Yes.  The fabric also could be loose.

23    Q.  Well, the fabric is certainly a tight fitting

24  fabric conforming to all of the standards; correct?

25             MR. MOORE:  I'll object to the form.

1    A.  The fabric complies with the standards, but it's

2  still soft enough with enough padding underneath that

3  potentially that fabric could get sucked up into the

4  nose.

5    Q.  Did you measure that?

6    A.  No, I did not measure that.

7    Q.  So that's just speculation?

8    A.  That's just speculation; right.  But there have

9  been instances of bassinets and children -- children

10  have asphyxiated in bassinets under very similar

11  conditions.

12    Q.  Right.  The -- well, are you saying that this

13  mimics a bassinet?

14    A.  I'm saying in that way there is -- what I'm

15  trying to say is the harness system in this product I

16  didn't feel like controlled the positioning of the child

17  enough, therefore, it potentially could create a

18  situation where the face is pushed up against the fabric

19  and there is a potential there of that fabric

20  asphyxiating the child.

21       But this isn't the only position that the head

22  could be in, the head could also drop forward with the

23  chin on the chest.  I'm not saying that this is the mode

24  in which that child could move, but that the movement

25  is, is possible.

1      Q.  This is not the position that Asher was in

2   according to the testimony of Miss Hinson; isn't that

3   correct?

4      A.  Yeah, that's correct.  This is not the position.

5      Q.  Asher was lying back, she could see his full

6   face?

7      A.  Uh-huh.

8      Q.  And in fact, she positions -- have you seen the

9   CPSC report?

10      A.  No.

11      Q.  Let me be sure -- looking at all of these

12   pictures, let me understand the substance of what you're

13   saying here.

14         The basis for your opinion that the shape of the

15   curvature or the geometry, if you will, of the form of

16   the mold changed, was because of the measurements we see

17   depicted in Exhibits 4.0 through 4.6?

18      A.  Yes.  The mold change is depicted in those images

19   by looking at the changes in dimension.

20      Q.  That's your opinion?

21      A.  Yes.

22      Q.  The most accurate determinant of that fact would

23   be a review and an analysis of the CAD drawings for the

24   two molds; correct?

25      A.  Yes.

1    Q.  You also agree with me that time and compaction

2  of the product can induce changes in the as built as new

3  product?

4    A.  If the product was deformed and let to sit

5  deformed for a length of time, yes, the product could

6  take a set.

7    Q.  And you don't know the condition under which it

8  was maintained over that period of time?

9    A.  No, I do not.

10    Q.  And if CAD drawings revealed no difference in the

11  two forms, your opinion that these photographs showed

12  some deformation would defer to the CAD drawings;

13  correct?

14    A.  If the CAD drawings for the new and the old

15  showed the same form then, yes, the dimensional

16  differences here potentially could be plastic set.

17    Q.  And as I said, the explanation for that easily

18  could be storage over a period of six years, heat,

19  whatever it might be, wherever this might have been

20  located, can result in some deformation of the

21  originally designed plastic mold insert?

22    A.  Potentially, yes.

23    Q.  Let's look at your next paragraph.  You say, "if

24  a product is violative of recommendations, it is

25  incumbent on the manufacturer to warn the public of its

1   danger."

2        People recommend things all the time; correct?

3   A.  Yes.

4   Q.  Every time there's a recommendation are you

5   saying that there should be a warning that would reflect

6   that recommendation?

7   A.  It depends where the recommendation comes from.

8   Q.  Right.  You've already said you're not a human

9   factors expert; correct?

10   A.  Right.

11   Q.  And you're not a warnings expert?

12   A.  Uh-huh.

13   Q.  It is simply your opinion that there should have

14   been a warning if there were, if the product was

15   violative of a recommendation.

16        So my question is this, what should that warning

17   be?

18   A.  It's my opinion that this product isn't safe for

19   sleeping.  And so I feel like the warning should be that

20   children should not be left unattended to sleep in this

21   product.

22   Q.  Right.  That's your opinion, not withstanding the

23   fact that the ASTM says that it is safe; correct?

24   A.  The ASTM does, yes.

25   Q.  The ASTM has endorsed a 30-degree sleeping

1  incline by approving a standard for a 30-degree sleeping

2  product; correct?

3     A.  Yes.

4     Q.  You disagree with that?

5     A.  No, I don't disagree with that.

6     Q.  Pardon me?

7     A.  Sorry.  I disagree with that, yes.  I don't

8  believe that it's safe.

9     Q.  And that's primarily based on your reading of the

10  2011 sleep guidelines?

11     A.  As well as the other documents --

12     Q.  As well as the other --

13     A.  -- published in the pediatrics journal.

14     Q.  And we've talked about that --

15     A.  Yes.

16     Q.  -- until the cows are coming home, so we will let

17  them come home.

18     A.  Okay.

19     Q.  All right.  You say that, "the warnings were

20  located underneath the bent-back edge of the upper part

21  of the chair and on the underneath of the,

22  between-the-legs strap in violation of the ASTM

23  conspicuous requirement."

24        We talked about the possible malformation of the

25  plastic insert of the old Rock 'n Play.  The back of the

1 Rock 'n Play where the warnings are located on your new

2 product is not bent; correct?

3    A.  I think I'm referring to the steel frame which

4 hasn't, didn't appear to be changed.

5    Q.  The, the formation of the back where the warnings

6 are located --

7    A.  Yes.

8    Q.  -- on the old product is essentially the same as

9 the new product?

10   A.  Yes.

11   Q.  Located in essentially the same place?

12   A.  Yes.

13   Q.  And somehow from years or otherwise, a portion of

14 the back, of the bottom, where the warnings are located

15 on this product, was bent down; correct?  Is that your

16 observation?

17   A.  No.  Both -- I don't think the old product was

18 bent down.

19   Q.  Well, that's what you say.  You say, "bent-back

20 edge of the upper part of the chair."

21   A.  Yeah, I'm referring to the steel frame that's

22 bent; manufacturing process bent.  Bent by design.

23   Q.  Okay.  Where -- the warnings are located where?

24   A.  Back here (indicating.)

25   Q.  And if you look at that, if you place the frame

1  on the ground where it is supposed to be located and

2  with the way that back form behind the head is

3  shaped, --

4      A.  Uh-huh.

5      Q.  -- you can observe that in a standing position;

6  can you not?

7            MR. MOORE:  Object to the form.

8      A.  What do you mean by "a standing position"?  I

9  guess in relationship to where the seat is.

10     Q.  If you were standing at the, what I will call the

11  head of the bed, the head of the rocking --

12     A.  Standing behind.

13     Q.  Behind that and looking from a standing position.

14  You can see those warnings?

15     A.  If the sleeper is on the floor you potentially

16  may not be able to see those warnings.  If the sleeper

17  was on the table maybe, but it's intended to be on the

18  floor.

19     Q.  Right.  And you understand that this, that the

20  R6070, the old as well as all the new, are tested for

21  conspicuousness of the warning?

22     A.  Yes.

23     Q.  That's part of -- that's part of F2194.  That's

24  part of F3118; correct?

25     A.  Yes.

1    Q.  And you are aware that if you go to the

2    inspection protocol for F2194-07 as tested for this very

3    unit, the R6070, it passed the conspicuousness test; --

4    A.  Yes.

5    Q.  -- correct?

6    A.  Yeah.  I'm aware of that.  Yeah.

7    Q.  But insofar as conspicuousness is concerned, it

8    passed the ASTM standard?

9    A.  As written, yes, it had passed.

10   Q.  All right.  And then the warnings that are

11   contained on the crotch strap --

12   A.  Uh-huh.

13   Q.  -- are laid out on the interior of the crotch

14   strap, so when you look down at the crotch strap you see

15   the warnings about always use this restraint; correct?

16   So you're not complaining about that conspicuousness?

17   A.  It depends how the crotch strap is positioned

18   when you look at it.  If the crotch strap -- I don't

19   have a picture of it.

20   Q.  If you put it in place you're not going to see

21   it.

22   A.  Right.  The crotch strap is laying down in one

23   direction, you don't see the warning.

24   Q.  Of course.  But if you lay it out before you put

25   your infant down, you're going to look at the underneath

1  side of the crotch strap before it's folded up into the

2  tummy?

3     A.  Potentially not, is what I'm saying.

4     Q.  You have to be blind if you didn't.

5     A.  The crotch strap could be --

6         MR. MOORE:  Let me object.

7         Go ahead.

8     A.  The crotch strap could be lying down covering the

9  warning and then you put the child on top of that crotch

10  strap.

11     Q.  Then you pull it out from underneath you still

12  are going to have to look at the underside of that in

13  order to position properly the crotch strap to pull it

14  out, up, and over?

15     A.  But if you don't see the warning that says you

16  have to use it because the crotch strap has pulled it

17  down, then you wouldn't know to pull the crotch strap

18  out from underneath the child.

19     Q.  The warning is also at the head of the bed,

20  "always use the restraint system."  Correct?

21     A.  On the backside.

22     Q.  At the head of the bed.  At the head of the Rock

23  'n Play.

24     A.  Uh-huh.

25     Q.  That warning says, "always use the restraint

1    system"?

2       A.  Right.  I'm saying it's behind the product,

3    though; right?  You can't see -- we can't see the

4    warning here.

5       Q.  You could if you're standing back from the

6    position as required by the ASTM standard for viewing

7    warnings, you can see it, and it passed the ASTM warning

8    conspicuousness criteria; correct?

9            MR. MOORE:  Object to the form.

10      A.  We do have a passing report, so, yes.

11      Q.  Yes.  We had the passing report and we know that

12   it passed?

13      A.  Right.

14           (Deposition Exhibit No. 7 marked for

15   identification.)

16      Q.  If we look at what's marked as Exhibit 7 and if

17   we look at the language of F2194, it says 8.3.2, "the

18   following warning's statement shall be included exactly

19   as stated below and shall be conspicuous."

20           And it says, "warning, failure to follow these

21   warnings and the instructions could result in serious

22   injury or death."

23           And so that very first statement is consistent

24   with 8.3.2.1; correct?

25      A.  Uh-huh.

1     Q.  And that's where ASTM is saying you have to use

2  this precise wording?

3     A.  Right.

4     Q.  Then it goes on immediately underneath that, it

5  says, "always use the restraint system."  That's the

6  very first warning there?

7     A.  Yes.

8     Q.  And if my statement to you a moment ago is

9  correct, and I'll suggest to you that it is

10  uncontroverted, neither Mrs. Goodrich nor Miss Hinson

11  used the restraint system?

12     A.  Okay.

13     Q.  Also, when you were using the restraint system, I

14  looked at some of these photographs and it did not

15  appear to me, and correct me if I'm wrong, and they may

16  not be in these particular photographs, but that the

17  restraint if on was not as tight as it could be.

18     A.  I tightened it to -- of course it's not as tight

19  as it could be.  I did not want to compress the chest of

20  the doll, as I felt like a parent wouldn't compress the

21  chest of their child.

22     Q.  Right.

23     A.  So I tightened it to what I felt was like a

24  reasonable tightness.

25     Q.  Do you have those other unused pictures?

1    A.  (Indicating.)

2    Q.  Let me show you what I was thinking about.

3    A.  (Indicating.)

4    Q.  I will just --

5          (Deposition Exhibit No. 4.9 marked for

6    identification.)

7    Q.  Are you saying that in -- let me just ask the

8    question.  It did not appear to me that that strap was

9    that tight in 4.9.

10   A.  I disagree.  I made it as tight as I would

11   suspect a parent would make that strap.

12   Q.  Okay.  But we said before you would not expect an

13   eight-week old to move in a restraint system to that

14   degree?

15   A.  I think it is not impossible.

16   Q.  You agree with me, as we looked this morning,

17   that under section Roman Numeral XI.VI of 3118.15 that

18   the constriction of the interior of the product is

19   specifically designed to prevent that very rotation that

20   is the concern of the AAP and of that type of rotation?

21   A.  That's what it says in ASTM; yes.

22   Q.  Anyway, we can go through these warnings.  The

23   warnings we dropped down to, "strings can cause

24   strangulation," and that's actually in the instructional

25   literature that's also mimicked here.  It's not found in

1  the mandatory warnings under 8.3.1.  But these warnings

2  are what were on the subject Rock 'n Play at the time

3  you looked at it?

4     A.  Yes.

5     Q.  And it says, "conspicuousness as defined in the

6  ASTM standard."  And you're familiar with the fact that

7  ASTM standards do define such terms as

8  "conspicuousness" --

9     A.  Yes.

10    Q.  -- so it's not left up to the mind of the

11 beholder.  It "describes a label that is visible when

12 the bassinet/cradle is in a manufacturer's recommended

13 use position to a person standing near the

14 bassinet/cradle at any one position around the

15 bassinet/cradle, but not necessarily visible from all

16 other positions."

17       That's a requirement and that's what

18 ASTM -- excuse me.  That's what this product was tested

19 to and was found to comply with?

20    A.  Yes.  I agree that that is written in here.  But

21 it's my opinion that that positioning is, is

22 inappropriate.  It's positioned at the exact opposite

23 end of the usage area.  So using the -- using this

24 product you would approach this product from the front

25 or the sides.  I feel it very unlikely that a parent

1  would approach this product from the rear to put the

2  child in or take the child out.

3     Q.  Your opinion notwithstanding, though, ASTM

4  testers, third-party testers found that this warning

5  label in that position complied with the standard?

6     A.  Yes.  And also had been in the industry long

7  enough if you go to one third-party tester and you don't

8  get a result you want you move to the next one.  And

9  you --

10    Q.  You're not suggesting that was done here?

11    A.  I'm not suggesting that was done here.

12    Q.  And you used GSC?

13    A.  SGS.

14    Q.  SGS.  As does Fisher-Price.

15    A.  They used SGS only for toxicity.

16    Q.  Well --

17    A.  They didn't use SGS for the other portions.

18    Q.  On that particular test?

19    A.  I haven't seen an SGS report on this standard.

20    Q.  All right.

21         MR. MOORE:  "This" meaning?

22    A.  "This" meaning the F3118-15.

23         MR. MOORE:  If you would just name it.

24    A.  The inclined sleeper products.  It says

25  standard -- Standard Consumer Safety Specification for

1  Inclined Sleeper Products, F3118-15.

2           MR. MOORE:  Okay.

3     A.  We do not have an SGS report on this

4  (indicating.)

5     Q.  This goes on, "additionally, the warnings on the

6  subject product are inadequate in that they fail to warn

7  of the danger of positional asphyxia widely supported by

8  pediatric studies and the AAP."

9           And we've already talked about that, I believe.

10  I don't think we need to replow that, your position on

11  positional asphyxia.

12     A.  Yes.  That's fine.

13     Q.  We've talked about, I'll go to the next

14  paragraph.  "There are numerous issues with the subject

15  chair.  The angle of the incline is too steep and

16  infants who lack neck muscle control are in danger of

17  their relatively heavy head listing over."  You

18  discussed that a little bit.

19           What do you mean by "too steep"?

20     A.  The 30 degrees of the back angle it's my opinion

21  that that 30 degrees allows the head to fall forward.

22     Q.  Right.  And you've never done any studies to test

23  that, have you?

24     A.  Not specifically at 30 degrees.

25     Q.  Right.  And we've talked about earlier, and I

1  will not replow the ground of an eight-week old who is,

2  we won't call him a lump of coal, but we'll call him

3  Raggedy Andy since we have a male here.

4        But Raggedy Andy sitting here that inertia,

5  gravity, coefficient of friction will leave that infant

6  in place; correct?

7     A.  Potentially.  Yeah.

8     Q.  And particularly where the mother has said the

9  infant was incapable of rolling over or moving his head

10  other than very slightly to the left or right at seven

11  weeks of age.  That would be consistent with children

12  acting that way at ages seven weeks of age?

13     A.  Right.

14     Q.  Do you have any understanding or opinion as to

15  what degree of listing over would be required to

16  compromise oxygenation?

17     A.  Depending on the child.  Depending on the anatomy

18  of the child.  So without knowing the specific anatomy

19  of the child, in previous research that I've done on

20  infants sitting reclined, some can tolerate angles that

21  others cannot.

22     Q.  I don't understand that.  What do you mean by

23  tolerating angles?

24     A.  We're talking about airway compromising.  So

25  putting one child at 45 degrees, his airway may stay

1  open.  The next one may not stay open at 45 degrees.

2  One may stay open at 30, one may not stay open at 30.

3     Q.  Are you saying that airways are closed at

4  45 degrees?

5     A.  Some children have trouble leaving the hospital

6  at 45 degrees.

7     Q.  The preemies?

8     A.  Some newborns that are ready to leave the

9  hospital have the issue.

10    Q.  The issue has been, has it not, with respect to

11 seatbelt or infant car seats --

12    A.  Yes.

13    Q.  -- that preemies leaving the hospital have very

14 immature airways?

15    A.  Yes.

16    Q.  They are subject to desaturation.  And as a

17 result of that infants are now tested at the hospital

18 before they can even leave the hospital in an infant car

19 seat; correct?

20    A.  Yes, that is correct.

21    Q.  Right.  And if they cannot tolerate an infant car

22 seat then they are placed in a car bed?

23    A.  Yes.

24    Q.  And that's the only way in 2017 babies in the

25 United States, at least, get to leave the hospital?

1    A.  The hospital, right.  But I don't think that is

2    definitive -- that isn't only for preemies.

3    Q.  I won't draw the, the term limits of 39 weeks of

4    gestation strictly around that.  But we're talking

5    45 degrees of angle versus zero degrees?

6    A.  Yes.

7    Q.  And even in the studies and that European study,

8    there was as between hospital error on the one hand and

9    car bed error on the other, there was some desaturation

10   just on an infant lying in a car bed?

11   A.  Yeah.

12   Q.  Do you remember that?

13   A.  Yes.

14   Q.  And that is flat on their back?

15   A.  Right.  As saying every child is a little bit

16   different.

17   Q.  But they did a cohort of a number of babies?

18   A.  Yes.

19   Q.  I guess what I'm trying to figure out is if

20   you've got Raggedy Andy sitting there at seven weeks of

21   age who is described by Momma as not moving, --

22   A.  Uh-huh.

23   Q.  -- and who has the natural physical forces

24   operating on him, i.e. coefficient of friction,

25   gravity, --

1     A.   Sure.

2     Q.   -- and inertia --

3     A.   Yeah.

4     Q.   -- and that infant is not moving.

5     A.   Well, the infant is seated at 30 degrees so

6  gravity will want to push that infant down to the bottom

7  of that 30 degrees.

8     Q.   But which force is greater, the vertical moment

9  or that longitudinal moment?

10    A.   At 30 degrees it's going to be a vertical moment.

11    Q.   Right.

12    A.   Right.  But we also have the coefficient of

13 friction that you mentioned.

14    Q.   That's right.  It's going to impede.

15    A.   But we don't know what the coefficient of

16 friction is on this seat.  This fabric here had a very

17 silky satiny feeling to it, which would change that

18 coefficient of friction.

19    Q.   What would you estimate the coefficient of

20 friction of that material to be?

21    A.   I wouldn't even want to estimate it right now.  I

22 don't know.

23         But what I'm trying to say is we got the gravity

24 trying to push this child down, the vertical moment is

25 going to be more than the horizontal moment, I agree.

1  But there's also going to be some reduced coefficient of

2  friction because of this soft material.  I don't know

3  exactly what material the child was wearing at the time

4  and there's also the inertial effect, so the whole thing

5  rocks; right?  So as that rocking motion happens there

6  could be inertia.

7      Q.  But it wasn't rocking at the time, he was just

8  placed in there, nobody came over and touched him.

9      A.  Do we know that?

10     Q.  Pardon me?

11     A.  I don't know if I know that.

12     Q.  That's the fact.

13     A.  That it was perfectly still?

14     Q.  Perfectly still.

15     A.  I find it hard to believe that anybody could say

16  that it was perfectly still.

17     Q.  If it was placed in it, Raggedy Andy went to

18  sleep and that was it?

19     A.  I used to live in a high-rise, on the 45th floor

20  of a high-rise building, it seemed perfectly still yet

21  my chandelier would move.

22     Q.  That's at 45 floors.

23     A.  Yeah.

24     Q.  You're on a school floor of concrete.

25     A.  I'm saying we can't say definitively.  I don't

1  feel like I can definitively say that there was no

2  motion.

3      Q.  You certainly cannot say that there was some

4  third, --

5      A.  Right.

6      Q.  -- some third-party force acting on it?

7      A.  I can't say that either.

8      Q.  Right.  You produced today a, what was it, what

9  was the standard, the 1500 standard that you had?  The

10  federal reg CFR on edges.

11     A.  Yeah.  Yeah.  Yeah.

12     Q.  You make the comment here that the design

13  poses -- excuse me.

14         "There is a sharp unsecured plastic edge on the

15  underneath plastic shell that angles sharply upward

16  underneath the padded fabric"?

17     A.  Uh-huh.

18     Q.  Are you saying that this was a sharp plastic edge

19  that was violative of a standard?  You brought CFR

20  1500.48?

21     A.  Yeah.  What -- what I was trying to talk about

22  here, maybe I didn't word it appropriately.  I'm talking

23  about this edge here (indicating.)  As we look at this

24  design versus this one, you can see this design rolls

25  over and it has this wide edge that flanges outward

1   versus this one here having this sharp edge.

2       Q.  Do you know the purpose of that flange?

3       A.  The purpose of this flange (indicating?)

4       Q.  Yes.  And tell me so that we have a record, what

5   photograph are you looking at?

6       A.  I'm looking at 4.4.

7       Q.  Okay.

8       A.  And you can see the flange, let's say it's

9   perpendicular to the curve almost.

10      Q.  Right.  Do you know the purpose of the flange?

11      A.  It looks like that's where it's sewn together.

12      Q.  Do you know why they did that?

13      A.  Probably cost reduce to get rid of the pocket.

14      Q.  Do you know of a mold issue that we had with that

15  product?

16      A.  No.

17      Q.  Do you know that it was sewn like that so it

18  could be more easily cleaned?

19      A.  No.

20      Q.  But we do know that there is a requirement in

21  F2194-07 and 10 on hazardous sharp edges or points and

22  you cannot have it.

23      A.  Right.

24      Q.  And we know that this chair, this sleeper passed

25  that crib and bassinet standard, so that the third-party

1  tester found that there was not a sharp edge in

2  violation of the standard that you brought which was 16

3  CFR 1500.48?

4     A.  Yeah.

5     Q.  So should that come out, or does that form some

6  part of your opinion in this case?

7            MR. MOORE:  Which?

8     Q.  The sentence that reads, "there is a sharp,

9  unsecured plastic edge on the underneath plastic shell

10  that angles sharply upward underneath the airway."

11     A.  It doesn't say, "underneath the airway."

12     Q.  Pardon me?

13     A.  It doesn't say, "underneath the airway."  It

14  says, "upward."

15     Q.  Sharply under -- I'm sorry.

16     A.  "Padded cover."

17     Q.  Let me reread that question because I can't read.

18            "Item 2, there is a sharp, unsecured plastic edge

19  on the underneath plastic shell that angles sharply

20  upward underneath the padded fabric cover."

21            Is that an issue that probably should be removed

22  from your report?

23     A.  Yeah.  I don't necessarily see that causing a

24  problem, yeah.

25     Q.  Right.  The design poses -- the next sentence.

1  "The design poses a danger, in that the baby's head can

2  list over, compromising the airway."

3      A.  Yeah.

4      Q.  Is that what you were trying to show in 4.7 and

5  4.8?

6      A.  No, that's what we've been talking about all

7  along with the idea of the 30-degrees incline.  And

8  allowing the child to sleep inclined.

9      Q.  Okay.  The next, "the three-point harness is not

10  positioned appropriately, offering no ability of the

11  product to prevent compromised positioning."

12     A.  That's what I'm trying to show in 4.8 and 4.9.

13     Q.  And that's what we've talked about earlier today,

14  which was the side-to-side restraint built into the

15  design of the plastic mold itself, that was specifically

16  addressed in F3118-15, section Roman Numeral XI.VI;

17  correct?

18     A.  Yes.

19     Q.  And you read that into the record right before

20  lunch?

21     A.  Yes.  That's in the ASTM standard.

22     Q.  So that the three-point harness is not the

23  primary restriction system in this design, but rather it

24  is the molded shape of the plastic insert; correct?

25     A.  Potentially.  That could have been the desire.

1    Q.  Right.  And do you know that 3118.15 does not

2  even require a restraint harness to be built into this

3  type of product?

4    A.  No, I wasn't aware that that wasn't in here.  But

5  regulations are not always completely inclusive.

6    Q.  Right.  But that's the whole reason that section

7  11 was built, excuse me, section XI.VI was included in

8  the standard --

9    A.  Uh-huh.

10    Q.  -- to explain that that side-to-side restraint

11  system is what was the primary restraint to prevent --

12    A.  Uh-huh.

13    Q.  -- the very positioning issue you have addressed

14  here.

15    A.  Yeah.  And I feel like it's not sufficient to

16  prevent that.

17    Q.  Right.  And there are measurement systems built

18  within 3118-15 to ensure that the angles imparted by

19  that, --

20    A.  Right.

21    Q.  -- by what I call the funnel effect, are

22  appropriate and in accordance with the ASTM standard;

23  correct?

24    A.  They meet the ASTM standard.

25    Q.  Right.  Then you say, "the flat hard back of the

1   insert is shaped improperly for the soft and malleable

2   skull of a newborn, adding to the stress on the skull

3   and/or creating a tendency for the baby to turn the head

4   for relief."

5          Now, we talked about that a little bit earlier

6   today and I don't know if I need to delve back into that

7   this much.  But you haven't done any testing on this

8   with an angled inclined sleeping product at 30 degrees;

9   correct?

10   A.   No.  My only testing has been with the car seat.

11   Q.   And you say "adding to the stress on the skull"?

12   A.   Uh-huh.

13   Q.   What's the basis for saying that?

14   A.   The stress.  I mean by the, the weight of the

15   head of a child of this age is the greatest portion of

16   the weight of the body.  So the weight of the head

17   sitting straight back with the back being where the head

18   dropping below the back plane, that creates more force

19   and more stress on the head, which is going to cause the

20   child to want to either bring the chin down to the chest

21   or to list over to the side.  That stress of sitting

22   straight like that is going to allow that head to move

23   in some direction to alleviate the stress.

24   Q.   But the point is, with an inclined sleeper at

25   30 degrees as opposed to a car seat at 45 or greater up

1  closer to 60?

2     A.  45 or less.

3     Q.  45 or less?

4     A.  Yes.

5     Q.  Going up vertical?

6     A.  No, going down to the horizontal.  It's

7  horizontal up to 45; never higher than 45 from the

8  horizontal.  For rear facing.

9     Q.  For rear facing?

10    A.  Rear facing seats.

11    Q.  If you get into juvenile car seats?

12    A.  Forward facing seats things are different.

13    Q.  Yeah.  Forward facing car seats the angle in that

14  is what?

15    A.  It depends on what age it's for and what product

16  it is.

17    Q.  Sure.  So roughly, give me rough numbers for ages

18  two through five.

19    A.  Two through five it may be --

20    Q.  In forward facing seats.

21    A.  In forward facing seats.  It may range anywhere

22  from 45 degrees to counting up to the vertical

23  80 degrees.

24    Q.  Right.  And most of the car seats have the

25  ability to, to change the angle; correct?

1    A.  Yes.

2    Q.  All right.  And is that one of the things you

3  work on?

4    A.  Yes.

5    Q.  All right.  And so you can actually adjust the

6  angle from, a low angle of 45 up to greater degrees

7  towards the vertical?

8    A.  Yes.

9    Q.  Do you have, just out of curiosity, are there

10  forward facing juvenile car seats that incline to

11  45 degrees?

12    A.  Yes.

13    Q.  Forward facing?

14    A.  Forward facing, yes.

15    Q.  So I'm going to go back to your term, "stress on

16  the skull."

17    A.  Uh-huh.

18    Q.  You are just talking about the weight of the

19  skull?

20    A.  I'm talking about the weight of the skull in

21  conjunction with the protrusion of the skull from the

22  back plane.  Those two forces in conjunction caused the

23  child's head to list or move.

24       I mean, as we can see in this picture of Asher,

25  you can see his head is tilted off to the side as well

1  as it looks like his chin is quite close to his chest.

2      Q.  Which would be a normal position with no

3  compromise whatsoever of breathing?

4      A.  I can't say that.

5      Q.  Are you suggesting that he's turning his head to

6  the side for relief or is that the way he went to sleep?

7      A.  I'm saying that he potentially may have tried to

8  turn his head this way for relief, or it could be

9  gravity, or it could be the fact that his head is

10  protruding out back and he's on a flat surface.  There

11  are several forces that could cause his head to move off

12  to the side.

13      Q.  And what we see in that photograph is Asher

14  asleep or close to being asleep is a posture you would

15  expect to see in a seven-week old child?

16      A.  I don't know if we can say that --

17              MR. MOORE:  I object to the form.

18      A.  I'm not sure we can say he's going asleep or

19  about to be going to sleep.  I can't really say that

20  here.  Right?  I don't know when this picture was taken

21  or what the situation was.

22          But in a 30-degree inclined seat, yes, I would

23  expect the head with a flat back 30 degrees inclined, I

24  would expect the head to list forward and possibly to

25  the side.

1    Q.  All right.  Tell me exactly why you say to list

2    forward?  That's what I'm trying, I've been trying to

3    drive at all day long.  How does a head list forward?

4    A.  Again --

5    Q.  Anymore than you see in that photograph right

6    there, which is a normal infant lying in a 30-degree

7    angle.

8    A.  The main driver for the head listing or falling

9    or moving forward is the protrusion of the back of the

10   skull beyond the back plane.  In an adult the back

11   plane, if you were laying flat on a table, an adult's

12   head would fall backwards into the back of the head, hit

13   the table, because the back protrudes further than the

14   back of the head.

15   Q.  Right.

16   A.  In a child the back of the head protrudes beyond

17   the back plane.  So if a child were to lay perfectly

18   flat on a flat table you would start to see the chin

19   coming close to the chest.  So the head would tilt

20   forward in an incline.  And the reason that I've never

21   done any inclined sleeping products --

22              MR. MOORE:  This is Exhibit 6.

23   A.  Exhibit 6, yeah.  Is -- that's one factor.  So

24   having a flat back would cause the head already to start

25   moving forward.  And now that incline you're going to

1  have the forces of gravity coming down.  So you start to

2  change that moment.

3      Q.  The greatest moment we've already described is

4  the vertical moment holding the head down and in place.

5  Back and in place.

6      A.  If the child is sitting perfectly at 30 degrees,

7  meaning the spine is aligned perfectly at 30 degrees, I

8  agree.

9      Q.  Well, you would be if you're lying flat on your

10  back?

11      A.  Well, you wouldn't be.  The head of that child

12  protrudes beyond the back surface.  So if the back

13  surface is at 30 degrees and the spine is at 30 degrees,

14  once the head pushes forward on that back plane the neck

15  of that child is no longer at 30 degrees, the neck of

16  that child could be at 45 or 55 degrees.  In which case

17  that moment coming down it is from, its gravity is

18  different.

19      Q.  So when you say "45 to 50 degrees" you're talking

20  about 45 to 50 degrees from the horizontal or an

21  increase angle of wedge, if you will, of 15 degrees?

22      A.  I'm ad-libbing what the degree shift between the

23  back on the neck could be.

24      Q.  You don't know, you never measured that?

25      A.  It depends on the child, and it depends on how

1  much the child's head protrudes beyond the back surface.

2     Q.  Right.  But you are simply with, off the top of

3  your head, suggesting that with no studies, with no

4  data, just a guess on your part, that --

5             MR. MOORE:  Object to the form.  He's

6  testified to the study.

7             MR. HINES:  He can say yes or no.

8     Q.  With a guess on your part as to what the angle

9  imparted by a child lying flat on his back might be to

10  the, to the plane of the torso.  And you're speculating

11  that that degree might be 15 degrees; correct?

12     A.  We did a study, although brief, we did a study at

13  the hospital, and if you look at the patent that was

14  applied for, it calls for a 1-inch pad behind the

15  child's back to accommodate children of different sizes

16  and head.  And that was intended to allow the head to

17  drop back and to keep the spine and the airway parallel

18  to the black back surface.

19         If that back surface of the product in question

20  is a completely flat line as a table would be, whether

21  it's inclined or flat, the dimension in which that

22  child's head protrudes back behind the back surface

23  would now cause an angle shift in the neck.

24         So although the spine in the back may be at

25  30 degrees that portion of the neck is no longer at

1   30 degrees.  I'm not going to speculate if it's 5, 10,

2   15, 20, it depends on the child and depends on how large

3   the head is compared to the back.

4       Q.  And are you aware of studies in the world's

5   literature where children's heads have been wedged

6   forward to determine whether or not their airway is

7   compromised?

8       A.  There have been studies in the Journal of

9   Pediatrics where putting a child on a flat inclined

10  surface caused desaturation in the oxygen.

11      Q.  I'm not talking about that study.  Or those

12  studies.  I'm talking about where you have actually

13  imparted a wedge behind an infant's head so that the

14  head relative to the torso imparts an angle of roughly

15  anywhere from 5 degrees to 35 degrees to even greater,

16  if you --

17      A.  I'm not aware of any study like that.

18      Q.  You haven't read those studies?

19      A.  No.

20      Q.  You're not aware of them, nor have you read them?

21      A.  No.

22      Q.  Then under item 5 it's somewhat repetitive of

23  what we said before, and I don't mean to say repetitive.

24  But "the strap system is inadequate does not prevent the

25  infant pelvis from sideways movement"?

1    A.  Uh-huh.

2    Q.  We've talked about that a little bit above or is

3  this different now?

4    A.  No, I think that's fairly the same.

5    Q.  All right.  And we've also described, and I'm not

6  going to go back over it again, the fact that the

7  principal containment in this design is the shape of the

8  molded plastic to prevent that type of rotation and

9  impingement.  And that's in section XI.VI of the

10  standard.

11       "There is no head surround to aid the infant with

12  neck control."  Are you aware of any infant product that

13  calls for a head surround to aid the infant with neck

14  control?

15    A.  Car seats.

16    Q.  Other than a car seat?

17    A.  Other than a car seat, no.

18    Q.  Have you ever seen a head surround in an infant

19  sleep product?

20    A.  No.

21    Q.  Let me go back to item 4.  We've talked about

22  "the flat hard back of the insert is shaped improperly

23  for the soft and malleable skull of the newborn, adding

24  to the stress on the skull and/or creating a tendency

25  for the baby to turn their head for relief."

1        Where does the notion of an infant lying on a

2   surface such as that in a Rock 'n Play having a tendency

3   for the baby to turn their head for relief; what is the

4   basis for that statement?

5     A.  It can be seen in obviously this photo right here

6   (indicating.)

7     Q.  You're saying that Asher is moving his head for

8   relief?

9     A.  No.  I'm saying that -- I guess I'm saying

10  potentially there could be, the child may want to move

11  the head for relief.

12    Q.  But you have no studies that say that?

13    A.  No.

14    Q.  All right.  The last paragraph of your report

15  before you start listing those things on which you base

16  your opinion is that "in conclusion and for all the

17  reasons stated above, it is my expert opinion that

18  Fisher-Price did not exercise the due diligence required

19  in developing a safe sleeper and did not develop a

20  product that complied with recommendations for safe

21  sleep."

22        What due diligence did Fisher-Price fail to

23  exercise?

24    A.  In my opinion the information from the AAP

25  talking about flat sleep and flat sleep being the

1  safest.  That in conjunction with, you know, when you

2  look at these photos of the inclined sleeping and we see

3  the head coming forward and we see the chin touching the

4  chest or coming close to touching the chest, and we look

5  at those images and we look at what's coming out of the

6  AAP, in my opinion I would never have developed a

7  product like this based on that alone.  Regardless of

8  whatever ASTM may allow me to do.  So that's why I'm

9  speaking about due diligence.

10     Q.  Are you saying that if you look, and you pointed

11  to Exhibit 6, with Asher lying, apparently, not in

12  distress, otherwise, they wouldn't have taken the

13  picture of him sitting there, and that that is a

14  compromising position?

15     A.  We don't know if he's in distress or not.  He

16  can't tell us.

17     Q.  Well, children will screech if they're in

18  distress; right?

19          MR. MOORE:  I will object to form.

20     A.  Potentially.  Potentially not.

21     Q.  Will they choke or cough or spit up?

22     A.  Potentially.  Potentially not.

23     Q.  Do you have any experience with that?

24     A.  With them coughing or choking?

25     Q.  Yeah.

1     A.  In the study we did in the hospital when we put

2  children in seats where the, we measured desaturation of

3  the oxygen, some of them cried, some of them didn't.  I

4  didn't see any of them choke or cough.

5     Q.  All right.  So they were apparently breathing

6  normally, it was just for whatever reason their

7  saturation levels dropped ever so much?

8     A.  The thought is that the airway was compromised

9  and the volume of oxygen coming into the child was not

10  sufficient and therefore the desaturation -- the

11  oxygen --

12     Q.  Oxygen saturation levels vary constantly, do they

13  not?

14     A.  Yes.

15     Q.  And do you know the, the variations in the

16  pulse-ox readings, just normal variations, what the

17  tolerance is?

18     A.  I can't recall offhand.

19     Q.  I think I asked you speaking of tolerances, and I

20  may or may not have, but with that protractor you used

21  in your test, that's only advertised to come to

22  within 1 degree of accuracy; correct?

23     A.  Yeah.

24     Q.  So I mean, it's not -- it is not a finely tuned

25  piece of equipment?

1    A.  No, it is not.  That's why I'm saying it's

2  approximately at 32, 32 degrees, yeah.

3    Q.  So is it -- you're simply saying any manufacturer

4  who developed an inclined sleep product is not

5  exercising due diligence?

6    A.  That's my belief, yes.

7    Q.  Irrespective of product?  Irrespective of the

8  design of the product.  If you develop an inclined sleep

9  product that satisfies ASTM standards you're not

10  exercising due diligence?

11    A.  That is my belief.

12    Q.  And as -- I won't go over it again.

13      We're getting into some legal language here, but

14  did you write this, "the Fisher-Price newborn sleeper is

15  not fit for its intended use."

16      Are those your words?

17    A.  Yeah.  Because it's called a sleeper.  And I

18  don't believe it's fit for use as a sleeper.

19    Q.  "And it is not safe for use as a sleeper."  Is

20  that for the reasons you stated above, because it might

21  impart an elevated risk of airway compromise?

22    A.  Yes.

23    Q.  But you don't know that?  That's the problem.

24    A.  I know that based on the research that I've read,

25  on the documents that I've read, and on the study that

1    I've done and everything in my experience, yes.

2    Q.  But the study you've done can't be replicated

3    because nobody has seen it; --

4    A.  No.

5    Q.  -- correct?

6        Nobody can test your results, nobody has seen

7    those results?

8            MR. MOORE:  Objection to form.

9    Q.  All you can do is tell me you conducted a test

10   that meets such and such a result?

11   A.  Right.  The result was not published.

12   Q.  Not only were they not published, they're not

13   even available.

14   A.  No.  But similar -- similar studies have been

15   done.

16   Q.  Well, if I tried to go replicate that test I

17   can't go replicate it or duplicate that test because I

18   don't know the test protocol that was used.

19   A.  True.

20   Q.  Isn't that fair?

21   A.  That's fair.

22   Q.  And you go on to say, "as is more fully stated in

23   the many articles and studies from which the American

24   Academy of Pediatrics developed their recommendation

25   that newborn infants sleep fully flat on their backs,

1  which articles were produced by Fisher-Price in this

2  lawsuit and were in existence prior to Fisher-Price

3  developing the product."

4        Now, the 2011 sleep standard was not in existence

5  when this product was developed; correct?  So that

6  statement is wrong.  To the extent it talks about the

7  sleep product, it's saying you should be supine on your

8  back.

9     A.  Some of those other research papers were prior to

10  2011.

11     Q.  I know I've asked you this a thousand ways from

12  Sunday.  But other than the car seat articles that

13  preceded this, and other than the swings and slings,

14  there have been no, there was no article preceding this

15  that articulated a concern of elevated sleeping at an

16  angle of less than 45 degrees?

17     A.  The car seats in those studies were up to

18  45 degrees.  I can't speak for every car seat in the

19  study.  I can't tell you what the back angle is.  But I

20  know it would be from zero being level to earth up to

21  45 degrees.  So I --

22     Q.  Right.

23     A.  I can't say they were.

24     Q.  But you have to impart an angle of at least

25  45 degrees to satisfy the standards because of the

1  concern about shoulder and neck in an accident; right?

2      A.  That is one way to manage the, to mitigate the

3  crash forces.

4      Q.  Right.  And that's the reason the car seats are

5  not manufactured, rear facing car seats are not

6  manufactured in an angle less than 45 degrees?

7      A.  Some are.  I think I said that earlier.  Some

8  are.  There are other ways to manage the crash forces.

9  The most common and easiest way to manage the crash

10  forces is to keep the child at 45 degrees or higher.

11  But it's not the only way to do that.

12      Q.  Well, and that's certainly the American Academy

13  of Pediatrics recommendation, that is keep the car seat

14  angle at 45 degrees?

15      A.  Yes.

16      Q.  And as we've discussed very early today the very

17  reason for doing that is to prevent head-to-chest

18  compression?

19      A.  It's a compromise.  It's a compromise between

20  mitigating crash forces and the chest-to-head

21  compression.  But also, car seats do carry a warning

22  that tells a parent not to allow the child to be

23  prolonged in car seats or sleep unattended in car seats,

24  because that 45 degrees is not an ensurement that the

25  chin does not touch the chest.

1    Q.  Right.  But the principal concern is the straps

2  and the compression on the chest.  And strangulation

3  from straps on the car seats and everything else,

4  that's --

5    A.  I've never heard that.

6    Q.  You've never seen that?

7    A.  No.

8    Q.  Oh.

9    A.  That the compression of the harness on the

10  chest --

11    Q.  Yes.

12    A.  -- would prevent the child from breathing

13  appropriately?

14    Q.  Sure.

15    A.  That I haven't seen.

16    Q.  You have not seen it?

17    A.  No.

18    Q.  We'll get those for you for your next deposition.

19        Other than the measurements that you took of the

20  width of the plastic insert, when you compared the old

21  car seat, excuse me, the old sleeper with the new

22  sleeper, did you see other design changes?

23    A.  Yes.  I think we spoke about the, the apparent

24  depth being different.  And unfortunately I couldn't get

25  an image to measure that appropriately.  But we look at

1  the depth of the, of the wings to the back surface

2  appeared different, and the angle at which they flare

3  outward.  So it would be flaring from the back to the

4  outside.

5     Q.  Right.  That flare is based on the measurements

6  you've done?

7     A.  Well, that flare is the flare in the vertical

8  direction, but also the flare in the horizontal

9  direction.

10    Q.  All right.  And the flare in the horizontal

11  direction is the one that you are basing your tape

12  measurements on, from, as you go up?

13    A.  Yeah.

14    Q.  The --

15    A.  It was hard to -- if we were to take a

16  cross-section -- my tape measurements, looking at the

17  child in the face, you can see the difference in the

18  angle at which this seat flares upward from the bottom

19  to the head.  Okay.

20       The other thing I noticed, which was tough to

21  take a photo of, is if we were to take a cross-section

22  through the plastic pieces the shape of the shell in the

23  old one looked to be more U shaped cross-section versus

24  the other one looked like it had more of a flat surface

25  and then an angling up.

1    Q.  Right.  And the definitive word on whether or not

2  what you believe you're looking at is accurate or not

3  would be the actual CAD drawings for the mold?

4    A.  That's correct, yes.

5    Q.  You list patent applications for the subject

6  sleeper, what if any significance do you attribute to

7  the patent applications?

8    A.  I don't know what I was, why I listed it here.  I

9  reviewed the patent, I looked at the patents, but I

10  didn't see any significance.

11    Q.  There are three -- before we close this out,

12  there were three other documents.  The one document we

13  did identify was the F3118-15 standard that was, --

14    A.  This one.

15    Q.  -- that was inserted here at 89 through 105; did

16  we identify the other documents?

17          MR. MOORE:  I don't know.  What other

18  documents?

19          MR. HINES:  The three documents on his

20  report that you included that were not in his material.

21          MR. MOORE:  Yes, we have them on his

22  document.  We have not identified them.

23          MR. HINES:  I don't know what that document

24  is.

25          MR. MOORE:  Huh?  I mean, I don't know the

1  name of them.  Unless -- there were 2,700 pages of

2  material.  I can go back and you can have it.  If not,

3  we can identify, identify it by Bates number.  That's

4  how I did it.

5         MR. HINES:  Well, let me make a phone call.

6  I can make a phone call.

7         (Pause.)

8         MR. HINES:  So this is?

9         MR. MOORE:  This is 1226.

10        MR. HINES:  Which is a part of a

11 document 1223 through 1238.

12        MR. MOORE:  12 -- I have 1226, I have 1223,

13 1280, 1279, 1267.  Do you have any of those numbers?

14        MR. HINES:  I've got 1267.

15        MR. MOORE:  1267.

16  Q.  Let me just ask him.  I know what they are.

17      The numbers that are also identified, and I want

18 to find out what if any significance you attribute to

19 these.

20  A.  Yeah.

21  Q.  And that is document 1279 through 1290 is an

22 instruction for Rock 'n Play Model CHP39; any particular

23 significance on that?

24  A.  Yeah, when you look at this image you see the

25 child in these images is quite large.

1    Q.  And what -- all right.  And what page are you

2  talking about, specifically?

3    A.  It's on 1267.

4    Q.  On 1267?

5    A.  Also, if you look at 1279, again, it's a quite

6  large child; but it's really defined here in 1267.  This

7  child is clearly over 22 pounds.

8    Q.  Well, you don't know that?

9    A.  No, I don't.  But if you look at the stature in

10  this one compared to this one, and if we look at the

11  sewn seam on the top of the headrest and that relative

12  distance to the head versus this head is above the sewn

13  seam, so we can depict by that that this child depicted

14  here is quite larger.

15    Q.  That's your opinion based on that photograph?

16    A.  Yes, that's true.

17    Q.  That 1279.  Which is --

18    A.  Again, shows the sleeping baby.  And again you

19  can see --

20    Q.  All right.

21    A.  -- it's quite large.

22    Q.  So all of that is your opinion that it's a large

23  baby?

24    A.  It's my opinion, yeah.  That what's being

25  depicted in the manual and the directions is a larger

1   child than what is being put into the seat.  Is my

2   opinion.

3       Q.  Does that have any affect on any of your opinions

4   in this case other than you think the child may be older

5   than five months old?

6       A.  I think when we talk about the fact that there's

7   differences between the new and the old and that

8   potentially Fisher-Price knew that this product was not,

9   in my statement there, we say, we say that it looks to

10  me like Fisher-Price understood that this design was not

11  adequate for sleeping.  They obviously changed the

12  design if we look to the new one, it looks apparent

13  through the dimensions, if we look at these, the images,

14  they're depicting larger children.  And I think if we go

15  back to that other one.

16      Q.  But then if these dimensions did in fact not

17  change based on the CAD drawings then your opinion would

18  be incorrect?

19      A.  That's correct.

20      Q.  All right.  There was another page 1223 through

21  1238?

22      A.  Yeah.  That one shows that they changed the name;

23  right?  I don't know if it's 1226.  Well, 1226 we see

24  that it's changed from a sleeper to a soothing unit.

25      Q.  Right.  And do you know where that instruction

1  was used?

2    A.  It looks like Mexico.

3    Q.  Pardon me?

4    A.  Mexico.  South America.

5    Q.  It's got some Spanish in there?

6    A.  It's all in Spanish.

7    Q.  Do you see French in there?

8    A.  I don't see French.  This looks like all South

9  American countries.  It actually has South American

10  countries listed here.

11    Q.  I can't tell where this is from.  It's only part

12  of a document.  Let me look through my notes, this may

13  be the end of Phase I.

14          (Short break taken.)

15

16                    EXAMINATION

17

18  BY MR. MOORE:

19    Q.  Tell us your qualifications as a product safety

20  engineer for children's products.

21    A.  My qualifications?

22    Q.  Are you a product safety engineer for children's

23  products?

24    A.  Yes, a product safety engineer, yes.

25    Q.  For children's products?

1     A.  Yes.  For children's products, yes.

2     Q.  What is your educational background?

3     A.  Mechanical engineering.

4     Q.  From where?

5     A.  Western New England College.

6     Q.  And have you been in product safety engineering

7  your adult career?

8     A.  For the last nine years.

9     Q.  For the last nine years?

10    A.  For the last nine years.

11    Q.  Have you designed products incline, incline

12  products for children to be in?

13    A.  Yes.

14    Q.  Whether it's a, a car seat or other products?

15    A.  Yes.  I've designed only car seats which are

16  inclined surfaces for children.

17    Q.  Okay.  Do you have education, training, and

18  experience in the area of product safety engineering on

19  children's products?

20    A.  Yes.

21    Q.  And are you employed now as a children's product

22  safety engineer?

23    A.  Yes.

24    Q.  If you knew that this product was, was

25  manufactured on June 3, 2011, would the 2941-10

1   standard, would that be the one that would apply and not

2   the 07?  The standard that was in effect prior to the

3   manufacturer of the product?

4       A.  Yes.

5       Q.  So that's what you would look for?

6       A.  Yes.

7       Q.  Have you ever -- when was the first time you ever

8   heard the term "incline sleeper"?

9       A.  To be honest, not until this case.

10      Q.  Is that a new category as far as you're

11  concerned --

12      A.  Yes.

13      Q.  -- of product?

14      A.  Yes.

15      Q.  Do you know of any expert in the United States

16  that's an expert on inclined products other than

17  engineering people that do product safety --

18      A.  No.

19      Q.  -- for children?

20      A.  No.

21      Q.  Were you ever asked by your employer to design a

22  sleeper?

23      A.  At a previous employer they did talk about

24  designing an incline sleeper, yes.

25      Q.  Did you look into that product to do it?

1    A.  Yes.  Yes.

2    Q.  And did you in fact make a sleeper?

3    A.  No.  My recommendation at the time was that

4    inclined sleeping was not safe.

5    Q.  And why was that?

6    A.  As I refer to the academy of, American Academy of

7    Pediatrics, and I looked at the publications that were

8    available to me at the time, it felt that inclined

9    sleeping was not safe.

10   Q.  Okay.  Whether it's 30 degrees, 28 degrees,

11   25 degrees, or 50 degrees?

12   A.  Yes.

13   Q.  In fact, the American Academy of Pediatrics

14   recommends that you be in a complete supine position,

15   meaning horizontal; correct?

16            MR. HINES:  Object to the form.

17   A.  Yes.

18   Q.  What is to your -- let me rephrase that.

19            What to your knowledge is the standard or the

20   recommendation by the AARP -- I mean, by the American

21   Academy of Pediatrics for a child?

22   A.  For a child to be completely supine, level to

23   earth, flat.

24   Q.  All right.  Do you know of any other manufacturer

25   or product that sits a child up at a 30-degree angle

1   while having the child cradled in a sleeper?

2       A.  No, I do not.

3       Q.  Do you know any other manufacturer that does

4   that?

5       A.  No.

6       Q.  Do you know of any cribs or bassinets that are at

7   a 30-degree angle?

8       A.  No.

9       Q.  And in researching this material did in fact this

10  company refer to their product as a hammock?

11      A.  They did.

12      Q.  Do you, in your, based on your knowledge, your

13  training, and experience, and education in the area of

14  product safety for children, do you feel like this

15  particular product is a, is inherently dangerous to a

16  child?

17      A.  I believe so.

18      Q.  As a sleeper?

19      A.  As a sleeper, yes.

20      Q.  Okay.  And what is the major difference between

21  the car safety seats at 45 degrees and this product at

22  30?

23      A.  The difference in terms of?

24      Q.  The difference in terms of safety for the child.

25      A.  Well, a car seat is designed to withhold the

1  forces of impact or mitigate the forces of impact in a

2  car accident.  A car crash.

3       So that is positioned at 45 degrees in order to

4  help mitigate those forces along the broad surface area

5  of the child and not focus those forces on the neck or

6  the head.  So the 45 degrees is a compromise in terms of

7  compromising the energy mitigation versus the airway

8  control.

9  Q.  Okay.  Do you feel like based upon your

10 education, training, and experience, and the study that

11 you have done at the hospital, with other doctors and

12 things of that nature that you directly participated in,

13 do you feel that this product at 30 degrees could cause

14 positional asphyxia to the child?

15          MR. HINES:  Object to form and foundation.

16 A.  Yeah.

17 Q.  You know what positional asphyxia is?

18 A.  Yes.

19 Q.  Tell us what that is.

20 A.  So positional asphyxia would be if the child was

21 malpositioned with the head and the chin, the head

22 tilted forward, the chin down on the chest.  It

23 has -- it could produce positional asphyxia, meaning the

24 esophagus, the trachea, excuse me, the trachea could be

25 compromised because of that head positioning.

1    Q.  Okay.  Are you saying that the child could move

2  over to the side or that the chin, that the head could

3  fall down onto the chest, either way it could cause --

4    A.  Either way.

5    Q.  -- asphyxia with lack of oxygen to the child?

6    A.  Yes.

7    Q.  Okay.  Is that your understanding of what may

8  have happened to baby Asher in this case?

9            MR. HINES:  Object to form and foundation.

10   A.  Yes.

11   Q.  Prior to 2011 had you ever heard of the term an

12 "incline sleeper"?

13   A.  No, I have not.

14   Q.  As far as the warning label is concerned, do you

15 feel like you've looked at the product and are you

16 familiar with the warning labels that one puts on

17 products?

18   A.  Yes.

19   Q.  And how are you familiar with those warning

20 labels?  Through your own job?

21   A.  Yeah.  Yes.  We create warning labels all the

22 time.

23   Q.  And the warning label on this product, is it in a

24 conspicuous place in your opinion?

25   A.  In my opinion, yes.

1    Q.  Is the warning label in a conspicuous place on

2    this product?

3    A.  In my opinion, yes.

4    Q.  For the entire product or for the part that goes

5    across the child?

6    A.  Both.  I feel like the warning label for the

7    product in general is positioned behind the product,

8    behind the child's head, in an unusual area.

9    Q.  That's what I said.  My question was do you find

10   that it's in a conspicuous place where you can see it

11   and you said yes.  Are you now saying no, it's not?

12   A.  It's -- I feel like it's in a --

13   Q.  Let me ask you this.  Do you think that the, that

14   the warning label is in a position where people can see

15   it who use the product?

16   A.  No.

17   Q.  Tell me why.

18   A.  When using the product you're going to approach

19   the product from the front, and put the child in maybe

20   from the side and put the child in.

21   Q.  Right.

22   A.  But I feel it's very unlikely that a parent would

23   position a child from the rear of the product and

24   utilize the product from the rear of the product and

25   that's where the warning label is.

1    Q.  Do you think that, that the position of the, of

2  the warning label is inadequate to adequately warn the

3  consumer?

4    A.  Yes.

5    Q.  As far as the shell is concerned, as far as the

6  plastic shell is concerned, did you measure the

7  thickness of the shell?

8    A.  I did, yeah.

9    Q.  And is it thicker than the other plastic?

10   A.  They appear to be the same.

11   Q.  They appear to be the same thickness?

12   A.  Yes.

13   Q.  All right.  In your education, training, and

14  experience, have you ever known that plastic will, will

15  completely transform itself into a different shape after

16  a period of time?

17            MR. HINES:  Object to form.

18   A.  In my experience the plastic is going to have a

19  molded memory and it's going to maintain that molded

20  memory.  Unless acted upon on some other type of

21  deformation.

22   Q.  But a piece of plastic should not change shape --

23   A.  No.

24   Q.  -- unless forced to change shape?

25   A.  Yes.

1          MR. HINES:  Object to form.

2    Q.  Would you agree with that based on your

3  education, training, and experience?

4    A.  Yes, I would agree with that.

5    Q.  When you looked at these two pieces of plastic

6  and then -- when you looked at the two pieces of plastic

7  did it appear to you, based on your knowledge,

8  education, and training, and experience that they were

9  two different pieces of plastic, one more malleable than

10  the other?

11    A.  No, they appeared to be the same plastic, the

12  same material that you're asking.

13    Q.  What I'm asking you, was the shape the same?

14    A.  No, the shape it felt different.

15    Q.  Was the plastic -- was one more flexible than the

16  other?

17    A.  No.

18    Q.  Okay.  If the product -- have you ever known that

19  a product can get larger, like, the plastic shell would

20  actually increase in size over time?

21    A.  No.

22    Q.  That doesn't happen, does it?

23    A.  No.

24    Q.  Now, you kept the -- the question was you have

25  done numerous studies on car safety seats from zero to

1    45 degrees, "zero" meaning horizontal, "45" meaning

2    45 degrees from that horizontal; correct?

3        A.  Yes.

4        Q.  All right.  So that would also include maybe 15,

5    20, 25, 35 degrees; right?

6        A.  Yes.

7        Q.  And so when you kept answering the question about

8    not at exactly 30 degrees, you were talking exactly

9    30 degrees as opposed to 28 degrees or 31 degrees;

10   correct?  Is that right?

11       A.  I'm sorry?

12       Q.  Do you understand what I'm saying?

13       A.  No, I don't.

14       Q.  Okay.  Mr. Hines kept asking you about

15   30 degrees.

16       A.  Yes.

17       Q.  Okay.  And you said, "well, I've done a lot of

18   these tests on car seats between zero and 45."

19       A.  Yes.

20       Q.  So you've done them in different degrees between

21   zero and 45, would that be accurate based upon your

22   training?

23       A.  Yes.

24       Q.  Okay.  So would it be your position that no such

25   expert exists at all as to any of the baby product

1  experts would necessarily, would exclude this product as

2  a possibility?

3          MR. HINES:  I'll object to form.

4    Q.  Do you know of any experts -- do you know of any

5  experts who are experts on this particular incline

6  sleeper?

7    A.  I do not know of any.

8    Q.  Is this the only incline sleeper that you're

9  aware of?

10   A.  Yes.

11   Q.  Okay.  So --

12   A.  Go ahead.  Can I elaborate a little bit on the

13  back angle of the car seat itself?

14   Q.  Yes.

15   A.  In the tests that we've done on car seats, we

16  talk about car seats at 45 degrees.  That is a car seat

17  position for crash testing as installed in a vehicle.

18  And quite specifically on the FMVSS 213 bench.

19          The FMVSS 213 bench has an incline of the seated

20  surface of 15 degrees.  So from horizontal that 213

21  bench is positioned 15 degrees.  The car seat now has to

22  be positioned on that 15 degrees, and the recommendation

23  is at 45 degrees or less for airway management.

24          Take that same product and put it on a table.

25  When we do the studies -- when we've done the studies in

1  the hospital that's not putting that on an FMVSS 213

2  bench, positioned 45 degrees, is why I keep bringing up

3  the point of testing the car seats at zero to 45,

4  somewhere in that range, when positioned on a table or

5  on a hard surface.  Right.  That's not in the 213 bench.

6     Q.  All right.

7     A.  So that 45 degrees recommendation from the AAP

8  for car seats it positioned at a 15-degree incline.

9     Q.  Okay.

10    A.  So potentially some of the competition I've

11 tested on a table could have been at 30 degrees.

12    Q.  Okay.  But these are car seats, these are not

13 meant to put the child in it for the child to go to

14 sleep?

15    A.  Yes.  Right.

16    Q.  And is it your understanding that this is being,

17 that this product is being sold as a sleeper?

18    A.  Yes.

19    Q.  Do you feel like it's inherently dangerous?

20    A.  Yes, I do.  I do.

21    Q.  Do you feel like it's not for its intended use as

22 a sleeper?

23    A.  As a sleeper, yes.

24    Q.  And do you feel like it doesn't give an adequate

25 warning to the consumer where it's located on the

 1  product?

 2     A.  Yes.

 3     Q.  That's it.

 4

 5                        EXAMINATION

 6

 7  BY MR. HINES:

 8     Q.  Can we agree on one thing, the Rock 'n Play is

 9  not a car seat?

10     A.  It is not.

11     Q.  You're saying it does not have competitors?

12     A.  I'm saying that I don't know of any.

13     Q.  That's all I have.

14            (Whereupon, the deposition concluded at

15  approximately 4:42 p.m.)

16

17

18

19

20

21

22

23

24

25

1                            CERTIFICATE

2

3    COMMONWEALTH OF MASSACHUSETTS

4    SUFFOLK, ss.

5

6        I, Laurie Langer, Registered Professional Reporter
     and Notary Public in and for the Commonwealth of
7    Massachusetts, do hereby certify that the witness whose
     deposition is hereinbefore set forth, was duly sworn by
8    me and that such deposition is a true record of the
     testimony given by the witness.

9

10

         I further certify that I am neither related to or
11   employed by any of the parties in or counsel to this
     action, nor am I financially interested in the outcome
12   of this action.

13

         In witness whereof, I have hereunto set my hand and
14   seal this 8th day of December, 2017.

15

16

17

18                        NOTARY PUBLIC
                          Commission Expires
19                        7/27/2023

20

21

22

23

24

25

1                    DEPOSITION ERRATA SHEET

2

3    Our Assignment No:  186227

4    Case Caption:  Goodrich vs. Fisher-Price, Inc.

5

6               DECLARATION UNDER PENALTY OF PERJURY

7           I declare under penalty of perjury that I have

8    read the entire transcript of my Deposition taken in the

9    captioned matter or the same has been read to me, and

10   the same is true and accurate, save and except for

11   changes and/or corrections, if any, as indicated by me

12   on the DEPOSITION ERRATA SHEET hereof, with the

13   understanding that I offer these changes as if still

14   under oath.

15           Signed on the_____day of _____2017

16

17   _____

18               PAUL GAUDREAU, JR.

19

20

21

22

23

24

25

```
 1                DEPOSITION ERRATA SHEET

 2    Page No._____ Line No. _____ Change to:_____

 3    _____

 4    Reason for change: _____

 5    Page No._____ Line No. _____ Change to:_____

 6    _____

 7    Reason for change: _____

 8    Page No._____ Line No. _____ Change to:_____

 9    _____

10    Reason for change: _____

11    Page No._____ Line No. _____ Change to:_____

12    _____

13    Reason for change: _____

14    Page No._____ Line No. _____ Change to:_____

15    _____

16    Reason for change: _____

17    Page No._____ Line No. _____ Change to:_____

18    _____

19    Reason for change: _____

20    Page No._____ Line No. _____ Change to:_____

21    _____

22    Reason for change: _____

23

24

25
```

```
 1                    DEPOSITION ERRATA SHEET

 2     Page No._____ Line No. _____ Change to:_____

 3     _____

 4     Reason for change: _____

 5     Page No._____ Line No. _____ Change to:_____

 6     _____

 7     Reason for change: _____

 8     Page No._____ Line No. _____ Change to:_____

 9     _____

10     Reason for change: _____

11     Page No._____ Line No. _____ Change to:_____

12     _____

13     Reason for change: _____

14     Page No._____ Line No. _____ Change to:_____

15     _____

16     Reason for change: _____

17     Page No._____ Line No. _____ Change to:_____

18     _____

19     Reason for change: _____

20     Page No._____ Line No. _____ Change to:_____

21     _____

22     Reason for change: _____

23

24     SIGNATURE:_____DATE:_____

25               PAUL GAUDREAU, JR.
```

## Exhibits

**GaudreauP 1**
3:10 5:3
7:23

**GaudreauP 1.1**
3:11

**GaudreauP 2**
3:12 75:2,
4 81:21
91:17

**GaudreauP 3**
3:14 10:17
75:2,13,20
81:22

**GaudreauP 4.0**
3:15

**GaudreauP 4.1**
3:16
115:11

**GaudreauP 4.2**
3:17

**GaudreauP 4.3**
3:18

**GaudreauP 4.4**
3:19

**GaudreauP 4.5**
3:20

**GaudreauP 4.6**
3:21

**GaudreauP 4.7**
3:22

**GaudreauP 4.8**

3:23

**GaudreauP 4.9**
3:24 144:5

**GaudreauP 5**
4:2 28:6,
8,9 50:24
52:11
78:20

**GaudreauP 6**
4:6
113:21,22,
24 162:22,
23 168:11

**GaudreauP 7**
4:7
142:14,16

___

## 0

**0** 120:11

**07** 34:5
182:2

**09** 92:2

___

## 1

**1** 5:3 7:23
54:3,9,12
82:13
96:22
120:12
169:22

**1-inch** 121:1
164:14

**1.1** 5:3

**10** 82:5
92:2 120:9
154:21
165:1

**1044**
102:13,21,
22,23

**105** 176:15

**11** 51:24,25
52:3,7
87:13,16
123:25
124:17
157:7

**11-month**
128:9

**115** 33:19

**115-180**
33:15

**12** 102:20
120:8
177:12

**12-month**
124:1

**1223**
177:11,12
179:20

**1226** 10:23
177:9,12
179:23

**1238** 177:11
179:21

**1267** 10:23
177:13,14,

**15** 178:3,
4,6

**1279** 10:22
177:13,21
178:5,17

**1280** 177:13

**1290** 177:21

**15** 42:18
75:14
163:21
164:11
165:2
190:4
191:20,21,
22

**15-degree**
192:8

**1500** 153:9

**1500-49** 11:9

**1500.48**
153:20
155:3

**16** 11:8
155:2

**17.5** 70:2,4
71:9,11

**17.5-pound**
70:4

**180** 33:18,
19

**19** 27:5
70:16

**1990s** 25:4

**1999**  12:14

**1A**  51:20
  93:8 96:12

**1D**  75:22

─────────────

**2**

**2**  75:2,4
  81:21
  91:17
  120:13
  121:23
  155:18

**2,700**  177:1

**2-inch**
  120:21
  121:2

**20**  115:8
  165:2
  190:5

**2003**  12:11

**2007**  12:15

**2008**  48:10,
  11,18,23
  92:2,11

**2009**  19:25
  36:2 90:10
  92:11

**2010**  53:9
  56:10
  90:25 91:3
  101:13,20
  102:20

**2011**  27:12

37:22,23
38:1,8
50:22 51:9
52:10,17,
22 53:9
55:4,7,8,
12,13
60:11 61:9
73:16,21
78:11
88:10 93:8
96:12
97:14
137:10
172:4,10
181:25
186:11

**2012**  15:5

**2013**  15:6
  107:18

**2014**  24:11
  57:3

**2015**  83:16

**2016**  7:5

**2017**  23:25
  24:5 27:8
  75:6,14
  149:24

**2034-2047**
  10:25

**213**  14:17
  70:18
  125:12
  191:18,19,
  20 192:1,5

**22**  69:22,23
  70:13,25
  71:19
  123:21,25
  124:21,25
  128:9
  178:7

**25**  57:3
  183:11
  190:5

**28**  183:10
  190:9

**29**  23:25
  24:10
  27:5,8
  75:6

**2941-10**
  181:25

**2A**  78:21

**2D**  75:22

─────────────

**3**

**3**  10:17
  75:2,13,20
  81:22
  83:23
  91:17
  104:3
  119:24
  120:11
  181:25

**3.7**  5:19
  6:5 7:11

**30**  26:14,20

38:22
39:3,16
40:5,9,14,
18 41:3
42:18 43:1
60:5 72:8
73:9
88:19,21,
25 93:1,4
94:8 96:8
104:19
105:4,6,8,
13 108:10,
12,14
111:6,14
147:20,21,
24 149:2
151:5,7,10
158:8,25
161:23
163:6,7,
13,15
164:25
165:1
183:10
184:22
185:13
190:8,9,15
192:11

**30-degree**
  67:9 74:16
  95:10
  136:25
  137:1
  161:22
  162:6
  183:25
  184:7

**30-degrees**
  156:7

**31**  190:9

**3118**  69:1,2
  71:3 73:3

**3118-15**
  29:15
  157:18

**3118-17**
  29:15
  120:16

**3118.15**
  144:17
  157:1

**32**  68:4,7
  116:1
  170:2

**35**  41:11
  165:15
  190:5

**350**  9:6

**36**  7:21

**38**  99:1

**39**  150:3

───────────
        **4**
───────────

**4**  75:2
  113:3
  114:22
  120:3,12
  166:21

**4.0**  5:3
  116:2

**117:8**
119:6,25
121:11,12
122:16
134:17

**4.1**  115:11,
  21 121:23
  122:4,14

**4.2**  115:21
  122:4,14

**4.3**  116:2
  117:11
  119:6,25
  121:10,14
  122:16

**4.4**  119:23
  120:4,7,20
  122:17
  154:6

**4.5**  121:7,
  11,14,20
  122:11

**4.6**  119:23
  120:4,8,20
  122:17
  134:17

**4.7**  119:1,5
  122:21,22
  123:17
  126:11
  132:4
  156:4

**4.8**  115:11
  119:1,5
  122:21,22

**123:17**
126:11
132:4
156:5,12

**4.9**  144:5,9
  156:12

**45**  17:17,
  19,22
  18:2,8,11,
  15,21,23
  19:11,15,
  17 20:5,
  11,12
  21:21
  26:7,14
  41:8,10,
  18,20,23
  42:6,7,12,
  17,23
  43:7,12,13
  47:2,3,13
  53:20,23,
  24 54:3,6,
  10 56:12
  57:1
  105:15,16,
  18,19,22,
  24 106:2
  107:2,3,5,
  7 148:25
  149:1,4,6
  150:5
  152:22
  158:25
  159:2,3,7,
  22 160:6,
  11 163:16,

**19,20**
172:16,18,
21,25
173:6,10,
14,24
184:21
185:3,6
190:1,2,
18,21
191:16,23
192:2,3,7

**45-degree**
  54:15

**45th**  152:19

**4:42**  193:15

───────────
        **5**
───────────

**5**  27:15,20,
  23,24
  28:6,8,9,
  11 50:24
  52:11
  78:20
  165:1,15,
  22

**5-degree**
  38:1,9

**50**  125:14
  163:19,20
  183:11

**55**  163:16

───────────
        **6**
───────────

**6**  113:21,

22,24
120:3,13
162:22,23
168:11

**60**  46:25
47:9 53:23
55:23,25
56:2,6
105:22
159:1

**60-degree**
46:21
55:22
95:10

---

**7**

**7**  142:14,16

**7.5**  70:6,11
71:3,12,
13,16

**7.9**  73:8

**70**  105:22

---

**8**

**8.3.1**  145:1

**8.3.2**  142:17

**8.3.2.1**
142:24

**80**  105:22
159:23

**83.1**  5:14

**89**  176:15

**89-105**  10:18

---

**9**

**9.9**  71:22

**90**  105:21,
22

**90s**  25:1,
10,19
26:24

---

**A**

**AAP**  18:14,
24 19:9,22
37:23 38:1
43:5,8
47:1,11,
20,24
50:22
51:1,8
52:22 53:3
55:4,7,12,
13 60:11,
16,18
61:5,15
73:16
78:11,14
79:17 83:2
86:25
87:12
92:9,20
96:4,10
97:1
103:14,25
144:20
147:8
167:24

168:6
192:7

**AAP'S**  27:9

**AARP**  183:20

**ability**
156:10
159:25

**ably**  7:4

**Absolutely**
8:12

**abstract**
52:10

**academy**
17:20
24:13,21
38:7
91:23,24
171:24
173:12
183:6,13,
21

**acceptable**
8:3 78:13

**accident**
173:1
185:2

**accommodate**
164:15

**accomplish**
85:10

**accordance**
7:21 72:1
127:17
157:22

**accuracy**
169:22

**accurate**
122:13
132:10
134:22
176:2
190:21

**accurately**
11:3

**achievable**
54:8

**achieve**
17:16

**act**  5:19

**acted**  188:20

**acting**
148:12
153:6

**action**  6:9

**activity**
49:7

**actual**  85:10
131:21
176:3

**ad-libbing**
163:22

**add**  75:24
103:1,5,6

**added**  75:20
124:21,22,
25

**adding**  26:7

158:2,11
166:23

**addition**
11:6 88:4

**additionally**
147:5

**address** 94:2
112:18
132:4

**addressed**
156:16
157:13

**addresses**
26:17
47:21
97:22

**adequate**
179:11
192:24

**adequately**
188:2

**adjust** 160:5

**administrative**
6:3

**Adrienne**
6:13

**adult** 162:10
181:7

**adult's**
162:11

**adults** 16:14

**advertised**
169:21

**advocacy**
50:7

**advocate**
5:19 6:7,
17,20 7:1

**advocates**
50:14

**advocation**
6:19

**affect** 122:1
179:3

**affecting**
95:17

**afternoon**
5:10

**age** 65:17
94:10,17
108:19
122:24
125:15
126:3,25
128:5
129:24
148:11,12
150:21
158:15
159:15

**agency** 35:6
100:20

**ages** 66:11
148:12
159:17

**agree** 9:1
20:3 32:20

37:25 41:7
79:2,24
87:11
98:11
109:23
111:2
121:24
135:1
144:16
145:20
151:25
163:8
189:2,4
193:8

**agreed** 23:20
28:18
50:16 55:3

**ahead** 19:4
49:18
141:7
191:12

**aid** 166:11,
13

**air** 114:6

**airway** 17:24
18:3,9
25:5 26:9
40:10 41:4
43:8,13,
16,18,19
47:18
53:20
54:4,11,16
56:7 64:25
65:5 93:3
104:25

106:21
108:9,15,
17 109:7
111:8
123:16
148:24,25
155:10,11,
13 156:2
164:17
165:6
169:8
170:21
185:7
191:23

**airways** 19:1
25:2 44:10
64:16
66:18,19
110:7
132:7
149:3,14

**aligned**
163:7

**alleviate**
158:23

**allowed**
16:25
54:14
126:21
131:6

**allowing**
54:3,12
93:14 94:3
156:8

**alpha** 84:2
85:4

alpha/beta
  83:25
  84:14,19,
  23 85:9
  104:3,15
  105:10
  111:3

ALTE  93:2
  111:7

Amazon
  129:13
  130:3,5

amended
  10:11,16,
  17

amendments
  11:22

America
  180:4

American
  17:20
  24:13,21
  38:7 78:24
  91:23,24
  171:23
  173:12
  180:9
  183:6,13,
  20

amount  19:20
  131:7

analysis
  74:15
  134:23

analyze

  67:17

analyzed
  67:11,13,
  16

anatomy
  43:18
  108:18
  109:18
  148:17,18

and/or  158:3
  166:24

Andy  148:3,
  4 150:20
  152:17

anecdotal
  74:15

angle  17:12,
  15,17,18,
  19,25
  18:1,7,14,
  21,23,24
  19:1,17
  23:19
  26:13,20
  27:14
  38:2,9,11
  40:15,18
  41:5,8
  42:4,7,16,
  18,22 43:1
  46:19,21,
  22 47:9,12
  54:10,16
  55:22
  56:12
  65:25

67:22
  68:2,3,12,
  13,14,19
  74:14
  86:22,23,
  24 92:18,
  25 95:10
  108:10
  109:6
  113:14
  114:5
  115:25
  116:11
  118:18
  120:14,24
  121:8
  122:15,19,
  20 147:15,
  20 150:5
  159:13,25
  160:6
  162:7
  163:21
  164:8,23
  165:14
  172:16,19,
  24 173:6,
  14 175:2,
  18 183:25
  184:7
  191:13

angled  158:8

angles  40:13
  105:4,6
  107:8
  113:9
  121:25

148:20,23
  153:15
  155:10,19
  157:18

angling
  175:25

answering
  190:7

answers  8:22

anthropomorphi
cally  132:9

anticipate
  122:22

Anymore
  162:5

anytime
  8:19,21,24

apparent
  38:23
  122:7
  174:23
  179:12

apparently
  115:16
  168:11
  169:5

appearance
  5:11,13,17
  6:2,14
  7:1,9
  122:1

appeared
  5:10 175:2
  189:11

appears
  91:19 96:1
  111:15
  112:16

application
  54:19,24

applications
  176:5,7

applied
  64:11,12
  164:14

apply 35:21
  87:23
  95:12
  182:1

approach
  145:24
  146:1
  187:18

appropriately
  53:14
  82:11
  86:19
  153:22
  156:10
  174:13,25

approved
  51:8

approving
  137:1

approximately
  16:19,24
  17:1,2
  20:5 24:6,
  7 42:16,23

54:9 70:10
71:3,22
72:8 75:9
115:25
116:18
120:7,8,
13,21
170:2
193:15

April 12:15

area 47:17
  67:25
  84:23
  117:19
  145:23
  181:18
  184:13
  185:4
  187:8

areas 57:17
  63:17

argue 6:7

arms 118:14

arranged
  115:14

article
  24:15
  38:20 41:2
  47:20
  52:2,3,7,8
  60:10,11
  62:8
  172:14

articles
  19:8

24:13,16,
17,21
26:16,19
40:17
44:2,13,14
45:8 62:25
63:4
171:23
172:1,12

articulated
  47:8 97:14
  172:15

Asher 11:12
  57:3 59:21
  66:8,9
  71:21
  94:10
  113:19,20
  119:15
  126:25
  127:4
  134:1,5
  160:24
  161:13
  167:7
  168:11
  186:8

Asher's
  114:1

Asia 33:14

asleep 56:18
  108:7
  161:14,18

asphyxia
  18:3,12
  23:19 26:5

44:16,18
45:6,9,10,
11 46:2,6,
10 56:7
86:21
87:1,3,4,
6,8,9,10
93:18
96:24
103:10,12
104:4,7,
16,20
105:11
106:11
111:4,7,16
112:17,21
147:7,11
185:14,17,
20,23
186:5

asphyxiate
  105:3

asphyxiated
  133:10

asphyxiating
  133:20

assembled
  130:4

assess 85:20

assume 127:7

ASTM 10:18
  21:2 29:15
  30:19,20,
  25 31:14,
  18 32:3,4,

24 34:4,7
37:22
49:20,22
50:8,10,
13,16,19
74:6 77:19
78:7,12,
17,23
79:5,11,
14,17,18,
21,22
80:21 81:4
82:23
83:9,19
89:8,9
91:7 99:5,
9 120:16
136:23,24,
25 137:22
140:8
142:6,7
143:1
144:21
145:6,7,18
146:3
156:21
157:22,24
168:8
170:9

**Atlanta**
59:16
60:15

**attach** 7:23

**attachments**
10:25

**attempt**
32:10

70:18

**attempted**
112:17

**attending**
13:9

**attested**
94:16

**attorney**
5:17 6:25
22:21

**attribute**
176:6
177:18

**August** 36:2

**authored**
62:2,8

**authorities**
81:4

**automate**
13:6

**awake** 108:7,
8

**aware** 17:11
26:4 30:3
50:4 59:14
76:6,8,9,
17,19
77:12,15
83:8 89:7,
9 96:9
100:9
140:1,6
157:4
165:4,17,

20 166:12
191:9

---

### B

---

**B-r-u-e** 40:1

**babies**
149:24
150:17

**baby** 11:12
64:1
113:19,20
158:3
166:25
167:3
178:18,23
186:8
190:25

**baby's** 95:13
114:6
156:1

**back** 12:8
16:1 17:12
23:18 26:9
28:9 37:22
38:11
39:12 41:5
42:7
46:12,13,
15 51:18,
20 53:20,
22 54:2,4,
9,12,14,16
56:2 65:8
67:22
68:3,8,9,
13,14

74:21
81:21
86:24
99:19
109:5
115:6,25
118:4
134:5
137:25
138:5,14,
24 139:2
142:5
147:20
150:14
157:25
158:6,17,
18 160:15,
22 161:10,
23 162:9,
10,12,13,
14,16,17,
24 163:5,
10,12,14,
23 164:1,
9,15,17,
18,19,22,
24 165:3
166:6,21,
22 172:8,
19 175:1,3
177:2
179:15
191:13

**background**
7:6 9:21
23:16
122:1
181:2

backs   171:25

backside
   141:21

backwards
   162:12

Bar   6:13,23

barred   7:11

base   16:21
   58:15
   67:14
   72:18,19
   80:20
   114:10,12
   167:15

based   25:11
   35:11
   42:13 43:8
   59:24
   74:7,14
   94:24,25
   111:11,13,
   18 118:20
   137:9
   168:7
   170:24
   175:5
   178:15
   179:17
   184:12
   185:9
   189:2,7
   190:21

basic   82:14
   120:5

basing   58:18

175:11

basis   5:14
   27:16,17
   61:13
   104:18
   134:14
   158:13
   167:4

bassinet
   30:24
   31:21,22
   32:10,17
   35:15
   36:6,12,14
   48:5,6
   78:21
   80:1,3
   89:11,18
   90:12
   98:13
   103:9,17
   133:13
   154:25

bassinet/
cradle
   145:12,14,
   15

bassinets
   48:14,15
   76:10,18
   78:12
   79:11
   133:9,10
   184:6

Bates   10:2,
   18,20,22,

24  33:15
   102:13
   177:3

beat   56:10

bed   21:15
   59:17
   60:5,7,15
   139:11
   141:19,22
   149:22
   150:9,10

beds   15:20

began   5:9

behalf   5:12
   6:1,17

beholder
   145:11

beings
   110:24

belief
   170:6,11

believes
   5:17 18:14

Benarude
   57:12

Benarude's
   58:4,16,
   20,23

bench
   191:18,19,
   21 192:2,5

bend   109:14
   110:18,19

bent   70:17
   138:2,15,
   18,22

bent-back
   137:20
   138:19

beta   84:4
   85:4

between-the-
legs   137:22

birth   19:23
   44:7,10

bit   19:13
   23:16
   122:25
   123:1,19
   126:17
   131:9
   147:18
   150:15
   158:5
   166:2
   191:12

bite   74:21
   113:14
   116:11
   118:3
   123:5

black   164:18

blanket
   127:24

blind   141:4

blood   63:2

bobble   66:1

bodies  77:2

body  29:8
  95:14
  158:16

boil  96:7

book  24:23
  50:22

borrow  78:20

bottom  99:2
  113:15
  114:2
  116:11,12
  138:14
  151:6
  175:18

bought
  129:6,10,
  11,12

box  130:4

brand  130:3
  131:1

break  8:24,
  25 10:9
  24:25
  49:16
  74:18,19
  98:7
  180:14

breath
  132:13

breathe
  53:14
  132:17,20

breathing
  39:22
  161:3
  169:5
  174:12

bring  9:21
  158:20

bringing
  192:2

broad  39:9
  85:13
  185:4

brought
  64:19
  153:19
  155:2

BRUE  40:1
  93:2 111:7

BS  12:10

buckle  123:5

build  129:24

building
  152:20

built  55:23,
  25 130:14
  135:2
  156:14
  157:2,7,17

Bull  19:24
  53:6,10
  55:16
  106:8
  110:15

bureau
  34:11,14,
  15 35:17,
  20 90:9

business
  12:20,21,
  22,24 14:3

busy  14:7

butt  123:4,
  7

buy  82:18
  129:8

_____

C

_____

CAD  67:11
  111:23
  128:12,15,
  16,19,22,
  24 131:21
  132:2
  134:23
  135:10,12,
  14 176:3
  179:17

call  23:1,
  6,7,8,15,
  21 72:12
  112:1
  115:23
  116:5,12
  123:20
  128:14
  139:10
  148:2
  157:21

177:5,6

called  22:13
  35:25 36:9
  69:16
  124:5,8
  170:17

calls  40:14
  69:9 71:3,
  5 86:16
  164:14
  166:13

camera  121:8
  122:2,14

CAMI  70:4,
  5,18
  71:12,16
  125:12,20,
  23,24,25

campus
  13:16,21

capable
  129:2

capacity
  118:22

capture
  121:7

car  14:10,
  11,13
  15:3,14,
  16,17,18,
  20 16:5,9,
  13,16,18,
  23 17:11,
  13,22 18:4
  19:11,12,

14 20:4,6
21:13,15,
18,21
25:3,4
26:5,11
28:15,19
32:11
41:7,18,19
42:11,23
43:9,13
44:20,21,
22 46:7,8,
18,22
47:12
48:14
53:13,15,
16,19
55:1,2,3,
17,20,21,
22,24
56:13,19,
21,24
62:25
64:18,22,
24 65:2
67:6 80:7
93:12,15,
20 94:5,6
97:22
105:20
106:25
107:2,4,5,
6,8
149:11,18,
21,22
150:9,10
158:10,25
159:11,13,

24 160:10
166:15,16,
17 172:12,
17,18
173:4,5,
13,21,23
174:3,21
181:14,15
184:21,25
185:2
189:25
190:18
191:13,15,
16,21
192:3,8,12
193:9

**career**   181:7

**carrier**
16:20

**carriers**
28:16

**carries**
60:21

**carry**   16:20
173:21

**Cars**   45:18

**cartilage**
110:3,4

**carved**
103:9,21

**carving**
103:16,21,
24

**case**   5:18,

20,21 6:6,
7,11,15,
19,20 7:2,
4,7,8 12:3
22:6,7,12
23:17,25
24:3 31:9
32:20
33:13 34:6
44:25 45:4
48:7,21
51:7 57:6
58:16,20,
25 59:12
62:16,19
67:11,18
74:24 75:9
91:18
95:25
123:22
127:8
128:19
155:6
163:16
179:4
182:9
186:8

**category**
79:22
182:10

**caught**
117:11,15

**caused**   118:2
123:11
160:22
165:10

**causing**
46:16 64:1
155:23

**CDC**   123:24

**centerpiece**
97:7

**CFR**   11:8
153:10,19
155:3

**chair**   137:21
138:20
147:15
154:24

**chance**   47:16

**chandelier**
152:21

**change**   98:5,
19 112:18
113:3
120:14
121:12
122:20
134:18
151:17
159:25
163:2
179:17
188:22,24

**changed**
115:16
134:16
138:4
179:11,22,
24

**changing**

63:19
120:7

**characteristics** 131:15

**characterized**
30:4

**charts**
123:25

**chemical**
36:15
37:10

**chest** 46:16
47:10,14
65:22
66:21,22
104:23
106:12,17
108:15
109:13
133:23
143:19,21
158:20
161:1
162:19
168:4
173:25
174:2,10
185:22
186:3

**chest-to-head**
173:20

**child** 6:9,18
15:3 18:12
19:13
23:19 29:7
38:10

46:18
51:11
53:24
56:24,25
65:8,10
69:19,21
72:4,8,24
85:1,16,17
93:23 94:4
106:20,24,
25 109:5
116:19
118:21
123:1,6,14
124:9
126:1,3
127:15
133:16,20,
24 141:9,
18 143:21
146:2
148:17,18,
19,25
150:15
151:24
152:3
156:8
158:15,20
161:15
162:16,17
163:6,11,
15,16,25
164:9
165:2,9
167:10
169:9
173:10,22
174:12

175:17
177:25
178:6,7,13
179:1,4
183:21,22,
25 184:1,
16,24
185:5,14,
20 186:1,5
187:5,19,
20,23
192:13

**child's** 26:9
46:15 54:2
65:7 73:22
108:12
119:4
160:23
164:1,15,
22 187:8

**children**
15:18
16:18,23
17:1,21
18:19
27:22
44:22
45:18
50:18
53:13,14,
16 55:19
56:13,18,
21 66:11
92:16
93:15
104:8,9
107:13

108:6
125:14
132:20
133:9
136:20
148:11
149:5
164:15
168:17
169:2
179:14
181:12,16
182:19
184:14

**children's**
59:16
60:14
107:23,24
165:5
180:20,22,
25 181:1,
19,21

**chin** 46:16
47:10,14,
16 65:22
66:21,22
104:23
106:12,17
108:15
109:13
116:19,25
117:1,3,
12,19
118:2
121:13
133:23
158:20

161:1
162:18
168:3
173:25
185:21,22
186:2

chin-to-chest
109:6

choke   168:21
169:4

choking
168:24

choose
125:24

chose   125:23

CHP39   177:22

circumference
70:21

Cite   87:15

cited   26:16

Civil   7:21

classified
29:16

clause   98:8

cleaned
154:18

clear   63:23
121:22

client   35:24

clips   16:21

close   7:9
70:25

106:12
161:1,14
162:19
168:4
176:11

closed   149:3

closely
102:10
124:18

closer   159:1

coal   66:10
94:20
95:1,4
148:2

coauthor
110:16

code   5:15,
19 6:5

coefficient
95:20
148:5
150:24
151:12,15,
18,19
152:1

cohort
150:17

College
12:10
181:5

comfort
116:5
118:9

comment   77:9

100:23,25
101:1,4,5,
7,8 153:12

comments
99:24
100:4,5,12
101:14,17,
18,19,25

Commission
78:23

committee
21:2
49:20,22
50:8 61:8,
10,21,23,
25 99:10

committees
50:11,13

common   173:9

commuted
13:14,16

compaction
135:1

companies
13:5 26:4

company   13:5
54:21
106:15
124:8,22
184:10

comparable
116:15

compare
131:20

compared
75:12
165:3
174:20
178:10

comparing
116:17

comparison
74:15

competition
192:10

competitive
108:4

competitors
193:11

complaining
140:16

complete
183:14

completely
157:5
164:20
183:22
188:15

compliance
43:16

compliant
90:18

complicates
7:10

complied
37:7 78:3,
9 91:3
146:5

167:20

**complies**
36:5 83:9
133:1

**comply** 78:12
89:11,18
91:12
98:12
145:19

**complying**
79:16

**compress**
143:19,20

**compression**
88:25
173:18,21
174:2,9

**compressional**
18:3 56:7
86:21
87:1,4,6,
8,10 111:6

**compressions**
109:6

**compromise**
18:25 25:5
40:10
41:4,22
43:8,14
47:18
54:11 56:8
57:1 88:6,
12 89:5
93:3 111:8
148:16

161:3
170:21
173:19
185:6

**compromised**
108:16,18
109:17
156:11
165:7
169:8
185:25

**compromises**
64:16,25

**compromising**
18:9 54:16
148:24
156:2
168:14
185:7

**concept**
82:14

**concern**
25:15 37:4
42:2 46:9
47:8 73:18
89:3,5
101:19
144:20
172:15
173:1
174:1

**concerned**
36:16
46:21
88:11
112:15

126:2
140:7
182:11
186:14
188:5,6

**concluded**
193:14

**conclusion**
167:16

**concrete**
152:24

**condition**
135:7

**conditions**
133:11

**conducted**
171:9

**conference**
45:17,19,
24 46:4,5,
8

**conferences**
45:2,15,
16,21
63:10,15

**configuration**
16:25 17:1

**conform** 17:8
32:11
35:9,19

**conformed**
32:3,9,22,
24

**conforming**
32:16
132:24

**conforms**
30:18
78:22 81:6

**congress**
77:5

**conjunction**
121:10
160:21,22
168:1

**connection**
62:15,18

**considered**
29:19
75:19

**consist**
43:21
53:11

**consistent**
142:23
148:11

**conspicuous**
137:23
142:19
186:24
187:1,10

**conspicuousnes**
s 139:21
140:3,7,16
142:8
145:5,8

**constantly**
169:12

constituency
    49:22

constituted
    101:20

constriction
    144:18

constructed
    25:4

construe
    28:24

construed
    28:23

consulting
    13:3

consults
    13:3

consumer
    50:14
    78:23
    85:12
    100:20
    146:25
    188:3
    192:25

contact
    22:20
    23:22
    46:16
    66:21
    104:23
    117:17

contacted
    22:11,16,
    19,22,25

contained
    96:11
    140:11

containment
    166:7

contents
    12:7

continue   9:9
    17:6

Contours
    15:11,13,
    25

contrary
    30:18
    60:16
    103:25
    127:3

contrasted
    78:6,8
    131:1,16

contrasting
    93:12

control
    65:19
    72:24
    93:23
    119:3
    147:16
    166:12,14
    185:8

controlled
    133:16

controlling
    123:3

controls
    72:3  93:25

conversation
    59:8

conversations
    55:15

convert
    16:25

convertible
    14:13
    16:13,16,
    23

copy   11:8
    74:25  75:1

correct   9:14
    10:16
    11:10
    12:17  15:6
    18:16  19:2
    21:6,13,22
    23:25
    26:14
    28:19
    30:7,16,
    21,22,25
    31:23
    32:7,12
    34:13
    35:7,10,
    15,19
    36:1,8
    37:8,18
    40:19,22,
    25  42:24
    43:2,12
    45:1  46:23

47:4,6
48:23
50:23
55:18,23
58:21,22
59:6,7
60:13,16,
19,21,23,
25  62:3,9
65:18
67:21
69:4,13
70:6,19
71:4,14,
17,22
73:1,12
74:1,8
75:6,10,16
77:6,9,23
79:18,20
81:12
83:21
84:24  85:5
86:4,21
87:18
88:22
90:10,15,
16,19,22
93:21
94:14,15,
17,18
95:6,15
96:24
97:8,11
99:8,9
100:23
101:21
102:18

103:2
104:14
105:15,22
110:21,25
111:24
113:16
114:3,6,
10,15,19
123:22
124:1
126:19,23
127:1,5,20
128:9
129:22
131:24
132:14,21,
24 134:3,
4,24
135:13
136:2,9,23
137:2
138:2,15
139:24
140:5,15
141:20
142:8,24
143:9,15
148:6
149:19,20
156:17,24
157:23
158:9
159:25
164:11
169:22
171:5
172:5
176:4

179:19
183:15
190:2,10

**correcting**
111:21

**correspondence**
13:18

**cost** 154:13

**cough** 168:21
169:4

**coughing**
168:24

**counsel** 6:22

**counting**
159:22

**countries**
180:9,10

**couple** 66:20
93:14 98:7
108:5,6

**courses**
13:17,18

**court** 22:4
74:11

**cover** 87:9
89:10,17
155:16,20

**covered** 46:7

**covering**
141:8

**cows** 137:16

**CPSC** 49:8,

10 50:10
76:12,17,
24 77:4,
12,22,25
78:5,8,13,
17 80:1,2,
21 81:4
82:25 91:7
100:2,7,14
101:13
102:12
134:9

**cradled**
184:1

**crash** 17:16
19:12 26:6
42:8,10
43:13
47:18
53:21 54:1
173:3,8,9,
20 185:2
191:17

**create** 50:16
80:8 124:9
133:17
186:21

**created**
31:2,5,7
104:6

**creates**
79:21
158:18

**creating**
158:3
166:24

**creation**
30:24

**credentials**
110:12

**credits**
13:20

**crib** 30:24
31:22
32:9,17
35:14 36:6
37:12
48:5,6
51:16
59:20
78:21
80:1,3
87:14,20,
22 88:6,
12,24 89:4
90:12
96:11
97:14
98:12
103:9,17
154:25

**crib/play**
78:22

**cribs** 37:15,
16 48:13,
15 76:10,
17 78:12
79:10
184:6

**cried** 169:3

**crimp** 110:19

crimped
  110:14,17

criteria
  142:8

criticism
  96:7

criticizing
  84:18

critique
  84:23
  87:22
  96:22
  97:13

critiqued
  97:10

cross-section
  175:16,21,
  23

crotch  123:5
  140:11,13,
  14,17,18,
  22  141:1,
  5,8,9,13,
  16,17

curiosity
  160:9

current  49:2
  98:1,3,9,
  17

curvature
  72:11,14,
  16,18,19
  114:12
  134:15

curvatures
  72:17

curve  27:3
  113:15
  154:9

curved  67:13
  113:7,9

cutoff  94:11

CV  12:13
  54:25

---

D

dad  13:13,
  23

dad's  13:8

danger  136:1
  147:7,16
  156:1

dangerous
  184:15
  192:19

dangers
  97:18

dash  34:5
  83:20

data  75:19
  164:4

date  90:5
  92:5,7
  129:24
  130:9

dated  19:25
  23:25

24:10
  102:20

daughter
  6:10

day  162:3

dead  56:11

dealing
  11:9,18
  123:21

dealt  44:23

death  142:22

decade  27:6

decided
  47:11
  54:21

decides  65:5

decrease
  40:15

decreased
  107:11

deep  117:5
  118:14

Defendant
  7:20

defense  6:22

defer  135:12

deficiencies
  86:4,5,6,7

define  32:14
  82:1  145:7

defined
  145:5

178:6

definition
  28:25
  29:1,9
  87:22

definitive
  111:20
  150:2
  176:1

definitively
  152:25
  153:1

deformation
  131:2
  135:12,20
  188:21

deformed
  131:5,6
  135:4,5

degree  38:22
  53:22  54:5
  73:9
  144:14
  148:15
  163:22
  164:11
  169:22

degrees
  17:17,19,
  22  18:2,8,
  11,15,21,
  23  19:11,
  15,17
  20:5,11,12
  21:21

26:7,14,20
27:15,20,
23,24
28:11
38:22
39:3,16
40:5,9,14,
18 41:3,5,
8,10,11,
18,20,23
42:6,12,
17,18,23
43:1,7
46:25
47:2,3,9,
13 53:20,
23,24
54:3,6,10
55:23,25
56:2,6,12
57:1 60:5
68:4,7
72:8
88:19,21,
25 93:1,4
94:8 96:8
104:19
105:4,6,8,
13,15,16,
18,19,21,
24 106:2
107:2,3,5,
7 108:10,
12,14
111:6,14
116:1
122:5
147:20,21,

24 148:25
149:1,4,6
150:5
151:5,7,10
158:8,25
159:22,23
160:6,11
161:23
163:6,7,
13,15,16,
19,20,21
164:11,25
165:1,15
170:2
172:16,18,
21,25
173:6,10,
14,24
183:10,11
184:21
185:3,6,13
190:1,2,5,
8,9,15,20
191:16,20,
21,22,23
192:2,7,11

**delve** 158:6

**demonstrate**
104:7
113:3
115:14
118:17

**denigrating**
66:9

**denominated**
30:20

**depended**
25:16

**depending**
131:7
148:17

**depends**
41:12 82:6
105:17
136:7
140:17
159:15
163:25
165:2

**depict**
121:12
178:13

**depicted**
134:17,18
178:13,25

**depicting**
179:14

**deposed**
102:2

**deposition**
5:3,6,9
7:19,23
8:1,5 9:21
10:21
11:20 22:9
28:6
57:14,15,
16 58:2,4,
12,17,23
113:22
115:11

142:14
144:5
174:18
193:14

**depositions**
6:17,25
57:6,9
58:24

**depth** 67:23
117:5
121:7,12,
16 122:7
123:4,5
174:24
175:1

**desaturation**
149:16
150:9
165:10
169:2,10

**describe**
15:16
30:15
77:19
115:19

**describes**
18:18
145:11

**design**
14:14,15
17:12
21:17
62:14 73:2
74:4 80:8,
21,23 81:2
82:3,4

84:1,2,3
86:7 116:3
117:5,6
118:14,16
123:10,12,
16 138:22
153:12,24
155:25
156:1,15,
23 166:7
170:8
174:22
179:10,12
182:21

**designed**
20:16,19,
21,24
21:15
64:17
72:14
73:25 74:5
82:2 86:18
88:9,14
135:21
144:19
181:11,15
184:25

**designer**
80:6,14

**designing**
76:5 81:9
182:24

**desire**
156:25

**determinant**
134:22

**determination**
88:16

**determine**
6:24 31:14
32:23
88:18 95:9
130:13
165:6

**determined**
25:3 32:16
56:6,11

**detriment**
107:9

**develop**
84:11
167:19
170:8

**developed**
15:14
32:18
53:18 54:2
64:8 89:16
92:2,10
97:15
98:13,14,
16 110:24
168:6
170:4
171:24
172:5

**developing**
65:2 97:25
98:3,8,16
167:19
172:3

**development**
14:10,11
16:6
31:15,20
32:6 33:7
64:7,9
84:19 89:7
91:8 97:2

**device**  29:2,
12,20

**devices**
28:15
29:11

**devise**  82:17

**difference**
16:15
46:12
76:23 77:1
120:12,13,
21 121:1,2
135:10
175:17
184:20,23,
24

**differences**
111:20
116:3
118:12
128:13
135:16
179:7

**differently**
76:16

**difficult**
119:10,13

**digital**
69:15

**diligence**
167:18,22
168:9
170:5,10

**dimension**
121:15
122:12
134:19
164:21

**dimensional**
135:15

**dimensions**
67:19,20
179:13,16

**diminishing**
89:14

**dip**  65:7

**dipping**  85:3
106:13

**directed**
20:5

**direction**
140:23
158:23
175:8,9,11

**directions**
178:25

**directly**
47:21
116:9
129:14
130:6

185:12

**director**
16:5

**disagree**
6:21 20:3
59:19,22
86:18
137:4,5,7
144:10

**disagreeing**
99:16

**discharge**
19:24
59:14,20,
21

**discharged**
59:15

**disclosure**
11:19 57:8

**discovery**
7:9

**discuss**
23:18,20
87:1,3

**discussed**
21:20
82:22 83:6
93:8
101:23
147:18
173:16

**discusses**
88:1

**discussing**

72:16
115:15

**discussion**
28:5 55:1
64:20
115:10

**discussions**
53:11
55:4,19

**distance**
178:12

**distances**
121:24
122:6

**distinction**
87:7

**distress**
168:12,15,
18

**District**
5:14,16

**doctor**
110:12,15

**doctors**   53:2
61:18 62:2
185:11

**document**
27:25 28:2
50:23 51:6
97:16
101:13
102:14
130:19
176:12,22,

23 177:11,
21 180:12

**documentation**
98:23
107:15

**documented**
106:14,15

**documents**
10:2,18,
20,24
12:1,2
40:11,21
51:3 91:18
92:18
95:25
96:10,19
137:11
170:25
176:12,16,
18,19

**doll**   95:1,
2,3
115:22,23
116:19
117:25
118:2
121:13
123:10,20,
21,23
124:3,6,8,
21,23,24
143:20

**doll's**
117:9,12

**dolls**   118:6,
11,13

124:9

**Dorel**   14:2,
8,9,19
48:12

**downloaded**
68:23,25

**downturn**
14:6

**drafting**
102:17

**draw**   87:7
150:3

**drawing**
116:14

**drawings**
67:11
128:13,15,
16,19,22
131:21
132:2
134:23
135:10,12,
14  176:3
179:17

**drinking**
109:12,15,
16,20,25
110:13

**drive**   56:21
162:3

**driver**   162:8

**driver's**
7:16

drop  18:16,
  25 47:10,
  14,16
  53:19
  65:15,21
  133:22
  164:17

dropped
  117:23
  144:23
  169:7

dropping
  158:18

due  56:7
  86:22,23
  96:24
  167:18,22
  168:9
  170:5,10

duly  7:16

dumb  127:16

dummy  71:11,
  16,19

duplicate
  171:17

_____
        **E**
_____

e-mail  98:23
  99:21,22

e-mails
  99:7,19

earlier
  28:18 56:2
  83:18

87:13
95:25
110:7
111:23
115:15
147:25
156:13
158:5
173:7

early  130:8
  173:16

earned  13:20

earth  172:20
  183:23

easier
  118:21

easiest
  173:9

easily
  135:17
  154:18

eat  74:21

edge  122:8,
  18 137:20
  138:20
  153:14,18,
  23,25
  154:1
  155:1,9,18

edges  11:9
  153:10
  154:21

education
  43:16

44:17,25
45:5 63:7,
  12,16,24
64:14
118:21
181:17
184:13
185:10
188:13
189:3,8

educational
  181:2

effect
  31:19,21,
  23 32:5
  63:25
  91:25
  95:3,4
  122:2,7,12
  130:21
  152:4
  157:21
  182:2

effectively
  88:14

efficiencies
  12:25
  13:1,7

effort  7:7
  128:12

efforts
  118:5

Egelson
  60:15

eight-month

109:4

eight-week
  109:5
  119:10,13
  126:10
  144:13
  148:1

elaborate
  191:12

elbows
  118:17

elevate
  60:15

elevated
  38:22
  87:12
  170:21
  172:15

elevating
  51:16
  59:17,20
  60:5 87:14
  88:24

elevation
  104:19
  106:1
  121:25

eliminated
  54:11

emissions
  36:21,24

employed  9:5
  12:14 14:4
  22:6

181:21

employer
182:21,23

end 145:23
180:13

endorsed
136:25

energy 185:7

engaged
22:22 31:8

engagement
23:14 24:4
43:15
44:24 45:4
48:2,7,21
63:6 64:13

engineer
14:13 21:6
80:22
180:20,22,
24 181:22

engineering
12:11,14,
20 14:14
181:3,6,18
182:17

engineers
62:15,22

England
12:10,19
13:9,18
181:5

enhances
38:14

ensure 37:5
157:18

ensurement
173:24

enter 6:14

entered 6:2
7:1

entire 28:13
37:11
57:14,16
88:1 187:4

entitled 6:5
45:17
101:14

entity
103:20

enumerate
10:2

enure 5:25

enveloped
116:7

environment
14:20 15:9
52:23

environments
50:17

equal 119:8

equally
95:13
119:18

equipment
169:25

error 150:8,
9

esophagus
185:24

essence 29:4
51:4 96:7

essentially
9:22 67:21
75:18,20
114:18
117:8,11
138:8,11

established
17:19

estimate
151:19,21

et al 19:24

European
17:8,9
150:7

event 11:14
38:24
39:4,18,20
40:2 57:2
59:9 71:21
94:11

eventually
48:17

exact 15:15
90:5 107:8
118:11
130:9
145:22

exaggerated

46:18

examination
8:14
111:25
180:16
193:5

examined
7:17
130:25

exceed 80:17

exclude
191:1

excuse 27:5
33:22
37:22
75:22 81:7
87:1 88:3
93:1 98:1
145:18
153:13
157:7
174:21
185:24

exercise
167:18,23

exercising
170:5,10

exhibit 5:3
7:23 10:17
28:6,8,9
50:24
52:11
74:24
75:2,4,13,
20 78:20

81:21,22
91:17
113:3,21,
22,24
114:22
115:11,17
131:13
142:14,16
144:5
162:22,23
168:11

**Exhibits**
134:17

**existed**
89:22

**existence**
172:2,4

**exists**  29:16
76:20
190:25

**expands**
114:14

**expect**
126:10
131:2,12
144:12
161:15,23,
24

**experience**
43:16
44:17
45:1,5
48:19
63:7,12,
17,25

64:5,14,
21,24
65:1,6
66:11
118:21
130:23
168:23
171:1
181:18
184:13
185:10
188:14,18
189:3,8

**expert**
10:11,17
11:19 12:3
21:5,8
22:3,7,13,
15,16,19,
24 23:1,9
27:8 31:9
34:6 40:24
57:8 63:1
74:23
136:9,11
167:17
182:15,16
190:25

**experts**
191:1,4,5

**explain**
109:9
112:12
157:10

**explained**
109:1,11,
19

**explanation**
110:11
115:18
135:17

**express**  37:3

**expressed**
73:15,19
89:3

**expressing**
100:21

**extended**
67:6

**extent**  39:7
90:24
122:4
172:6

**eye**  76:23

---
**F**
---

**F15**  49:20

**F2194**  35:19
37:18
48:2,19,25
139:23
142:17

**F2194-07**
32:4,24
33:8 34:4,
7 48:23
90:16,21
98:13
140:2
154:21

**F2194-10**

33:6 91:4

**F3118**  139:24

**F3118-15**
10:19 72:2
83:14 89:8
91:12 99:1
146:22
147:1
156:16
176:13

**fabric**  29:6,
7 116:7
132:22,23,
24 133:1,
3,18,19
151:16
153:16
155:20

**face**  117:24
123:10
133:18
134:6
175:17

**facetious**
66:16

**facing**
15:17,18
16:19,24
17:1 20:4
21:18,21
55:24
159:8,9,
10,12,13,
20,21
160:10,13,
14 173:5

fact 60:6
  70:13
  78:11
  85:15
  91:12
  92:16
  100:9
  112:11
  123:24
  134:8,22
  136:23
  145:6
  152:12
  161:9
  166:6
  179:6,16
  183:2,13
  184:9

factor
  162:23

factors 21:5
  95:17
  136:9

fail 147:6
  167:22

failure
  142:20

fair 20:12
  23:11
  25:1,8,9
  101:2
  102:14
  171:20,21

fairly 85:13
  99:18
  166:4

fall 20:8,
  10,11
  47:1,3
  54:12,14
  56:18 66:6
  147:21
  162:12
  186:3

falling
  109:13
  162:8

familiar
  27:2
  34:14,15
  41:24 42:2
  43:18
  44:11
  60:1,4
  100:16,17
  125:11
  145:6
  186:16,19

fashion
  64:25

father's
  12:21,22
  14:3

fear 86:21

federal 7:21
  11:18
  75:21,24
  76:2,6,9,
  13,14,24
  77:4 80:8
  83:4
  100:6,13

153:10

feel 58:11
  79:22
  80:14,24,
  25 81:5
  83:17
  84:25
  94:25
  133:16
  136:19
  145:25
  153:1
  157:15
  184:14
  185:9,13
  186:15
  187:6,12,
  22 192:19,
  21,24

feeling
  151:17

feet 114:6

fell 30:24
  31:7 32:15

felt 18:24
  47:2 54:10
  79:15
  122:20
  123:5
  143:20,23
  183:8
  189:14

field 74:15

figure 13:6
  150:19

file 9:22
  128:25

filed 5:10,
  12 7:5
  54:19

final 75:21

find 14:6
  28:3 51:16
  68:22
  97:20
  152:15
  177:18
  187:9

finding 67:4

fine 30:1
  115:1
  119:24
  147:12

finely
  169:24

firm 13:3,8

firstly
  115:21

Fisher-price
  5:12,17,25
  7:20 11:13
  26:10
  30:5,15
  31:1,4,15
  32:1,6,21
  35:1,24
  37:4 42:17
  43:1
  91:19,21
  96:1 98:4,

19,24
99:8,10
104:22
111:16
112:16,20
146:14
167:18,22
170:14
172:1,2
179:8,10

**fit** 65:2
170:15,18

**fitting**
132:23

**five-point**
93:22
94:6,7

**flange**
154:2,3,8,
10

**flanges**
153:25

**flare** 120:10
175:2,5,7,
8,10

**flared**
123:13

**flares**
120:24
175:18

**flaring**
175:3

**flat** 38:10
51:12 88:1

92:16,19,
20 96:14,
18 103:14
106:20,24
109:5
150:14
157:25
161:10,23
162:11,18,
24 163:9
164:9,20,
21 165:9
166:22
167:25
171:25
175:24
183:23

**flathead**
63:20

**flexible**
44:6 95:2
109:12
110:22
189:15

**floor**
139:15,18
152:19,24

**floors**
152:22

**flow** 109:15

**fluids**
110:20

**FMVSS** 14:17
70:18
100:14

125:12
191:18,19
192:1

**focus** 185:5

**folded**
131:3,5,13
141:1

**folder** 10:4
24:19

**folding**
130:21

**follow**
91:19,21,
22 96:2,3
127:20
142:20

**foot** 88:5,
11 89:4
96:11

**footnote**
51:22,24,
25 52:3,7
87:13,16

**footnotes**
62:1,3,5

**force** 31:19,
22 32:5
60:21
77:25
91:25
151:8
153:6
158:18

**forced**

188:24

**forces**
19:12,20
42:8,10
126:21
150:23
160:22
161:11
163:1
173:3,8,
10,20
185:1,4,5

**form** 7:24
19:3 29:8,
22 32:25
36:7,23
47:5 74:3
78:15
94:23
103:5
108:22
109:22
132:25
134:15
135:15
139:2,7
142:9
155:5
161:17
164:5
168:19
171:8
183:16
185:15
186:9
188:17
189:1

191:3

**formal** 43:17
63:10

**formation**
138:5

**forming**
24:10,11,
22

**forms** 135:11

**forum** 8:2

**forward** 17:1
18:16,25
20:8,10,12
46:16
47:1,4,10,
14 67:7
73:11,22,
24 74:17
109:13
133:22
147:21
159:12,13,
20,21
160:10,13,
14 161:24
162:2,3,9,
20,25
163:14
165:6
168:3
185:22

**found** 35:9
67:5 68:3,
4 90:18
96:22
98:12

144:25
145:19
146:4
155:1

**foundation**
185:15
186:9

**frame** 138:3,
21,25

**freely** 94:4

**French**
180:7,8

**friction**
95:20
148:5
150:24
151:13,16,
18,20
152:2

**front** 73:7
145:24
187:19

**full** 9:3
96:5 109:8
134:5

**fully** 8:22
171:22,25

**function**
66:25

**funnel**
157:21

―――――――――
          **G**
―――――――――

**gap** 123:15

**gastral** 52:4

**gastroesophage
al** 60:1
88:4

**Gaudreau** 5:7
7:14,20
8:17 9:6
10:14
12:14,20
74:20
81:10
115:13

**Gaudreau's**
55:13

**gauge** 69:10,
13 70:1,10
71:13

**gave** 23:16
59:9
129:12
132:13

**general**
45:11
49:22 76:5
187:7

**generally**
66:4 92:23

**generations**
110:25
112:21

**gentle** 35:13

**geometry**
67:13,16
71:24
112:1

131:20,24
134:15

**Georgia**
5:15,18
6:13,23

**Germany**
45:21

**gestation**
150:4

**give** 131:23
159:17
192:24

**glass** 11:9

**goal** 50:16
80:7

**goals** 80:10,
13,14,15

**good** 127:20

**Goodrich**
57:3 59:2,
21 66:8
71:21
94:16
143:10

**goods** 116:4,
5,9 118:9
123:11,16

**governed**
29:15

**governing**
37:8 76:6,
9

**grab** 49:14

121:14
122:11

**gradually**
126:22

**graduated**
12:9

**graduation**
13:24

**grandmother**
6:8

**granted**
54:20

**gravity** 65:9
95:2,5,8,
18 126:21
148:5
150:25
151:6,23
161:9
163:1,17

**gray** 47:17

**greater**
17:19,22
20:11
26:14
93:23
105:15,16
151:8
158:25
160:6
165:15

**greatest**
158:15
163:3

**grossly**
131:14

**ground** 139:1
148:1

**group** 34:25
35:1 52:23

**groups** 50:7

**grow** 66:14

**grows** 114:18

**growth**
123:25

**GSC** 146:12

**guess** 30:17
39:19,23
76:14
109:8
111:9
139:9
150:19
164:4,8
167:9

**guideline**
51:1 73:16
80:6

**guidelines**
27:9,13
43:9 50:23
53:3 55:8,
9,12,14
78:11
86:25
88:10
91:23,25
92:10 93:8

96:12
103:25
137:10

———————

**H**

———————

**hammock**
29:3,4,5,9
30:5,16,20
32:11
35:13,25
36:9
184:10

**hammock-like**
29:2

**hand** 12:7
28:8 52:11
74:25
76:24 91:7
122:8
150:8

**handheld**
16:20

**happen**
189:22

**happened**
25:9 41:25
59:10
123:9
186:8

**happening**
74:1

**happy** 8:20

**hard** 63:13,
18 64:1

81:16
112:18
113:4,6
116:8
117:21
121:6
122:17
152:15
157:25
166:22
175:15
192:5

**harness** 15:2
93:22
94:6,7
118:10
119:3
123:3,8
133:15
156:9,22
157:2
174:9

**hate** 114:24

**hazardous**
154:21

**head** 18:15
19:21 20:8
26:9
46:13,14,
15,25
47:3,10,14
51:16
53:19
54:3,5,12,
14,15 64:2
65:5,7,13,
14,15,18,

19,20,21,
22,25
66:1,6
67:6 70:21
73:22
85:2,3
87:14
94:1,3,22
95:6,9,13
106:21
109:12
111:12
120:14,22
126:6
133:21,22
139:2,11
141:19,22
147:17,21
148:9
156:1
158:3,15,
16,17,19,
22 160:23,
25 161:5,
8,9,11,23,
24 162:3,
8,12,14,
16,19,24
163:4,11,
14 164:1,
3,16,22
165:3,13,
14 166:11,
13,18,25
167:3,7,11
168:3
175:19
178:12

185:6,21,
25 186:2
187:8

**head-to-chest**
88:25
173:17

**headrest**
178:11

**heads** 18:24
63:17
64:24
94:14
165:5

**heard** 30:14
39:21 40:4
63:15
127:2,6
174:5
182:8
186:11

**hearing**
89:13

**hearings**
6:16,25

**heat** 135:18

**heavy** 147:17

**height**
116:11
122:1
125:9

**heights**
122:19

**helped** 99:8

**hemoglobin**
27:3

**high** 72:23

**high-rise**
152:19,20

**higher** 159:7
173:10

**Hines** 5:6
7:3,19
8:12,16,17
102:22
113:21
164:7
176:19,23
177:5,8,
10,14
183:16
185:15
186:9
188:17
189:1
190:14
191:3
193:7

**hinge** 71:13

**hinged** 69:9,
13 70:10

**Hinson** 5:9,
13,18 6:2,
5,8,14,15
7:5 23:7,9
57:4 59:5
129:11,12
134:2
143:10

**hips** 114:13
119:2

**history** 59:9
89:7

**hit** 123:25
162:12

**hold** 21:13
66:4
119:18

**holding**
40:24
53:22
113:13
116:18
163:4

**home** 28:17
137:16,17

**honest** 58:13
182:9

**honestly**
28:12

**horizontal**
18:1,8,15
27:15
41:15,16,
17,18 42:6
105:8,18,
24 106:1
151:25
159:6,7,8
163:20
175:8,10
183:15
190:1,2
191:20

horse   56:11

hospital
  19:24
  28:17
  59:16
  60:14,15
  65:3 106:7
  107:23
  108:3
  110:18
  149:5,9,
  13,17,18,
  25 150:1,8
  164:13
  169:1
  185:11
  192:1

hours   24:6,7
  75:9 108:5

house
  129:14,15

Huggable
  124:8,15,
  20 125:5

human   21:5
  108:18
  109:4,18
  110:13,23
  136:8

_____

**I**

_____

i.e.   81:4
  150:24

ICU   53:16

idea   39:7
  53:12 61:2
  80:20
  110:8,12
  156:7

identification
  5:4 28:7
  113:23
  115:12
  142:15
  144:6

identified
  7:15 35:12
  86:10
  176:22
  177:17

identify
  10:21
  176:13,16
  177:3

image   116:25
  117:2
  118:3
  174:25
  177:24

images   119:2
  123:9
  124:9,15,
  20 125:5
  130:10
  134:18
  168:5
  177:25
  179:13

immature
  149:14

immediately
  143:4

IMMI   14:23,
  24 15:8

impact   185:1

impart
  170:21
  172:24

imparted
  26:13
  157:18
  164:9
  165:13

imparts
  165:14

impede
  151:14

impingement
  166:9

implies
  20:10

important
  58:11

imposed
  25:3,4

impossible
  144:15

improper
  5:24

improperly
  158:1
  166:22

improve   13:7

inadequate
  147:6
  165:24
  188:2

inappropriate
  145:22

incapable
  148:9

inception
  49:1

inch   54:3,
  9,12
  120:12

inches   70:16
  120:8,9,13

incident
  59:5

incline
  20:11,21
  21:21
  26:17
  27:13,18,
  19,21
  29:14,17
  30:4,19
  49:5,8
  55:5,18
  64:14
  68:11,14,
  17,19 69:4
  76:7
  77:11,13,
  16 79:4,9,
  12,15,21
  89:10,16,

17 91:9,15
92:1 93:7,
9,10,13,24
96:8,15
101:21,24
106:10
137:1
147:15
156:7
160:10
162:20,25
181:11
182:8,24
186:12
191:5,8,19
192:8

**inclined**
20:17
26:20
28:10
38:14
39:2,15
40:8,13,18
41:3 51:7,
13 55:20,
21 67:9
83:10
88:2,19
92:17
93:15
96:23
97:10,13,
18,22
98:5,20
103:8,17
104:18
105:8,14
106:11

108:13
146:24
147:1
156:8
158:8,24
161:22,23
162:21
164:21
165:9
168:2
170:4,8
181:16
182:16
183:4,8

**include**
10:18
81:23
101:20
102:1
190:4

**included**
142:18
157:7
176:20

**including**
15:3

**inclusive**
11:8 157:5

**Incorporated**
14:25

**incorrect**
179:18

**increase**
125:3
163:21

189:20

**increases**
19:20
38:23
39:3,17
40:9 41:4
93:2 111:7

**increasing**
114:19

**incumbent**
135:25

**indefinite**
94:21

**Indefinitely**
9:11,12

**independent**
34:12

**Indiana**
14:21,25

**Indianapolis**
53:7,10
107:23,24

**indicating**
38:4 71:11
78:16
83:14 99:2
132:18
138:24
144:1,3
147:4
153:23
154:3
167:6

**indication**

126:25

**indications**
66:20

**individual**
99:7

**induce**  41:8
42:16,22
64:15
135:2

**induces**
40:18
42:18 93:1
114:5

**industries**
15:3

**industry**
25:14,17,
19,20
146:6

**ineffected**
88:3

**ineffective**
88:3

**inertia**
95:12,17
148:4
151:2
152:6

**inertial**
152:4

**infant**
15:14,16
16:9,16,
18,21

17:11,13
19:17
20:17,19,
24 21:15,
18,21 26:7
28:16,23,
24,25
32:16
43:16
44:17,24
45:1,6,12
46:2,21
51:17 56:1
62:15,19,
22 63:7,
12,25
64:5,7,17,
18,22,24
65:2 66:4
68:11,18
70:14,22
71:8,9,11
72:1 77:16
87:15 88:5
89:3 94:7,
8 95:9
106:17
108:10,18
110:4,7
112:22
114:17,18
119:10,13,
19,21
122:23
127:10,19
132:5
140:25
148:5,9

149:11,18,
21 150:10
151:4,5,6
162:6
165:25
166:11,12,
13,18
167:1

**infant's**
20:8 51:16
87:14 95:6
113:15
165:13

**infants**
18:25
19:24
26:19 37:8
40:12
44:5,20
46:6 47:9,
12 63:17
64:14
65:4,17
67:5,8
73:10
74:17
94:13,16,
19 96:23
104:13
105:7
106:10
108:7
122:24
125:12
132:20
147:16
148:20

149:17
171:25

**infants'**
64:24

**informal**
53:15

**information**
130:16,17
167:24

**inherently**
184:15
192:19

**initial**
24:3,10,22
84:1 116:4

**injury**
142:22

**inlay** 29:6,7

**inscribed**
18:8
129:20

**inscribes**
18:1

**insert** 29:8
53:18 54:1
64:8 71:25
72:3,12,14
112:2
116:12
130:11,22
135:21
137:25
156:24
158:1

166:22
174:20

**inserted**
176:15

**inserts** 26:7

**inside** 26:8
29:7
124:23

**insight**
102:16

**inspection**
140:2

**installed**
16:21
191:17

**instance**
119:16

**instances**
133:9

**Institute**
22:14,17,
19,24
23:2,10

**instruction**
85:25
86:12,15,
16 177:22
179:25

**instructional**
144:24

**instructions**
20:6 59:14
86:6
127:4,17,

20 128:2
142:21

**instructive**
102:6

**intelligently**
23:20

**intend**  9:9

**intended**
18:19 73:9
74:16
128:6,8
139:17
164:16
170:15
192:21

**interested**
22:25

**interfere**
117:24

**interior**
140:13
144:18

**International**
78:24

**Internet**
31:11

**interrupt**
8:21

**intimately**
14:17

**introduced**
81:22

**invited**

100:5,10

**involved**
14:17
20:16
21:17
22:11 59:4

**involving**
23:8

**iphone**
113:13

**Irrespective**
170:7

**Island**  12:17

**issuance**
83:21

**issue**  5:11
6:3 26:5
41:21
54:11
111:21
112:18
125:7
149:9,10
154:14
155:21
157:13

**issued**  61:8
83:16 97:1
100:13

**issues**  6:22
7:10 55:2
112:21
147:14

**item**  8:4

31:2 75:22
83:23
96:22
104:3
155:18
165:22
166:21

**Iterative**
84:10

---

**J**

**Jan**  5:9
6:2,5,8,
14,15 23:7
57:4 59:5
129:11,12

**job**  82:20
186:20

**Joe**  53:6
61:19
106:7

**journal**
61:5,20
92:4
137:13
165:8

**journals**
40:12

**JPMA**  49:25
50:2

**JR**  7:14

**judge**  6:24
7:12

**July**  57:3

101:13
102:20

**June**  12:14
15:5
181:25

**juvenile**
20:16
21:13
159:11
160:10

---

**K**

---

**K-o-l-c-r-a-f-
t**  107:21

**keeping**
44:20
53:24 54:4

**Kentucky**
122:3

**Kevin**  6:1
57:5

**Kids**  45:19

**KIM**  45:19,
24 46:4

**kind**  118:16

**Kitty**  101:10

**knew**  111:16
112:17
179:8
181:24

**knowing**
148:18

**knowledge**

11:4 109:3
183:19
184:12
189:7

Kolcraft
15:10,13,
24 107:21

——————————

L

——————————

lab 85:22

label 10:2
102:13
145:11
146:5
186:14,23
187:1,6,
14,25
188:2

labeled
10:18,20,
24 33:15

labels
186:16,20,
21

laboratory
34:13

lack 84:18
147:16
186:5

laid 106:20
140:13

landing
109:13

language

142:17
170:13

lap 11:24
66:6

large 123:6
165:2
177:25
178:6,21,
22

larger
123:23
124:19
178:14,25
179:14
189:19

late 23:23
24:5

lateral
72:19

laterally
72:24

law 22:4
78:1

laws 95:12

lawsuit
11:17
172:2

lawyer 5:19,
20 6:6

lay 106:24
140:24
162:17

laying
140:22

162:11

lays 46:13

lead 14:13
16:6 36:19
125:1

learn 57:23

learned
44:19

leave 14:19
15:8,24
148:5
149:8,18,
25

leaving
53:13
106:10
149:5,13

left 6:23
126:6
136:20
145:10
148:10

legal 6:12
170:13

legs 70:16,
17

length 18:20
70:14
135:5

lengthy
81:24
82:1,9
99:21

lesser 19:1

letter
102:10,11,
17,20,25
103:1

level 21:20,
25 22:1
172:20
183:22

levels
107:10
169:7,12

license 7:16
99:3

life 38:23

lifting
94:22

limit 73:9
74:16
128:5

limited
45:11 66:3

limits 150:3

lines 99:19

lip 114:2

list 11:22
64:16
65:24
82:13
156:2
158:21
160:23
161:24
162:1,3

176:5

**listed**  10:11
62:2 176:8
180:10

**listing**
10:11 11:7
64:25
75:19
147:17
148:15
162:8
167:15

**lists**  65:22

**literature**
25:12
38:13,21
39:2,6,15
40:5,8
92:25
144:25
165:5

**litigation**
22:21,22,
23

**live**  9:6
13:16
104:8,9
152:19

**living**  14:21

**loads**  26:6

**local**  5:14

**located**
114:13
135:20

137:20
138:1,6,
11,14,23
139:1
192:25

**location**
118:8

**long**  6:7,
17,19 7:1
9:9 18:12
53:14 58:2
78:17
107:14
108:2
146:6
162:3

**longer**  44:21
163:15
164:25

**longitudinal**
151:9

**looked**  34:8,
10 47:20
72:23
143:14
144:16
145:3
175:23,24
176:9
183:7
186:15
189:5,6

**loose**  132:22

**loss**  39:22

**lot**  20:1

26:4 55:22
190:17

**low**  19:23
26:24
160:6

**lump**  66:10
94:19
95:1,4
148:2

**lunch**  64:19
74:19
156:20

**lying**  51:17
94:7
108:10
109:5
134:5
141:8
150:10
162:6
163:9
164:9
167:1
168:11

___

**M**

___

**made**  5:15
100:4
101:25
108:3
144:10

**main**  162:8

**maintain**
17:24
19:12 26:6

43:12,13
53:21 54:3
188:19

**maintained**
54:5
114:18
135:8

**major**  184:20

**make**  46:16
88:15
100:5,12
101:23
124:12
128:12
144:11
153:12
177:5,6
183:2

**makes**  49:19

**male**  148:3

**malformation**
137:24

**malleable**
130:22
158:1
166:23
189:9

**malpositioned**
185:21

**malpositioning**
122:23

**manage**  42:8
173:2,8,9

**managed**

42:10

**management**
47:19
191:23

**mandated**
21:20

**mandatory**
76:24
77:4,23
78:9 145:1

**manual** 86:7
178:25

**manually**
13:6

**manufacture**
15:1

**manufactured**
130:12
131:17
173:5,6
181:25

**manufacturer**
25:16
100:19
127:19,21
128:3
135:25
170:3
182:3
183:24
184:3

**manufacturer's**
145:12

**manufacturers**

49:23
50:14
62:20,23

**manufacturing**
12:25
13:1,4
14:25
112:22
138:22

**Marilyn**
19:24
53:6,10
106:8
110:15

**mark** 113:21

**marked** 5:4
28:6 50:24
74:24
113:22
115:11
142:14,16
144:5

**market** 14:5

**Market/
consumer**
82:13

**marketed**
36:1

**marketing**
82:14

**marketplace**
90:4

**Massachusetts**
9:7 16:2

**matched**
22:15

**material**
24:9,11
36:22,24,
25 37:19,
20 86:11,
12,15,16
151:20
152:2,3
176:20
177:2
184:9
189:12

**materials**
37:9,10
52:13
78:25
86:10 93:5

**Mattel** 33:14

**matter** 46:1
50:19 60:6

**maturation**
44:1,2,10,
11 110:7,
10

**mature** 44:7
110:5

**maximum**
27:14,23

**meaning**
35:24 53:3
55:11 88:2
117:4
124:22

146:21,22
163:7
183:15
185:23
190:1

**means** 103:5,
7

**meant** 192:13

**measurable**
122:15

**measure**
41:13
68:11,13
69:12,14
105:17,21
106:17,18
116:10,13
118:3
120:17
121:16
133:5,6
174:25
188:6

**measured**
72:1
115:25
121:20
131:16
163:24
169:2

**measurement**
82:10
106:22,25
107:1
116:23
117:19,22

120:6
122:13,18
128:24
131:15
157:17

**measurements**
111:24
112:5,15
113:2
116:15,22
128:22
134:16
174:19
175:5,12,
16

**measuring**
41:15,16
68:19 69:3
104:11
122:17

**mechanical**
12:10 21:6
181:3

**mechanisms**
26:8

**medical**
25:11
38:21
39:2,6,14
40:4,8
53:2 59:11

**medicine**
25:1

**meet** 80:20
81:11

157:24

**meets** 33:25
34:2,3
78:17
80:3,15
171:10

**member** 21:2

**members**
50:10
61:10

**membership**
49:19

**memory** 58:10
131:9,12
188:19,20

**mentioned**
151:13

**mentions**
28:20

**mesh** 37:12,
15,18

**mesh-type**
37:6

**met** 8:17
53:9

**metal** 11:9
29:6

**Mexico**
180:2,4

**mid** 25:1
70:5

**Mills** 14:25

**mimic** 70:18

**mimicked**
144:25

**mimics**
133:13

**mind** 46:8
87:25
114:25
145:10

**mind's** 76:23

**minimum** 42:4
81:11

**minor** 6:8,18

**minute**
112:10
127:23

**missed** 75:25

**misspoke**
37:3

**mistaken**
128:10

**misuse** 85:20
86:1

**mitigate**
173:2
185:1,4

**mitigating**
173:20

**mitigation**
185:7

**mode** 133:23

**model** 124:11

129:6,19
177:22

**models** 107:6

**modified**
90:24,25
101:25
124:20

**mold**
134:16,18
135:21
154:14
156:15
176:3

**molded**
156:24
166:8
188:19

**molds** 134:24

**moment** 8:18
27:10
45:22,25
49:1 74:21
78:20
81:21 95:9
97:24
103:23
143:8
151:8,9,
10,24,25
163:2,3,4,
17

**Momma** 150:21

**monitored**
18:13

**monitoring**

67:2

**month** 82:4
124:17

**months** 7:8
9:19 65:17
66:12
94:11,13,
17,19
125:15
179:5

**Moore** 6:1
7:4 8:3,9
19:3 21:11
22:14
23:2,4,5,9
25:6
29:22,24
32:25
36:7,23
39:5 47:5
49:16
57:5,12
60:9 74:3
78:15
94:23
102:21,23
103:4,7
106:4
108:21
109:22
117:14
127:11,13
132:25
139:7
141:6
142:9
146:21,23

147:2
155:7
161:17
162:22
164:5
168:19
171:8
176:17,21,
25 177:9,
12,15
180:18

**morning**
57:11
144:16

**mother** 148:8

**mother's**
126:6
127:2

**motion** 45:19
95:15
152:5
153:2

**mouth** 132:21

**move** 16:1
94:4 116:2
122:24
126:14,15,
17,18,22
133:24
144:13
146:8
152:21
158:22
160:23
161:11
167:10

186:1

**moved** 14:23
116:20
123:7

**movement**
85:3 119:4
126:5
133:24
165:25

**moving** 126:4
148:9
150:21
151:4
162:9,25
167:7

**Munich**
45:17,21
46:5

**muscle**
147:16

**musculature**
66:3

---

**N**

---

**named** 30:6

**narrowest**
114:8,14

**nasal** 132:7

**Nash** 6:13

**natural**
150:23

**naturally**
79:22

**nature**
185:12

**necessarily**
82:4,10
99:16
145:15
155:23
191:1

**neck** 19:20
41:22 54:6
116:18
117:12
120:12
147:16
163:14,15,
23 164:23,
25 166:12,
13 173:1
185:5

**needed** 26:6

**nestling**
132:16

**Netherlands**
9:13,17
17:4,5

**newborn** 65:4
70:5,19
71:2,5,8,
12,13,16
123:24
124:5,13,
14,15,16,
19 125:5
158:2
166:23
170:14

171:25

**newborns**
25:3,5
105:4
149:8

**newer** 67:18

**night** 56:22

**normal** 26:23
27:1
107:12,14
108:18
161:2
162:6
169:16

**Northern**
5:14,16

**nose** 117:9,
19 121:13
132:10,13,
17,21
133:4

**nostril**
123:15

**notary** 7:16
8:11

**note** 36:4
128:13

**notebook**
10:10,15
11:4,6,23
12:7

**notes** 58:8
180:12

**notice** 5:10,
12 7:22
9:21 11:19
54:16
77:15
107:11
109:15
116:3,5
118:12
120:16

**noticed**
12:13
175:20

**notion** 167:1

**notwithstandin
g** 146:3

**November**
61:8 75:14

**number** 10:2,
22 28:2
38:19 48:4
83:19,20
115:3,17
124:11
129:6,19
150:17
177:3

**numbers** 69:2
159:17
177:13,17

**Numeral**
73:5,6
74:8
144:17
156:16

**numerous**
147:14
189:25

---

**O**

---

**O'neil** 53:6
55:15
61:19
106:7

**object** 5:13,
22 18:5
19:3 21:11
29:22
32:25
36:7,23
39:5 74:3
78:15
94:23
103:4
106:4
108:21
109:22
117:14
132:25
139:7
141:6
142:9
161:17
164:5
168:19
183:16
185:15
186:9
188:17
189:1
191:3

**Objection**
47:5 171:8

**objections**
7:24

**observation**
66:23,24
94:25
138:16

**observations**
94:24

**observe**
85:22
104:22,23,
24 105:1
106:9,11
139:5

**observed**
106:10

**observing**
104:10,11,
13

**obstructed**
108:10

**obstruction**
18:3 109:7
132:6

**obvious** 77:1

**occasion**
48:11

**occasions**
53:10

**offer** 16:1

**offering**

156:10

**offhand**  20:2
  70:23
  125:10
  129:7
  130:1,18
  169:18

**older**  56:1
  179:4

**online**  13:17

**open**  26:9
  53:20 54:4
  149:1,2

**opened**  130:4
  131:4,15

**operating**
  7:6 150:24

**opinion**  6:12
  30:15 34:6
  58:16 62:2
  86:14
  91:22
  100:21
  111:9
  119:9,12
  134:14,20
  135:11
  136:13,18,
  22 145:21
  146:3
  147:20
  148:14
  155:6
  167:16,17,
  24 168:6

178:15,22,
  24 179:2,
  17 186:24,
  25 187:3

**opinions**
  12:3
  62:15,18
  179:3

**opportunity**
  48:13
  67:17

**opposed**
  101:4
  158:25
  190:9

**opposite**
  145:22

**oral**  132:7

**order**  17:16
  26:6 32:23
  42:7 53:19
  74:5 89:17
  102:1
  115:14
  117:22
  141:13
  185:3

**orders**  59:20
  60:12,14

**organization**
  22:13,14

**originally**
  16:2
  135:21

**outward**
  114:15
  153:25
  175:3

**oxygen**  26:23
  27:2 36:16
  37:2 40:15
  53:17 63:1
  67:2,7
  88:20
  104:11
  105:1
  106:12
  107:9,11
  165:10
  169:3,9,
  11,12
  186:5

**oxygenation**
  148:16

---

**P**

**p.m.**  193:15

**Pacific**
  33:14

**pad**  164:14

**padded**
  153:16
  155:16,20

**padding**  26:8
  133:2

**pages**  11:18
  33:15
  115:8
  177:1

**paint**  36:19

**papers**  41:6
  93:14
  110:16
  172:9

**paragraph**
  135:23
  147:14
  167:14

**parallax**
  122:2,12

**parallel**
  54:2
  164:17

**Pardon**  34:1,
  9 35:4
  49:11 50:1
  52:5 68:24
  103:11
  137:6
  152:10
  155:12
  180:3

**parent**  56:23
  85:16
  143:20
  144:11
  145:25
  173:22
  187:22

**parents**
  53:13
  56:21
  59:15
  66:11

parse   99:23

part  5:16
  37:6  46:24
  52:4  64:7
  80:16  94:2
  96:6
  137:20
  138:20
  139:23,24
  155:6
  164:4,8
  177:10
  180:11
  187:4

participants
  23:15

participate
  102:17

participated
  98:25
  100:1
  105:25
  185:12

partition
  99:23

parts  58:6
  98:7

party  22:21
  34:12

passed  32:22
  36:4  80:1
  140:3,8,9
  142:7,12
  154:24

passenger

  124:9

passes  35:14

passing
  142:10,11

patent
  54:20,22,
  24  164:13
  176:5,7,9

patented
  54:18

patents
  21:13
  64:11
  176:9

Paul  5:7
  7:14,20
  9:6  55:13
  81:10

Pause  177:7

pediatric
  24:21
  40:12
  53:16
  91:24  92:4
  147:8

pediatricians
  61:19

pediatrics
  17:20
  24:14  38:8
  61:5,20
  91:23
  137:13
  165:9

  171:24
  173:13
  183:7,13,
  21

peer  60:25
  61:3,5,9,
  12,15,20,
  21  62:11
  97:17

pelvis
  165:25

people  60:23
  97:10
  136:2
  182:17
  187:14

percent
  125:14

perfect
  82:17

perfectly
  152:13,14,
  16,20
  162:17
  163:6,7

performance
  17:16
  43:13
  47:18
  53:21  54:1

performed
  32:23

period  14:16
  26:3  82:11
  85:2  94:21

  100:23
  101:1
  135:8,18
  188:16

periods
  18:4,11,18
  107:14

permanently
  70:17

perpendicular
  154:9

person  59:4
  145:13

pertaining
  23:18
  44:5,20

pertains
  19:14

pertinent
  82:23

petition
  100:25
  101:4,16

petitioned
  98:4,19

ph  57:12

phase  81:24
  180:13

phone  23:6,
  7,15
  177:5,6

photo  121:6,
  21  167:5

175:21

**photograph**
113:18
115:18
125:17,18
154:5
161:13
162:5
178:15

**photographs**
112:5
113:1
114:21
115:4,14,
17,20
129:5
130:11
135:11
143:14,16

**photos**  112:3
118:10
168:2

**physical**
84:25
150:23

**physically**
13:12

**physician**
45:23
108:24
109:2

**physician's**
45:22

**physicians**
62:9

**physiologicall**
**y**  108:9

**pick**  57:21
74:23
94:13

**picture**
11:12
113:19
140:19
160:24
161:20
168:13

**pictures**
67:19 68:2
134:12
143:25

**piece**  72:17
116:6,8
169:25
188:22

**pieces**
175:22
189:5,6,9

**Pilarz**
101:10

**pinched**
108:16,17

**pitfalls**
85:20

**pivot**  74:14

**place**  23:22
25:24 26:2
31:14 66:5
72:1
119:9,19,

21 138:11,
25 140:20
148:6
163:4,5
186:24
187:1,10

**placement**
111:12

**plagiocephaly**
63:22

**Plaintiff**
6:9

**Plaintiffs**
6:2

**plane**  46:13,
15 54:15
65:8
105:24
158:18
160:22
162:10,11,
17 163:14
164:10

**plastic**  29:8
71:25
72:3,11,
12,14,17
112:2
114:2
116:6,8,12
117:21,24
122:10,17
130:11,22
131:5,7,8,
9 135:16,
21 137:25

153:14,15,
18 155:9,
18,19
156:15,24
166:8
174:20
175:22
188:6,9,
14,18,22
189:5,6,9,
11,15,19

**plastics**
128:14

**play**  11:13
26:10,14
28:19
30:5,15
31:16
32:1,3,7,
22 37:7
42:17 55:3
67:14
78:12 79:4
83:9
84:13,20
85:14
86:12
87:20,23,
24 88:8,13
89:22,23
91:11
93:21
102:1
113:14
114:9
115:22
120:18

121:17,19
125:20
127:15,25
128:6
130:13
137:25
138:1
141:23
145:2
167:2
177:22
193:8

**plays** 95:5
104:13
118:6

**plenty** 41:19

**pocket** 116:7
154:13

**point** 30:10
66:16
82:20
92:16
94:11
114:14
123:5
158:24
192:3

**pointed**
168:10

**pointing**
35:24

**points** 93:25
154:21

**policy**
52:10,17,

21,22 61:7
97:11

**portable**
78:21

**portion**
57:10
138:13
158:15
164:25

**portions**
57:15,20,
21 146:17

**poses** 153:13
155:25
156:1

**position**
6:4,18,22
51:9 54:4
66:13
88:6,12
89:4 93:23
94:3 95:6
106:11
117:3,20
118:5,11,
12 123:2,
14 126:11,
13,18,20,
22,24
130:24
131:3
132:6
133:21
134:1,4
139:5,8,13
141:13

142:6
145:13,14
146:5
147:10
161:2
168:14
183:14
187:14,23
188:1
190:24
191:17

**positional**
18:12
23:19 26:5
44:16,18
45:6,9,10,
11 46:2,6,
9 64:15
87:7,9
93:18
96:24
103:10,12
104:4,7,
16,20
105:3,11
106:11
111:4,16
112:17,21
147:7,11
185:14,17,
20,23

**positioned**
106:20
115:22
116:24
117:18
140:17

145:22
156:10
185:3
187:7
191:21,22
192:2,4,8

**positioning**
104:9
118:13
133:16
145:21
156:11
157:13
185:25

**positions**
63:19 72:4
114:9
134:8
145:16

**possibility**
191:2

**possibly**
161:24

**posture**
56:13
161:14

**potential**
56:7
111:16
122:22,23
133:19

**potentially**
29:10
56:20 85:6
112:23

119:22
123:7
126:12,14
131:18,19
132:8
133:3,17
135:16,22
139:15
141:3
148:7
156:25
161:7
167:10
168:20,22
179:8
192:10

**pound**   128:9

**pounds**
69:22,23
70:6,11,25
71:3,13,
16,19,22
123:21,25
124:21,25
178:7

**practice**
5:16

**precautions**
60:2,4

**preceded**
52:22
172:13

**preceding**
172:14

**precise**

143:2

**precisely**
46:20
88:10
92:13
124:11
130:13

**preemie**
15:18
16:18,23
26:23

**preemies**
25:2,5
149:7,13
150:2

**prejudice**
5:25

**preparation**
75:10

**prepared**
75:5,8

**preparing**
34:5

**presence**
5:22 6:19

**present**   6:16

**presentation**
46:2

**presentations**
45:2,9,13,
20 63:9,14

**presently**
9:4 23:10

**pretend**   63:1

**Preterm**
19:23

**prevent**
72:25
73:10,25
74:16
88:10
144:19
156:11
157:11,16
165:24
166:8
173:17
174:12

**previous**
148:19
182:23

**primarily**
24:13,15
66:21
137:9

**primary**
156:23
157:11

**principal**
166:7
174:1

**print**   99:5

**prior**   39:12
48:19,21
90:9 92:4,
6 97:1,11
172:2,9
182:2

186:11

**problem**
41:21 94:2
111:17
112:17
155:24
170:23

**Procedure**
7:22

**proceedings**
5:23

**process**   9:18
13:6 80:16
99:21
100:16,17
138:22

**processes**
13:7

**produce**
185:23

**produced**
11:2
33:13,15
52:14 75:5
90:3
128:18,19
153:8
172:1

**product**
29:14,17
30:4 31:20
32:9,14,16
33:23
35:25
36:3,5,21

37:11
40:17,20
42:21
46:10
54:17
62:19,23
68:18 71:2
72:22
73:25
74:4,15
76:5 78:23
79:5,22
80:8,15,22
81:6,7,10
82:2,3,6,
15,17
84:11,24
85:2,11,
12,25
86:5,16,
17,18 91:2
92:1,10
97:2,14,25
98:3,9,11,
16 108:4
111:19,20
112:23
129:6,25
130:2
131:2,3,
13,17,24
133:15
135:2,3,4,
5,24
136:14,18,
21 137:2
138:2,8,9,
15,17

142:2
144:18
145:18,24
146:1
147:6
154:15
156:11
157:3
158:8
159:15
164:19
166:12,19
167:20
168:7
170:4,7,8,
9 172:3,5,
7 179:8
180:19,22,
24 181:6,
18,21,24
182:3,13,
17,25
183:25
184:10,14,
15,21
185:13
186:15,23
187:2,4,7,
15,18,19,
23,24
189:18,19
190:25
191:1,24
192:17
193:1

**production**
7:15 32:6
33:14 90:9

**products**
17:7,9
20:16,17,
19,22,25
26:17
27:19,22
28:14,21,
22 30:19
34:18,21
37:5,6,8
40:25
41:6,24,25
42:20,22,
23,25
44:18,21,
24 45:1,6,
12 46:3,7
49:5,8
50:18
55:5,18
62:16 63:8
64:15,17
68:11,14
76:7
77:11,13,
17 79:9,
12,15,23
80:23
89:10,17,
18 91:9,15
93:13 96:8
101:21
103:8,17
112:22
127:19
146:24
147:1
162:21

180:20,23,
25 181:1,
11,12,14,
19 182:16
186:17

**Professional**
5:15 6:6

**programs**
16:7

**progression**
48:25 49:4

**prolonged**
173:23

**prompted**
14:1

**promulgation**
81:4

**proper**  17:16
27:22
81:23

**properly**
32:15
111:3
141:13

**proposed**
77:16
100:6,12,
21 101:14,
20,23

**prosecuted**
7:4

**Protection**
45:18

protocol
68:10 69:6
71:2 76:4
81:23
91:20 96:2
104:6
140:2
171:18

prototype
85:1

prototypes
83:25 84:7
85:9
104:8,9
108:4

protractor
69:15
121:25
122:8
169:20

protrudes
46:14
162:13,16
163:12
164:1,22

protruding
161:10

protrusion
46:12
160:21
162:9

provide
27:13
50:17 60:4

provided

20:6
57:15,17
59:20

public  7:17
77:9
100:5,9
135:25

publication
19:22
87:25 88:1

publications
20:1 92:4
97:17,21
183:7

published
52:25
61:5,15,16
97:17
106:8,16
107:25
137:13
171:11,12

pull  96:15
141:11,13,
17

pulled
141:16

pulmonary
63:2 66:25

pulse-ox
67:1,3,8
169:16

purchased
124:3
129:13

purports
74:7

purpose  8:2
53:3 55:12
154:2,3,10

purposes
124:20,23
126:2

pursuant  6:4
7:22

pursue  54:22

push  151:6,
24

pushed  46:15
118:17
133:18

pushes
163:14

put  5:7
45:20
56:24 65:4
66:9,12
69:18 75:9
85:1 94:20
106:25
108:6
123:14
124:8
127:15,24
140:20,24
141:9
146:1
169:1
179:1
187:19,20

191:24
192:13

puts  85:16
186:16

putting
148:25
165:9
192:1

_____

Q

qualifications
180:19,21

qualified
22:3

question
7:25 8:23
19:7 21:12
22:20
25:6,7
29:23
38:6,19
39:8,10
40:1 43:11
44:23
45:11 62:6
67:18
72:22
76:16
91:19 92:9
93:24,25
96:1 98:6,
21 101:24
107:8
109:8
118:4
128:8

136:16
144:8
155:17
164:19
187:9
189:24
190:7

**questions**
8:18,20
92:23
115:6

**quick** 122:11

**quickly** 7:3
28:3

**quote** 59:4

───────────

**R**

───────────

**R6070** 32:6
139:20
140:3

**rag** 95:1,2,
3

**Raggedy**
148:3,4
150:20
152:17

**raise** 60:7
65:18,20

**raised** 54:2

**raising**
54:8,9

**Ralph** 9:6

**rambling**

115:8

**range** 26:23,
25 107:12,
14 159:21
192:4

**rate** 44:10,
11 110:10
120:9,14,
23 122:19

**reacting**
63:18

**read** 8:4,6,
7 19:8,22
20:1 27:9,
11 38:13
39:12
40:4,22
44:1,4,13,
14 45:8
48:2,6,11,
22,23
50:22
51:2,25
52:3,7,8,
9,16,21
57:6,9,10,
20,21,24
58:11,14,
24 59:11,
24 60:6
62:25 63:4
66:7,8
68:1,16,
19,21
74:11,12
78:19
87:5,13,25

92:15,19
95:25
96:10,14,
16 99:6,
13,14,18,
22 101:22
102:3,7,
10,11
104:15
111:3
155:17
156:19
165:18,20
170:24,25

**reading**
25:11
28:13
48:18
55:8,13
58:4 74:7
96:13,19
137:9

**readings**
169:16

**reads** 98:8
155:8

**ready** 149:8

**real** 125:25

**reality**
124:16

**realized**
75:25
122:12

**rear** 15:17,
18 16:19,

24 20:4
21:17,21
55:24
146:1
159:8,9,10
173:5
187:23,24

**reason** 18:21
42:3 46:20
47:1,11
59:19
73:12,15
86:20
111:22
122:18
157:6
162:20
169:6
173:4,17

**reasonable**
143:24

**reasons**
110:23
132:12
167:17
170:20

**recall** 20:1
23:10
45:22,24
52:1 58:13
61:24 69:2
83:17
107:8
120:19
128:7
169:18

receive
  130:7

recent  10:1
  34:8,10

recently
  130:12
  131:16

reclined
  20:5
  148:20

recollection
  89:20

recommend
  44:22
  59:25
  136:2

recommendation
  18:10,17
  19:14
  43:5,8,12
  47:15
  60:18
  89:9,12,
  16,21 93:5
  96:3
  136:4,6,7,
  15 171:24
  173:13
  183:3,20
  191:22
  192:7

recommendation
s  51:20
  89:19 97:1
  98:17
  103:14

135:24
167:20

recommended
  17:21
  21:23 22:1
  27:19
  28:17 42:7
  47:2,12
  51:18
  78:25 79:6
  87:15
  93:16
  96:23
  145:12

recommends
  27:14
  92:20
  183:14

reconsideratio
n  7:12

record  5:8,
  18 10:7,15
  11:13
  24:24
  28:4,5,9
  64:20
  74:12,20,
  22 115:5,
  10,13
  154:4
  156:19

records
  59:11

reduce  19:17
  154:13

reduced
  152:1

reduces
  88:19

reducing
  88:4

reductions
  67:7

refer  92:19
  101:7
  183:6
  184:10

reference
  10:25
  27:25
  28:14
  36:14 76:2
  93:7

referenced
  11:1 27:10
  28:13
  29:13 52:3

references
  51:22

referred
  101:8

referring
  39:23
  43:24
  60:9,11
  63:20,21
  83:10
  138:3,21

refers  73:8

96:11

reflect
  111:6
  136:5

reflects
  83:20

reflux  52:4,
  6 60:1
  88:4

reg  153:10

regulation
  29:16
  60:21
  76:25
  77:3,5,12,
  22 78:8
  79:21
  80:25
  89:11,20
  98:1 99:8,
  9,11,20

regulation/
recommendation
  98:5

regulation/
recommendation
s  98:4

regulations
  76:12
  78:13 80:9
  81:5
  98:17,25
  99:1
  100:2,6,7,
  13 157:5

regulations/
recommendation
s   82:23
   98:9,20

regulatory
   100:20

relates   55:5

relationship
   139:9

relative
   165:14
   178:11

released
   53:16

reliance
   86:10

relied   24:9,
   22 33:13
   51:7

relief   64:2
   158:4
   161:6,8
   166:25
   167:3,8,11

rely   24:11

relying   11:1
   12:2 24:18

remember
   22:18
   150:12

remove   84:22

removed
   116:4
   155:21

removes   29:9

rendered
   23:24 24:4

repeat   38:6
   47:7 89:14

repetitive
   165:22,23

rephrase
   8:20
   183:18

replicate
   171:16,17

replicated
   171:2

replow
   147:10
   148:1

report   10:1,
   17 23:24
   24:4,10,
   12,22 27:8
   29:14 34:6
   35:3,18,23
   36:9,10
   52:9,16
   60:6 74:23
   75:1,4,8,
   10,12,13,
   14,18,21
   98:15
   134:9
   142:10,11
   146:19
   147:3
   155:22

167:14
176:20

reporter
   74:11

reports   35:5
   74:16
   81:22

represent
   11:3
   124:18
   125:14

representation
   124:24

require
   157:2

required
   142:6
   148:15
   167:18

requirement
   137:23
   145:17
   154:20

requirements
   35:19 37:7
   79:5 80:21

reread
   155:17

research
   81:24
   106:6,16
   107:25
   148:19
   170:24

172:9

researched
   82:11

researching
   184:9

reserved   8:1

reside   9:4

resolved
   39:4,18,20
   40:2

resource
   31:11

respect
   10:24
   17:11
   22:20 24:9
   27:13,18
   44:16 45:5
   49:8,13
   59:16 68:2
   71:25 75:4
   77:11,12
   83:19
   85:14,15
   88:8 91:8,
   25 93:6
   95:5,24
   96:8 100:5
   149:10

respected
   34:12
   35:1,9

respectfully
   6:21

respective
  118:6

respiration
  88:6,12
  89:5

response   7:3
  25:14

Responsibility
  5:15 6:6

responsible
  14:14

responsiveness
  7:25 18:5

rest   26:9
  95:14
  131:6

resting
  63:12,25
  114:1

restrain
  119:21
  127:17

restrained
  127:5,10,
  12,13,14

restraining
  19:18
  71:25
  127:16

restraint
  140:15
  141:20,25
  143:5,11,
  13,17

144:13
156:14
157:2,10,
11

restraints
  119:9

restriction
  120:17
  156:23

rests   113:15

result   5:25
  88:5,25
  132:6
  135:20
  142:21
  146:8
  149:17
  171:10,11

results
  171:6,7

revealed
  104:20
  135:10

review   28:8
  33:1,3
  61:15
  134:23

reviewed
  60:25
  61:3,6,9,
  12 62:11
  86:9,11
  97:17
  176:9

reviewer

61:20,21

reviewing
  28:12
  33:5,17
  35:12
  51:21
  62:4,6
  74:10 75:3
  91:18
  95:25
  102:24

Rhode   12:17

Richard   8:17

rid   154:13

ridged
  125:25

rigid   116:6
  126:1

rises   46:13

risk   18:2,9
  19:16 25:5
  38:15,23
  39:3,17
  40:9 41:4
  43:7 93:2,
  17 96:24
  103:10,12
  104:4,7,
  16,20
  105:11
  111:4,7
  170:21

Rock   11:13
  26:10,13
  28:19

30:5,15
31:15
32:1,3,7,
21 37:6
42:17 55:3
67:14 79:4
83:9
84:13,19
85:14
86:12
87:20,23,
24 88:8,13
89:21,23
91:11
93:20
102:1
104:13
113:14
114:9
115:22
118:6
120:17
121:16,19
125:20
127:15,25
128:6
130:12
137:25
138:1
141:22
145:2
167:2
177:22
193:8

rocking
  35:13
  139:11
  152:5,7

rocks   152:5

role   17:6
  95:5

roll   65:6,
  8,10,11
  73:22
  94:17

rolling
  72:25
  73:10
  74:17
  94:21
  148:9

rolls   153:24

Roman   73:5,6
  74:7
  144:17
  156:16

rotate
  113:16
  118:22,23,
  25 126:11
  127:1
  132:5

rotation
  126:6
  144:19,20
  166:8

rough   159:17

roughly
  123:25
  159:17
  165:14

routine

28:17

rule   5:14,
  24 6:5
  7:11,21
  76:24
  77:4,12,
  22,23 78:8
  100:21
  101:14,20,
  23,25

rulemaking
  77:5,16
  81:3
  100:1,17

rules   7:21
  11:19
  78:13 80:9
  81:5
  100:6,7,12

rump   113:15
  114:1

run   18:9
  41:21 43:7
  115:16

—————————
       s
—————————

safe   18:24
  19:23
  50:17
  51:2,5
  54:10
  56:6,12
  78:17
  79:15,16,
  23 80:4,

15,22,24
  81:7 82:3
  136:18,23
  137:8
  167:19,20
  170:19
  183:4,9

safest   168:1

safety   14:15
  20:4,6
  28:15
  78:22,23
  124:10
  146:25
  180:19,22,
  24 181:6,
  18,22
  182:17
  184:14,21,
  24 189:25

Sand   125:2

sandbag   71:1
  124:22,23

satiny
  151:17

satisfactorily
  7:15

satisfied
  79:5

satisfies
  80:8 170:9

satisfy
  80:14
  172:25

saturation
  26:23 27:2
  36:17 37:2
  40:16
  53:17
  63:1,2
  67:2,7
  88:20
  104:11
  105:2
  106:13
  107:10,11
  169:7,12

save   10:8
  125:7

school   13:14
  152:24

scope   23:13

screech
  168:17

seam
  178:11,13

search
  107:15,17

seat   14:10,
  11 15:14,
  16,18
  16:18,23
  17:12,22
  18:4 19:12
  20:4,6,7
  21:21
  26:8,11
  28:19
  32:11

41:18
42:11,23
43:13 46:8
53:19 55:3
62:25
65:2,4
67:6 68:3
88:9 93:20
105:20
106:25
107:2,4,5
112:19
113:4,7
115:16
120:7,8
123:4
139:9
149:19,22
151:16
158:10,25
161:22
166:16,17
172:12,18
173:13
174:21
175:18
179:1
181:14
184:25
191:13,16,
21 193:9

**seatbelt**
149:11

**seatbelts**
15:2

**seated** 67:25
72:8 151:5

191:19

**seating**
29:11,12

**seats** 14:13
15:4,17
16:6,9,13,
16 17:11,
13 19:11,
15 21:13,
18 25:3,4
26:5 28:16
41:8,19
43:9
44:20,21,
22 46:7,
18,22
47:12
48:14
53:13,15,
17 55:2,
17,20,21,
23,24
56:14,21,
25 64:6,
18,22,24
80:7
93:12,15
94:5,6
97:23
107:6,8
108:6
149:11
159:10,11,
12,13,20,
21,24
160:10
166:15

169:2
172:17
173:4,5,
21,23
174:3
181:15
184:21
189:25
190:18
191:15,16
192:3,8,12

**Seattle**
45:23

**secondary**
84:3

**section**
51:20
78:21 89:6
93:8 96:12
144:17
156:16
157:6,7
166:9

**secure** 85:17

**segment**
96:16

**selected**
18:22,23
19:11

**selecting**
124:6

**sell** 124:21

**semicurved**
114:9

**sense** 103:4

**sensor** 67:1

**sentence**
95:24
97:20,21
104:15
111:3
155:8,25

**separate**
97:22

**September**
15:6 23:25
24:5,10
27:5,6,8
75:6 130:8

**series** 92:23
122:16

**set** 23:1
31:25
116:4,5
131:8
135:6,16

**seven-week**
161:15

**severe** 65:24

**sewn** 116:8
154:11,17
178:11,12

**SGS** 34:22,
24,25
35:3,5,23
36:4,9
90:8
146:13,14,

15,17,19
147:3

**shallow**
117:22

**shallower**
117:6
118:18

**shape** 112:1,
18 113:3
114:14,15,
18 115:15
130:23
134:14
156:24
166:7
175:22
188:15,22,
24 189:13,
14

**shaped** 73:12
113:7
139:3
158:1
166:22
175:23

**shapes** 63:7

**sharp** 11:9
72:23
153:14,18
154:1,21
155:1,8,18

**sharply**
153:15
155:10,15,
19

**shell** 153:15
155:9,19
175:22
188:5,6,7
189:19

**shift** 163:22
164:23

**shipped**
129:13
130:3,5,6

**short** 10:9
18:4,11,18
24:25
180:14

**shot** 125:1

**shoulder**
41:22
72:20
114:25
173:1

**shoulder-to-
shoulder**
114:19

**shoulders**
19:18 94:3
118:13,15

**show** 11:14
28:1 33:22
62:11 67:7
111:13
112:5
115:2
120:9
122:19,20
144:2

156:4,12

**showed**
135:11,15

**showing**
115:19
120:6
121:14

**shown** 40:15
104:4,16
105:11
111:4,10
118:10
119:1
126:11

**shows** 32:3
62:8 98:24
120:23
178:18
179:22

**side** 65:8,
9,15,23
72:25
117:4,23
118:18
123:7
141:1
158:21
160:25
161:6,12,
25 186:2
187:20

**side-to-side**
120:17
156:14
157:10

**sides** 145:25

**sidewalls**
119:4

**sideways**
73:10
74:17
132:17
165:25

**SIDS** 27:9
38:15,16,
17 50:22
51:2,4
52:23
61:8,25
93:2 97:4,
10 111:7

**sign** 8:4,6,
10

**significance**
176:6,10
177:18,23

**significantly**
120:15

**silky** 151:17

**similar** 30:4
116:8
133:10
171:14

**similarities**
128:13

**Simple** 128:8

**simply** 7:9
105:10
136:13

164:2
170:3

**simulated**
69:19,20
70:15

**sir** 9:3
14:18 27:4

**sit** 17:21
30:12
50:10 65:5
83:8 97:19
126:18
135:4

**sits** 29:7
117:1
183:25

**sitting**
11:24
19:13
28:15
29:19
46:19,21
47:9 49:21
56:12
65:25 66:1
67:6
148:4,20
150:20
158:17,21
163:6
168:13

**situation**
18:18
23:17,18
133:18
161:21

**size** 109:11
123:6
189:20

**sized** 65:3

**sizes** 164:15

**skimmed**
58:24

**skimming**
57:22
58:6,23

**skull** 158:2,
11 160:16,
19,20,21
162:10
166:23,24

**skulls**
63:12,25
64:22

**sleep** 20:17,
19,22,25
26:17
27:12,18,
19,21
28:14,17
29:14,17
30:4,19
32:16
40:13,18,
25 44:18,
21,22,24
45:1,6,12
46:2,7,10
49:5,8
50:22
51:2,5,12,

21 53:3
55:5,13,
18,21
56:13,22,
25 62:16,
19,23 63:7
64:14
68:14,18
71:2 76:7
77:11,13,
16 79:4,9,
12,15,21
86:25
88:10
91:9,15
92:9,16,17
93:8,15
96:8,23
101:21
103:8,17,
25 136:20
137:10
152:18
156:8
161:6,19
166:19
167:21,25
170:4,8
171:25
172:4,7
173:23
192:14

**sleeper**
42:18
68:17
83:10
85:14,15
87:20,23,

24 88:8,13
89:10
91:12,18
93:21,24
96:1 98:6,
20 101:24
139:15,16
146:24
147:1
154:24
158:24
167:19
170:14,17,
18,19
174:21,22
176:6
179:24
182:8,22,
24 183:2
184:1,18,
19 186:12
191:6,8
192:17,22,
23

**sleepers**
89:16

**sleeping**
27:9,13,22
28:10
38:2,9,14,
22 39:2,16
40:9 41:3
46:6 51:8,
14 52:23
55:20,22
56:13
64:17 67:9

68:11
86:17,19
87:12
88:1,3,19
89:17
92:1,19,
21,25
93:7,10,13
96:14,15,
18 97:11,
13,18,22
103:15
104:19
105:7,14
136:19,25
137:1
158:8
162:21
168:2
172:15
178:18
179:11
183:4,9

slide  89:4

sliding
  88:5,11
  96:11
  117:16

slight
  114:12
  126:6,8

slightly
  89:14
  117:3
  122:5
  126:14
  131:14

148:10

sling  28:23,
  24,25
  30:16,20
  32:11

slings  28:16
  172:13

slopes  20:7

Slump  73:24

slumping
  73:10
  74:17

small  44:6

Society
  78:24

soft  116:4,
  5,9 118:9
  123:11,16
  133:2
  152:2
  158:1
  166:23

sold  89:24
  90:1
  192:17

son-in-law
  6:10

soothing
  179:24

sort  114:15
  118:3
  122:3

sorts  93:19

Sourcing
  33:14

South  180:4,
  8,9

space  65:6
  66:21

Spanish
  180:5,6

speak  42:1,
  11,20,21
  102:25
  172:18

speaking
  66:4 92:24
  168:9
  169:19

speaks  47:21
  102:3,14

specific
  41:24 45:7
  58:10 89:6
  91:15
  92:17
  93:11 94:8
  96:16
  148:18

specifically
  16:18
  38:16,25
  40:13,14
  46:11
  72:15 73:3
  88:9,21
  93:4
  105:13

108:11
111:14
144:19
147:24
156:15
178:2
191:18

Specification
  146:25

specs  131:24

speculate
  29:25 74:5
  165:1

speculating
  30:2,6
  105:10
  164:10

speculation
  104:1
  133:7,8

speed  49:9

spent  24:3

spine  66:1,3
  104:25
  106:21
  163:7,13
  164:17,24

spit  168:21

spoke  106:7
  174:23

Springfield
  13:10,12

squeezed
  118:15

squirm
  122:25
  123:1
  126:17,20
  127:1

Squirming
  126:9

stage  64:10

stand  14:24
  114:25

standard
  30:19,21,
  24 31:19,
  21,22
  32:4,5,10,
  12,24
  33:1,3,8,
  10,11,21,
  23,25
  34:2,3,7
  35:10,15,
  21 36:12,
  14 38:1
  48:5,6
  50:17 55:5
  68:16,17,
  18,20,21,
  22,25
  69:1,3,16,
  25 74:6
  76:15
  77:19,20,
  25 78:5,7,
  9,23 79:11
  80:2,4,17
  81:11,12
  83:10,20,

21 90:13,
19 91:3,14
98:13
100:14
103:9,18
137:1
140:8
142:6
145:6
146:5,19,
25 153:9,
19 154:25
155:2
156:21
157:8,22,
24 166:10
172:4
176:13
182:1,2
183:19

standards
  17:8 31:14
  32:17 36:6
  49:1,4
  50:19
  75:22,24
  76:2,6,9,
  12,13,17
  78:22
  79:16
  80:24
  81:6,7
  83:4,9,13,
  19 91:4,8
  97:5
  132:24
  133:1
  145:7

170:9
172:25

standing
  139:5,8,
  10,12,13
  142:5
  145:13

start  5:6
  64:23 78:6
  84:1 98:1
  115:3
  162:18,24
  163:1
  167:15

started  14:5
  25:2 48:12
  116:3
  126:20

Starting
  33:19

state  6:13,
  23 8:10
  78:11
  131:6,7

stated  28:18
  73:3 115:7
  142:19
  167:17
  170:20
  171:22

statement
  20:4,13
  27:16
  37:23
  38:8,12

39:1,13
40:7 51:9,
11,19,23
52:11,17,
22,23
60:23 61:3
85:13
87:12
88:24
91:17
92:1,24
96:9,10
97:11
98:15
102:2
103:13
112:16
142:18,23
143:8
167:4
172:6
179:9

statements
  61:8

states  38:21
  149:25
  182:15

stature
  124:18
  178:9

stay  94:20
  95:14,15
  148:25
  149:1,2

steel  138:3,
  21

steep  118:14
  123:12,13
  147:15,19

stiff  95:2
  110:5

stop  80:25

storage
  135:18

straight
  113:13
  158:17,22

straightforwar
d  19:7,9
  43:11

strangulation
  144:24
  174:2

strap  137:22
  140:11,14,
  17,18,22
  141:1,5,8,
  10,13,16,
  17  144:8,
  11  165:24

straps  19:19
  93:19
  127:16
  174:1,3

straw
  109:10,12,
  14,15,16,
  20,25
  110:13,18,
  20,22

Street  9:7

stress
  158:2,11,
  14,19,21,
  23  160:15
  166:24

stretch
  70:16

strictly
  150:4

strike  19:25
  27:1,7
  48:22
  64:22  92:2
  98:2

string  99:22

stringency
  77:2

strings
  144:23

studies
  44:12
  59:24  65:3
  92:15  95:8
  104:12
  105:20,23,
  25  106:1,
  4,5,8
  147:8,22
  150:7
  164:3
  165:4,8,
  12,18
  167:12
  171:14,23

172:17
  189:25
  191:25

study  26:19
  110:9
  150:7
  164:6,12
  165:11,17
  169:1
  170:25
  171:2
  172:19
  185:10

subcommittee
  21:3  97:4

subject
  11:15  46:1
  50:18  77:9
  121:16
  145:2
  147:6,14
  149:16
  176:5

subjected
  33:24
  34:18

submit  7:11

submitted
  35:13

subsequent
  83:16  84:3
  91:4

substance
  134:12

suck  110:20

sucked  133:3

sufficient
  82:2
  123:15
  157:15
  169:10

suggest  8:9
  60:13
  143:9

suggesting
  112:20
  132:5
  146:10,11
  161:5
  164:3

suggests
  38:21

suit  98:5,
  20

Summary
  33:15

summer  7:5
  23:23

Sunday
  172:12

supine  51:17
  87:15
  109:5
  172:7
  183:14,22

supplemental
  75:21

support  12:2

supported
  147:7

supports
  86:11

supposed
  139:1

Supposedly
  74:9

surface
  67:14
  161:10
  163:12,13
  164:1,18,
  19,22
  165:10
  167:2
  175:1,24
  185:4
  191:20
  192:5

surfaces
  11:10
  63:13,18
  64:1
  181:16

surround
  166:11,13,
  18

suspect
  144:11

swings
  172:13

switched
  99:20

sworn   7:16

syndrome
  63:20

system
  15:14,15
  133:15
  141:20
  142:1
  143:5,11,
  13 144:13
  156:23
  157:11
  165:24

systems   15:2
  157:17

Süd   45:17,
  21 46:5

——————————

T

table   106:24
  139:17
  162:11,13,
  18 164:20
  191:24
  192:4,11

taking   25:2
  51:9

Talbot   9:7

talk   30:23
  36:12
  46:11,17
  53:8 87:3
  93:14
  96:17
  97:18 99:7

122:14
153:21
179:6
182:23
191:16

talked   47:16
  53:2,12
  54:17
  56:10
  57:2,4
  59:2,5
  61:18
  62:14,19,
  22 123:19
  137:14,24
  147:9,13,
  25 156:13
  158:5
  166:2,21

talking
  15:17 30:8
  33:6,8
  38:3 39:22
  44:23
  46:14
  51:4,6
  63:22 76:4
  93:12
  94:5,9
  97:8
  115:3,19
  148:24
  150:4
  153:22
  156:6
  160:18,20
  163:19

165:11,12
167:25
178:2
190:8

talks   36:15
  96:14
  172:6

tangentially
  7:10

tape   106:18
  116:18,24,
  25 117:3,
  4,8,11,17,
  18,20,23
  118:3
  121:13
  175:11,16

tapes   116:21

technical
  5:11 16:5
  52:9,16

technicians
  124:10

technique
  117:21

telling
  56:18
  60:13

tells   173:22

temporal
  82:10 84:6

tendency
  46:25
  47:3,9,14

95:14
158:3
166:24
167:2

**term** 39:25
44:21 82:9
93:6 94:13
106:4
150:3
160:15
182:8
186:11

**terminology**
39:6

**terms** 106:12
145:7
184:23,24
185:6

**terrible**
22:20

**test** 37:10,
20 40:17
68:10 71:2
73:8 85:22
104:6
107:4
140:3
146:18
147:22
169:21
171:6,9,
16,17,18

**tested** 32:11
35:16,18
40:21
71:19

90:8,12,16
98:12
105:7,12,
13,14
107:6
111:5
139:20
140:2
145:18
149:17
192:11

**tester** 146:7
155:1

**testers** 36:5
146:4

**testified**
7:17 81:3
164:6

**testimony**
39:12
58:17,21
102:4,7
126:6
127:2,6,7,
15 134:2

**testing**
31:25
32:22
33:12
34:11,12,
17,19 35:6
36:15
41:25
53:15
66:25 67:8
78:24

83:25
84:14,19,
23,25
85:4,9
88:15,18
104:4,16
105:4,11
106:1
107:16,22
111:3,5,13
158:7,10
191:17
192:3

**tests** 37:18,
19 190:18
191:15

**thicker**
188:9

**thickness**
188:7,11

**thighs**
113:16

**thing** 28:13
127:20
152:4
175:20
193:8

**things** 85:19
119:8
136:2
159:12
160:2
167:15
185:12

**thinking**

144:2

**third-party**
32:22
33:12
34:17,18
36:5
146:4,7
153:6
154:25

**thought**
51:15
89:15
99:6,13
122:25
126:16
127:16
128:10
169:8

**thousand**
172:11

**threatening**
38:23

**three-point**
118:10
119:3
123:3,8
156:9,22

**three-way**
23:1,8

**threw** 83:23

**thrown** 19:18

**tight** 132:23
143:17,18
144:9,10

tightened
  143:18,23

tightness
  143:24

tilt  162:19

tilted
  160:25
  185:22

time  8:1
  10:7,8
  11:14
  12:20
  13:13
  14:5,17,21
  18:4,11,
  19,20
  23:14
  24:2,3,4
  25:24 26:3
  29:14
  30:23
  31:15,19
  32:5,17
  43:10 49:2
  53:14
  54:21
  56:11,14
  57:24
  66:13
  71:21 76:1
  81:16
  82:11 85:2
  90:20,21
  92:1,10
  94:10,21
  96:16
  98:13,14,

16 107:20
108:5,6
112:11,12
130:24
131:8
135:1,5,8
136:2,4
145:2
152:3,7
182:7
183:3,8
186:22
188:16
189:20

tissue  110:2

title  16:5

Tobin  52:2,7

today  8:19
  30:12 40:1
  56:10 83:8
  87:13
  97:19
  153:8
  156:13
  158:6
  173:16

tolerance
  169:17

tolerances
  169:19

tolerate
  148:20
  149:21

tolerating
  148:23

tool  128:24

top  112:6
  122:7
  141:9
  164:2
  178:11

topic  45:13

torso  164:10
  165:14

touch  94:1
  117:4,23
  173:25

touched
  152:8

touches
  65:22

touching
  108:15
  168:3,4

tough  121:9
  175:20

toxicity
  35:16
  146:15

toxicology
  36:10,15,
  25 37:7

toys  11:9

trachea
  43:22,25
  44:1,2,5
  109:4,11,
  20,24,25
  110:13

185:24

training
  43:15
  44:17,25
  45:5,7
  63:6,10,
  11,16,24
  64:13
  118:20
  181:17
  184:13
  185:10
  188:13
  189:3,8
  190:22

transfer
  17:3

transferred
  9:13,16

transform
  188:15

Transportation
  19:23

trial  5:20,
  23 6:24

trigger  18:2

trouble
  149:5

true  98:18
  171:19
  178:16

tubing  29:6

tummy  141:2

tuned 169:24

turn 64:1
118:25
119:11,13,
16 158:3
161:8
166:25
167:3

turning
119:14
126:4
161:5

turns 101:3

type 12:24
126:22
144:20
157:3
166:8
188:20

types 13:4
26:8 37:8,
9 85:19

Tüv 45:17,
21 46:5

─────────
    U
─────────

U.S. 17:9

Uh-huh 9:23
12:16
30:13
31:10,13
32:19
37:24
42:5,15
43:6 69:11

75:15
81:13,18,
25 82:24
83:1,3
85:21
87:17,19
88:7 95:19
97:3,9
98:10
111:1
113:25
131:22
134:7
136:12
139:4
140:12
141:24
142:25
150:22
153:17
157:9,12
158:12
160:17
166:1

ultimately
84:11

unattended
136:20
173:23

unaware
92:24
97:20
112:20

uncontroverted
127:7,14
143:10

underneath
133:2
137:20,21
140:25
141:11,18
143:4
153:15,16
155:9,10,
11,13,19,
20

underside
141:12

understand
8:19 9:1,
12 16:15
18:10
27:17
31:6,8
39:11 40:3
45:10
59:25
66:16 72:3
79:10
85:10
91:11 92:6
127:24
128:18
132:3
134:12
139:19
148:22
190:12

understanding
12:9
25:17,23,
25 26:2,
22,25

27:12
39:19
42:14 43:4
44:9 55:7,
11 61:4,7,
11,13,14,
17 68:10
71:24 72:7
80:2 91:6
92:20
109:4,8
123:20
128:5
148:14
186:7
192:16

understood
20:14
23:17 81:2
179:10

undertaken
104:13

unexplained
39:4,18
40:2

unintelligible
115:4

Union 17:8

unit 67:17,
18,21,22
129:20
130:4,24
140:3
179:24

United

149:25
182:15

**units**  67:9
68:6,7

**unlike**
125:11

**unobserved**
18:19

**unrelated**
39:20

**unsalable**
101:24

**unsatisfied**
14:20 15:9

**unsecured**
153:14
155:9,18

**unsure**
111:24

**unused**
143:25

**unusual**
187:8

**UPPABABY**
9:8,10
16:1,3,4,8
17:4 34:21

**upper**  43:19
137:20
138:20

**upright**
19:14 20:7

**upstairs**

132:12

**upward**
114:14
153:15
155:10,14,
20 175:18

**usage**  85:11
86:7
145:23

**users**  85:22

**utilize**
187:24

**utilized**
17:12

**utilizing**
124:24

---

**V**

---

**variations**
169:15,16

**variety**
113:9

**vary**  169:12

**vehicle**
16:22 20:7
191:17

**Veritas**
34:12,15
35:18,20
90:9

**versus**  46:13
99:23
111:19

112:1
123:12,16
150:5
153:24
154:1
175:23
178:12
185:7

**vertical**
41:15 42:4
95:9
105:21,22
123:12
151:8,10,
24 159:5,
22 160:7
163:4
175:7

**viewing**
142:6

**violate**  92:9

**violated**
92:14

**violates**
5:18

**violation**
5:24
137:22
155:2

**violative**
135:24
136:15
153:19

**vis-a-vis**
72:18

**visible**
145:11,15

**visits**  108:3

**visual**
66:23,24

**visualize**
66:19

**visually**
122:1

**voiced**  42:3

**volume**  169:9

**voluntary**
77:20
78:5,7

---

**W**

---

**waist**  94:4

**wall**  118:18

**walls**  117:4,
24 123:12

**wanted**  5:13
80:18

**warn**  135:25
147:6
188:2

**warning**
136:5,14,
16,19
139:21
140:23
141:9,15,
19,25
142:4,7,20

143:6
146:4
173:21
186:14,16,
19,21,23
187:1,6,
14,25
188:2
192:25

**warning's**
142:18

**warnings**
20:21,24
21:9
56:24,25
86:7 127:4
136:11
137:19
138:1,5,
14,23
139:14,16
140:10,15
142:7,21
144:22,23
145:1
147:5

**Warwick**
12:17

**water** 49:14
109:15
110:20

**ways** 13:7
42:11
101:25
120:16
125:25

172:11
173:8

**wearing**
152:3

**wedge** 163:21
165:13

**wedged** 165:5

**weeks** 94:10
108:19
126:3
148:11,12
150:3,20

**weighed**
70:24

**weight** 19:23
69:9,13,
18,20
70:1,5,8
71:3,13
124:17,19
125:3,7
158:14,16
160:18,20

**weighted**
124:21

**West** 12:17

**Western**
12:10,19
13:9,18
181:5

**Weymouth** 9:7

**whatsoever**
161:3

**white** 10:15
11:4,23
12:7

**wholly** 115:4

**wide** 153:25

**widely** 147:7

**wider** 118:18

**width** 67:21,
22 72:18,
19 112:8
114:19
116:15
120:6,12,
22 174:20

**wiggling**
126:8

**winded** 122:4

**wings** 175:1

**wise** 124:18

**withhold**
184:25

**withstanding**
136:22

**word** 82:3
87:6 90:1
99:23
153:22
176:1

**wording**
143:2

**words** 77:25
84:1,6
85:22 86:5

116:14
170:16

**work** 6:15
9:8,9
13:13
14:1,6
15:10,20
16:12 17:9
31:1,4
48:13,15
124:22
160:3

**worked** 13:23
14:10,11
15:5
42:20,22
54:21
106:15
126:21

**working** 13:8
14:20 15:9
16:9,11
17:7
48:12,14
107:19

**world** 31:12
92:24

**world's**
38:13,21
39:1,6,14
40:8 165:4

**wrapped**
110:1,2,3

**write** 99:8
170:14

**writing**
  98:25
  100:20

**written**  77:2
  87:25
  89:10,21
  140:9
  145:20

**wrong**  10:16
  98:15
  100:19,22
  111:25
  143:15
  172:6

**wrote**  97:4
  98:24
  99:9,11
  101:13

—————————
          **X**
—————————

**XI.VI**  73:6
  74:8,14
  144:17
  156:16
  157:7
  166:9

**XI.VI.**  73:7

—————————
          **Y**
—————————

**yard**  78:22

**yards**  78:12

**year**  17:21
  66:13
  70:15 71:6

  83:21 90:6

**years**  13:24
  15:19
  16:19,24
  17:2 20:15
  25:21,22
  44:15 82:5
  89:13
  115:3
  130:22,24,
  25 131:4,
  13 135:18
  138:13
  181:8,9,10

**yeses**  81:18

**yesterday**
  5:10 6:2

**young**  66:11