**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID GOODRICH and COURTNEY GOODRICH, Individually and as Next Friends of ASHER LUKE GOODRICH, a minor, | ) | |
| Plaintiffs, | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO. 1:16-CV-03116-TWT** |
| FISHER-PRICE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF FILING DEPOSITION OF INEZ TENENBAUM**

COME NOW, Plaintiffs and files this their Notice of Filing the Deposition of Inez Tenenbaum to be used by the Plaintiff in support of their Response to Defendant's Motion for Summary Judgment.

This 28th day of May, 2018.

KEVIN T. MOORE, P.C.
*/s/ Kevin T. Moore*

Kevin T. Moore
GA Bar No. 520036

6111 Peachtree Dunwoody Road
Building C, Suite 201
Atlanta, GA 30328
770.396.3622
ktm@ktmtriallaw.com

CERTIFICATION

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Kevin T. Moore*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DAVID GOODRICH AND COURTNEY GOODRICH, INDIVIDUALLY, and as NEXT FRIENDS OF ASHER LUKE GOODRICH, a minor,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE** |
| | ) | **No. 1:16-CV-03116-TWT** |
| **v.** | ) | |
| **FISHER-PRICE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that the following document: **NOTICE OF FILING DEPOSITION OF INEZ TENENBAUM with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:**

Richard K. Hines, V
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.W., 17th Floor
Atlanta, GA 30363
Richard.Hines@nelsonmullins.com

This 28th day of May, 2018.

KEVIN T. MOORE, P.C.
/s/ Kevin T. Moore
Kevin T. Moore
Georgia Bar No. 520036

KEVIN T. MOORE, P.C.
6111 Peachtree Dunwoody Road, NE, C-201
Atlanta, Georgia 30328
Telephone: (770) 396-3622
ktm@ktmtriallaw.com