ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID GOODRICH and<br>COURTNEY GOODRICH,<br>Individually and as Next Friends of<br>ASHER LUKE GOODRICH, a minor, | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:16-CV-03116 |
| FISHER-PRICE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION AND NOTICE TO PRODUCE OF A NON-PARTY - INEZ M. TENENBAUM**

TO: INEZ M. TENENBAUM
Nelson Mullins Riley & Scarborough
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363

EXHIBIT 1
Deponent Tenenbaum
Date 2-28-18 Rptr JD
WWW.DEPOBOOK.COM

PLEASE TAKE NOTICE, Plaintiffs, by and through their undersigned counsel of record, will take the oral and video deposition of INEZ M. TENENBAUM, pursuant to Fed. R. Civ. P. 30, commencing at 10:00 a.m. ET on February 28, 2018, at the at the offices of Nelson Mullins Riley & Scarborough, 1320 Main Street, 17th Floor, Columbia, SC 29201 before an officer authorized

by law to administer oaths. The deposition will be recorded by stenographic means and will be videotaped. The examination will continue from day to day until complete, adjourned, or continued, consistent with applicable rules.

NOTICE TO PRODUCE

1) Produce all materials relied upon in promulgating your opinion in this case.

This 26th day of February, 2018.

KEVIN T. MOORE, P.C.

*/s/ Kevin T. Moore*
Kevin T. Moore
GA Bar. 520036

6111 Peachtree Dunwoody Road
Building C, Suite 201
Atlanta, GA 30328
770-396-3622
ktm@ktmtriallaw.com

**CERTIFICATION**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Kevin T. Moore*

CERTIFICATE OF SERVICE

I hereby certify that on February 26th , 2018, I served the foregoing NOTICE OF DEPOSITION AND NOTICE TO PRODUCE TO A NON-PARTY – INEZ M. TENENBAUM on the following counsel:

Richard Hines, V
Nelson Mullins Riley & Scarborough
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363

This 26th day of February, 2018.

KEVIN T. MOORE, P.C.

*/s/ Kevin T. Moore*
Kevin T. Moore
GA Bar. 520036

6111 Peachtree Dunwoody Road,
Building C, Suite 201
Atlanta, GA 30328
770-396-3622
ktm@ktmtriallaw.com